MONTGOMERY LAW GROUP
Bradley R. Flynn, Esq.
NJ ID 173362016
1420 Locust Street, Suite 420
Philadelphia, PA 19012
Phone: 215-650-7563
Bradley@ed-law.com

Attorneys for the Plaintiff

### IN THE UNITED STATES DISTRICT COURT,
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| A.T. and O.T., individually and | : | |
| on behalf of A.T., | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | Case No. |
| | : | |
| | : | |
| FREEHOLD REGIONAL HIGH | : | |
| SCHOOL DISTRICT BOARD OF | : | |
| EDUCATION, | : | |
| *Defendant.* | : | |

### PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

**To:   MOTIONS CLERK AND ALL COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that Plaintiffs, A.T., O.T., and their minor child, A.T. (hereinafter the "Plaintiffs") through their undersigned attorneys, hereby move the United States District Court--Trenton, Clarkson S. Fisher Fed. Bldg. 402 East State Street, Trenton, NJ 08608, for leave to proceed under the pseudonyms A.T., O.T., and A.T.; to protect their identity from public disclosure; and for a protective order to seal the record and any uploaded materials pursuant to Local Civil Rule 5.3.

Respectfully submitted,

**THE MONTGOMERY LAW GROUP, PLLC**
1420 Locust Street, Suite 420
Philadelphia, PA 19102
***Attorneys for Plaintiff***

Dated: March 10, 2024                    By: /s/Bradley R. Flynn

                                         Bradley R. Flynn
                                         NJ Bar ID No. 173362016