**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| A.T. and O.T., individually and | : |
| on behalf of A.T., | : |
| *Plaintiffs,* | : |
| v. | : |
| | :    Case No.  3:25-cv-1728 |
| | : |
| | : |
| FREEHOLD REGIONAL HIGH | : |
| SCHOOL DISTRICT BOARD OF | : |
| EDUCATION, | : |
| *Defendant.* | : |

**CERTIFICATE OF SERVICE**

I, Bradley R. Flynn, certify that a true and correct copy of the within pleading has been served on all parties via filing with this Court's ECF system on this 10th day of March, 2025.

/s/ Bradley R. Flynn, Esq.
Bradley R. Flynn
For the Montgomery Law Group, PLLC.
Attorneys for Plaintiffs