

October 2, 2025

***Via ECF and U.S. Mail***
Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

**Re:    A.T. and O.T. o/b/o A.T.//Freehold High School District**
       **3:24-cv-01728**

Dear Judge Quinn:

At the joint request of both parties, we respectfully request an extension of time to file cross motions for summary judgment on the administrative record. The original filing date was October 10, 2025. However, due to scheduling conflicts for both attorneys, the parties respectfully request that the filing date for moving papers be extended to November 10, 2025. We have enclosed a copy of a proposed scheduling order for Your Honor's review.

Thank you in advance for Your Honor's consideration.

Respectfully submitted,

/s/Bradley R. Flynn, Esq.
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Cc.     Anne R. Myers, Esq.
        For the Comegno Law Group, P.C.
        Attorney for the Defendant


Encl.

**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEW JERSEY**

A.T. and O.T., individually and :

on behalf of A.T., :

                    *Plaintiffs,* :

  v. :

                          :         Case No.  3:25-cv-01728

                          :

                          :

FREEHOLD REGIONAL HIGH :

SCHOOL DISTRICT BOARD OF :

EDUCATION,             :

            *Defendant.* :

**[Proposed] AMENDED SCHEDULING ORDER**

1.  Parties agree that on or before November 10, 2025, parties will file cross motions for judgment on the administrative record.

2.  Each party will have 21 days from the date of the other party's moving papers to file an opposition brief and supporting documents.

3.  Each party will have 7 days from the date of the other party's opposition to file a reply in further support of their motion

  Respectfully submitted this 2nd day of October, 2025,

/s/Bradley R. Flynn, Esq.                 /s/  Anne R. Myers

Bradley R. Flynn, Esq.                  Anne R. Myers, Esq.

Montgomery Law Group                Comegno Law Group, P.C.

Attorneys for the Plaintiffs             Attorney for the Defendant

Approved by the Court

_____

Hon. Justin T. Quinn, U.S.M.J.