**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEW JERSEY**

---

A.T. and O.T., individually and          :

on behalf of A.T.,                       :

*Plaintiffs,*                            :

    v.                                   :

                                  :          Case No.  3:25-cv-1728

                                  :

                                  :          Hon. Zahid N. Quraishi, U.S.D.J.

FREEHOLD REGIONAL HIGH                   :          Motion Date: December 15, 2025

SCHOOL DISTRICT BOARD OF                 :

EDUCATION,                               :

*Defendant.*                             :

---

**TO CLERK AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that the undersigned counsel will apply to the above-named

Court, as soon as counsel may be heard, for an Order for Summary Judgement on the

Administrative Record, awarding the Plaintiffs' requested relief.

                                      **THE MONTGOMERY LAW GROUP, PLLC.**
                                      Attorneys for the Plaintiffs

                                      By:/s/Bradley R. Flynn
                                      Bradley R. Flynn, Esq.