**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| A.T. and O.T., individually and | : | |
| on behalf of A.T., | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | Case No.  3:25-cv-1728 |
| | : | |
| | : | **ORDER OF THE MOTION FOR** |
| FREEHOLD REGIONAL HIGH | : | **JUDGEMENT ON THE RECORD** |
| SCHOOL DISTRICT BOARD OF | : | |
| EDUCATION, | : | |
| *Defendant.* | : | |

**THIS MATTER** having been brought before the Court on the Motion of the

Montgomery Law Group, PLLC, attorneys on behalf of Plaintiffs A.T. and O.T. o/b/o A.T., for

an Order for Summary Judgement on the Administrative Record, granting the relief requested

herein, and the Court having considered the matter and for good cause shown;

**IT IS** on this day of:

**ORDERED** that Summary Judgment is entered, granting the relief Plaintiffs requested in

favor of the Plaintiffs, A.T. and O.T. o/b/o A.T. and it is further;

**ORDERED** that a copy of this Order shall be deemed served by the uploading of this

Order ECF.

_____
Hon. Zahid N. Quraishi, U.S.D.J.

( ) Opposed

( ) Unopposed