**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY**

---

A.T. and O.T., individually and                    :

on behalf of A.T.,                                 :

*Plaintiffs,*                                      :

    v.                           :

        :        Case No.  3:25-cv-1728

        :

        :

FREEHOLD REGIONAL HIGH                             :

SCHOOL DISTRICT BOARD OF                           :

EDUCATION,                                         :

*Defendant.*                                       :

---

**CERTIFICATE OF SERVICE**

I, Bradley R. Flynn, certify that a true and correct copy of  the within pleadings have been served on all parties via filing with this Court's ECF system on this 10th day of November 2025.

/s/ Bradley R. Flynn, Esq.
Bradley R. Flynn
For The Montgomery Law Group, PLLC.
Attorneys for Plaintiffs
