**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| A.T. and O.T. individual and<br>on behalf of A.T.,<br>*Plaintiffs.*<br><br>v.<br><br>FREEHOLD REGIONAL HIGH SCHOOL<br>DISTRICT BOARD OF EDUCATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:25-cv-1728 |

On November 13, 2025, Plaintiffs filed a timely Motion to Seal Volumes I through V of the Administrative Record under the authority of L.R. 5.3(c).

After consideration of Plaintiffs' Motion to Seal and Plaintiffs' response, if any, this Court is of the opinion that Plaintiffs' Motion to Seal Under L.R. 5.3(c) is well taken. It is therefore

**ORDERED THAT** Plaintiffs' Motion to Seal under L.R. 5.3(c) is **GRANTED**. It is Further

**ORDERED THAT** Volumes I through V of the Administrative Record are to be permanently sealed.

Date: ______________________________

______________________________
Hon. Zahid N. Quraishi, U.S.D.J.