

Main 856.234.4114
Fax 856.234.4262

comegnolaw.com

521 Pleasant Valley Avenue
Moorestown, NJ 08057

ANNE R. MYERS, ESQUIRE
    MEMBER PA, TX AND NJ BARS

November 25, 2025

**VIA ECF**

Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

> Re:    O.T., et al v. Freehold Regional High Sch. Dist. Bd of Educ.
>         Civil Action No. 3:25-cv-01728-ZNQ-JTQ

Dear Judge Quinn:

In accord with this Court's Amended Scheduling Order, dated October 3, 2025, ECF 18, the parties agreed to file cross motions for summary judgment on or before November 10, 2025, opposition motions 21 days thereafter (December 1, 2025) and reply briefs in further support of their moving papers 7 days after their opposition briefs (December 8, 2025).

What was not immediately evident, at the time that the parties submitted these dates to this Court, is that, because of the Thanksgiving holiday, counsel for both parties will be without support staff for five days before their opposition briefs are due (November 26-November 30). In light of this self-created scheduling blunder, the parties ask this Court to extend the deadline for opposition briefs to December 5, 2025 and to further extend the deadline for reply briefs to December 12, 2025.

Respectfully submitted,

*/s/Anne R. Myers*                          */s/Bradley R. Flynn, Esq.*
Anne R. Myers, Esq.                        Bradley R. Flynn, Esq.
Comegno Law Group, P.C.                    Montgomery Law Group
Attorney for the Defendant                 Attorneys for the Plaintiffs