

December 4, 2025

***Via ECF and U.S. Mail***
Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

**Re:** **A.T. and O.T. o/b/o A.T.//Freehold High School District**
 **3:24-cv-01728**

Dear Judge Quinn:

On behalf of both attorneys, undersigned counsel respectfully requests, please, a one-week extension of time to file the Opposition and Reply briefs. The briefs were previously due on December 5 and 12, respectively. However, due to a family emergency, undersigned counsel is respectfully requesting this brief extension of time. I have met and conferred with counsel for Defendant, Anne Myers, Esq., who has joined my request.

Thank you in advance for Your Honor's consideration.

Respectfully submitted,

/s/Bradley R. Flynn, Esq.
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Cc.    Anne R. Myers, Esq.
       For the Comegno Law Group, P.C.
       Attorney for the Defendant