EducationLawyers.com

ORDER

December 4, 2025

***Via ECF and U.S. Mail***
Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

**Re: A.T. and O.T. o/b/o A.T.//Freehold High School District**
**3:24-cv-01728**

Dear Judge Quinn:

On behalf of both attorneys, undersigned counsel respectfully **requests, please, a one-week extension of time to file the Opposition and Reply briefs.** The briefs were previously due on December 5 and 12, respectively. However, due to a family emergency, undersigned counsel is respectfully requesting this brief extension of time. I have met and conferred with counsel for Defendant, Anne Myers, Esq., who has joined my request.

Thank you in advance for Your Honor's consideration.

GRANTED

Respectfully submitted,

/s/Bradley R. Flynn, Esq.
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs

So Ordered on December 5, 2025

Hon. Justin T. Quinn, U.S.M.J.

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

Cc. Anne R. Myers, Esq.
For the Comegno Law Group, P.C.
Attorney for the Defendant