# EXHIBIT
## "A"

 

## RE: ▨▨▨▨▨ IEE FBA request

1 message

---

**Jessica Howland** <JHowland@frhsd.com>                                Wed, Aug 21, 2024 at 2:20 PM
To:▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
Cc: Aldi <alditafani1@gmail.com>, Kelsey Rebelo <KRebelo@frhsd.com>, Kelly Fitzhenry <kfitzhenry@frhsd.com>

As requested, please provide prospective dates for a meeting.

Sincerely,

Dr. Jessica Howland

---

**From:** ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
**Sent:** Wednesday, August 21, 2024 2:06 PM
**To:** Jessica Howland <JHowland@frhsd.com>
**Cc:** Aldi <alditafani1@gmail.com>; Kelsey Rebelo <KRebelo@frhsd.com>; Kelly Fitzhenry <kfitzhenry@frhsd.com>
**Subject:** Re: ▨▨▨▨▨ IEE FBA request

**Warning:** This message came from an **EXTERNAL** address. <u>**DO NOT**</u> click on links or attachments unless you know the sender and the content is safe. **Suspicious?** Forward the message to Technology@frhsd.com

---

Dear Dr. Howland

District failed to conduct the FBA for which we provided consent on May 4, 2023, targeting behaviors related to perseveration and transitioning between tasks within the legally required 60 days.

The district then scheduled an FBA for February 23, 2024, to address HIB and behavior concerns, using the May 3, 2023 consent. However, the district did not convene an IEP meeting to discuss the behaviors intended to assess or obtain parental consent for this evaluation. Your counsel notified Ms. Freeman the day before the scheduled assessment. Ms. Freeman intervened to prevent the district from illegally conducting the FBA without an IEP meeting and proper parental consent or appropriate procedures. We would have provided consent for FBA, but the district never requested it.

On March 19, 2024, in the IEP meeting, I requested an Independent FBA. On April 5, 2024, the district, without both party's consent, finalized the IEP and did not follow the necessary rules to either deny or approve the independent FBA.

There was no revocation of consent for May 3, 2023, FBA, and the district never requested consent for the new FBA to address HIB and related discipline reports in February 2024, March 19, 2024, or at any time after.

We can meet to discuss the IEP, which has been finalized, and parts of it have been changed several times without our consent. However, I am not asking for another FBA to be conducted by the district. Given the district's failure to follow procedures for over a year, I am requesting an Independent FBA to ensure Aldi's needs are properly addressed.

Thank you,



On Wed, Aug 21, 2024 at 10:57 AM Jessica Howland <JHowland@frhsd.com> wrote:

Dear Mrs. ▓▓▓:

The District is in receipt of your email yesterday morning renewing your request for a Functional Behavioral Assessment for A▓▓. However, as you know, this is not the first time that such an assessment has been requested. You previously requested an FBA and provided consent for same on or about May 4, 2023.  However, as the District was trying to schedule the FBA, your prior counsel, Ms. Freeman, communicated that you had revoked that consent and that you would not allow for an FBA to be conducted.  The email from Ms. Freeman revoking that consent on your behalf is attached. In light of the District's prior attempts and revocation by your prior counsel, we are treating this request as a new request, separate and apart from the prior request.

As a result, we will need to convene an IEP meeting to discuss what services and evaluations, including an FBA, would benefit A▓ during his Senior Year. As you are aware, A▓ is currently in stay-put, as such we would need to address that before any new services can be implemented.

Please kindly advise of your availability and we will reach out to schedule a meeting.

Sincerely,

Dr. Jessica Howland

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, August 20, 2024 9:29 AM
**To:** Jessica Howland <JHowland@frhsd.com>
**Cc:** ▓▓▓▓▓▓▓▓
**Subject:** Aldi Tafani IEE FBA request

**Warning:** This message came from an **EXTERNAL** address. **DO NOT** click on links or attachments unless you know the sender and the content is safe. **Suspicious?** Forward the message to Technology@frhsd.com

---

Dear Dr. Howland,

I am writing to formally request an Independent Functional Behavior Assessment (FBA) for my son, , at public expense, as allowed under the Individuals with Disabilities Education Act (IDEA).

On May 4, 2023, we provided consent for the district to conduct an FBA. Given ▨▨ multiple disciplinary reports and HIB incidents, we followed up with a second request for an independent evaluation on March 19, 2024. However, despite these requests, the district has not completed the FBA or provided any evaluation.

Considering this, I request that an independent FBA be conducted by a qualified professional outside of the district at public expense, as specified by IDEA (34 C.F.R. § 300.502). Please provide the necessary paperwork and a list of qualified evaluators to facilitate this process.

Thank you for your prompt attention to this important matter.

Sincerely,

**Confidentiality Notice:** The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.

**Confidentiality Notice:** The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.





## FW: A.T. et. al. v. Freehold Reg. BOE

1 message

**Hillary Freeman** <Hillary@freemanlawoffices.com>                    Fri, Jun 7, 2024 at 11:36 AM
To: "▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

See below.

Hillary D. Freeman, Esq., Partner

(Pronouns: she/her/hers)

Freeman Law Offices, LLC

100 Canal Pointe Blvd., Suite 121

Princeton, New Jersey 08540

(609) 454-5609 (Ph)

(609) 228-6909 (Fax)

www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Date:** Wednesday, May 15, 2024 at 10:27 AM
**To:** Anne R. Myers <amyers@comegnolaw.com>
**Subject:** Re: A.T. et. al. v. Freehold Reg. BOE

Anne,

Please note that we will object to any reliance upon the August 2022 IEP that your client provided in the disclosures.

Neither my clients nor I have ever seen that document prior to you forwarding same.

Please let me know if you want to discuss.

Hillary D. Freeman, Esq., Partner

(Pronouns: she/her/hers)

Freeman Law Offices, LLC

100 Canal Pointe Blvd, Suite 121

Princeton, New Jersey 08540

(609) 454-5609 (Ph)

(609) 228-6909 (Fax)

www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

**From:** Anne R. Myers <amyers@comegnolaw.com>
**Sent:** Wednesday, May 15, 2024 8:23:31 AM
**To:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:** RE: A.T. et. al. v. Freehold Reg. BOE

Thank you.

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Wednesday, May 15, 2024 8:00 AM
**To:** Anne R. Myers <amyers@comegnolaw.com>
**Cc:** Jessica Laurin <jlaurin@freemanlawoffices.com>
**Subject:** A.T. et. al. v. Freehold Reg. BOE

Dear Anne:

Please see attached.

**P - 3**

**pg.1**

| | |
|---|---|
| **From:** | Hillary Freeman |
| **To:** | John B. Come_no_II (Work); Lisa Ferrara-Viscel |
| **Subject:** | ~~████████~~ |
| **Date:** | ,      , 2022 4:58:10 PM |

John,

Keeping you in the loop because Britney is on vacation.  Would you please advise?  Thanks.

**Hillary Freeman, Esq. | Partner**
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
103 Carnegie Center, Suite 300
Princeton, New Jersey 08540
T. 609.454.5609
F.609.228.6909
hillary@freemanlawoffices.com
www.freemanlawoffices.com

*Practicing throughout New Jersey and Pennsylvania*

This email from Freeman Law Offices,  LLC may contain information that is confidential, attorney work product, and/or protected by the attorney-client privilege. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.

**If you e-mail our office and do not receive a response within 48 hours, please call our office at (609) 454-5609 and our staff will be available to assist you.**

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Date:** Monday, August 22, 2022 at 5:38 PM
**To:** Brittany Halpern <bhalpern@comegnolaw.com>
~~████████████████~~ errara-Viscel
<Lisa    reeman awo  ices.com>
**Subject:** Fw: Aldi Tafani

Brittany,

Please see below.

It appears that the district erred in placing AT in self-contained classes, instead of ICR classes as stated in his IEP.  As of this writing,  the last IEP expired, the district has yet to schedule a meeting to discuss the upcoming school year and even worse, has never proposed an IEP

**A751**

suggesting self-contained classes.

Can I assume this was by accident?  Please advise.  Thank you.

Hillary Freeman, Esq. | Partner

Freeman Law Offices, LLC

103 Carnegie Center, Suite 300

Princeton, New Jersey 08540

T. 609.454.5609

F.609.228.6909

hillary@freemanlawoffices.com

www.freemanlawoffices.com

*Practicing throughout New Jersey and Pennsylvania*

This email from Freeman Law Offices,  LLC may contain information that is confidential, attorney work product, and/or protected by the attorney-client privilege. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.

**If you e-mail our office and do not receive a response within 48 hours, please call our office at (609) 454-5609 and our staff will be available to assist you.**



**To:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Subject:**

**A752**