**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| A.T. and O.T., individually and | : | |
| on behalf of A.T., | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | Case No.  3:25-cv-01728 |
| | : | |
| | : | |
| FREEHOLD REGIONAL HIGH | : | |
| SCHOOL DISTRICT BOARD OF | : | |
| EDUCATION, | : | |
| *Defendant.* | : | |

**CERTIFICATE OF SERVICE**

I, Bradley R. Flynn, certify that a true and correct copy of  the within pleadings have been served on all parties via filing with this Court's ECF system on this 12th day of December 2025.

/s/ Bradley R. Flynn, Esq.
Bradley R. Flynn
For The Montgomery Law Group, PLLC.
Attorneys for Plaintiffs
