# EXHIBIT
## "A."

1/4

**P - 56**

**pg.1**

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

Reevaluation Planning – Proposed Action

Notice Date: <u>5/3/2023</u>

Parent/Guardian of A██ Ta████

████████████
Colts Neck, NJ 07722

RE: A█ T████
DOB: 0█████ ID#: ████

Dear Parent/Guardian:

The purpose of this notice is to inform you, in writing, of the school district's proposal regarding the identification, classification, evaluation, educational placement of the above student as a result of a meeting held on <u>5/3/2023</u>.

**A description of the action proposed or denied:**

☐ As the result of the reevaluation planning meeting, the district proposed that no additional information is required to determine that the student continues to have a disability, and/or to develop an Individualized Educational Program (IEP). Based upon current information and data available, additional testing is not warranted and will not be conducted at this time. However, in accordance with N.J.A.C. 6A:14-3.8(b)3 you may submit a written request to the district within 15 calendar days of receipt of this notice to ask for additional assessment(s) and the district must provide the additional assessment(s) to determine whether the student continues to be a student with a disability.

☑ As the result of the reevaluation planning meeting, the district proposed that additional information is warranted to determine that the student continues to have a disability, and/or to develop an Individualized Educational Program (IEP).

**An explanation of why the action is proposed or denied:**

☐ It was determined after a review of existing information during the reevaluation planning meeting, that the student continues to have a disability as defined in N.J.A.C. 6A:14- 3.5 or 3.6 which adversely affects the student's educational performance.

☑ It was determined after a review of existing information during the reevaluation planning meeting that additional assessment information is required to determine if the student continues to have a disability which adversely affects the student's educational performance.

**A description of the procedures, tests, records or reports and factors used in determining the action proposed or denied:**

☑ Review of student's records and current progress including: teacher report, parent report, most recent evaluations

A847

**A description of any options that were considered and the reasons why those options were rejected:**

☑ There were no other options considered at this time.

❑ The other options considered include:

**A description of any other factors that are relevant to the action proposed or denied:**

❑ There were no other factors relevant at this time.

☑ The other factors relevant include: At the meeting on 5/3/2023, Ms. Freeman, counsel for the T██s requested an FBA, specifically to address Al█'s perseverating and transitioning to different tasks.

**If an evaluation is warranted, the nature and scope of the additional assessments proposed to be conducted:**

❑ Additional assessment is not warranted, therefore no evaluation assessments are proposed.

☑ Additional assessment is warranted and the following assessments are proposed:
  - ❑ Educational Evaluation
  - ❑ Psychological Evaluation
  - ❑ Social History
  - ❑ Speech/Language Evaluation
  - ❑ Occupational Therapy Evaluation
  - ❑ Physical Therapy Evaluation
  - ☑ Functional Behavior Assessment (FBA)
  - ❑ _____
  - ❑ _____
  - ❑ _____

**Procedural Safeguards Statement:**
As the parent of a student who is or may be determined eligible for special education services or as an adult student who is or may be determined eligible for special education services, you have rights regarding identification, evaluation, classification, the development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education (PRISE)*. The document is published by the New Jersey Department of Education.

**A848**

A copy of the PRISE is provided to you one time each year and upon referral for an initial evaluation, when you request a due process hearing or complaint investigation, and when a disciplinary action that constitutes a change in placement is initiated. In addition you may request a copy by contacting Office of Special Services, Freehold Regional High School District at 732-792-7300.

For help in understanding your rights, you may contact any of the following:
Coordinator, Statewide Advocacy Network (SPAN) at 800-654-7726 Advocacy Office 800-922-7233
Statewide Parent Advocacy Network (SPAN) at (800) 654-7726
Disability Rights New Jersey (DRNJ) at (800) 922-7233
The New Jersey Department of Education through the Monmouth County Office, Jane Marano, 732-431-7810

**Please note, if additional assessment is warranted:**
If additional assessment is warranted, your consent is requested for the district to conduct additional assessment. Please read and sign the enclosed consent form and return it to our office. The additional assessment may begin upon receipt of your consent.

If additional assessment is warranted and if you do not respond to this request for consent to conduct additional assessment, the district may proceed with the proposed assessments when it can show that it has taken reasonable measures to obtain your consent and you have not responded.

A school district may not use your refusal to consent to one activity under this proposal to deny a child any other service or benefit. This means you may consent to allow the district to initiate those portions of the proposal with which you agree while you use the appropriate form of dispute resolution to resolve those portions of the proposal with which you disagree [See 34 CFR §300.300(c)(3)]. The district must proceed with the activities for which you have given consent.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Kelsey Rebelo*

Kelsey Rebelo
Case Manager/School Psychologist
732-761-0190 ext. 1021

Enc.    Reevaluation Planning - Consent for Additional Assessment Form (if warranted)

FPWN-04A 20170117

**A849**

Freehold Regional High School District

## REEVALUATION PLANNING - CONSENT FOR ADDITIONAL ASSESSMENT

### Please complete, sign and return this form to the address below

RE: A█ T███

DOB: 05/08/2007   ID#: 2570107

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

I understand the district proposed that additional assessment is required for the above student to determine if the student continues to have a disability which adversely affects the student's educational performance, and is in need of special education and related services, or speech-language services only.

☒ I consent to all the proposed evaluation assessments as listed:
- ☐ Educational Evaluation
- ☐ Psychological Evaluation
- ☐ Social History
- ☐ Speech/Language Evaluation
- ☐ Occupational Therapy Evaluation
- ☐ Physical Therapy Evaluation

- ☒ Functional Behavior Assessment
- ☐ _____
- ☐ _____
- ☐ _____

☐ I consent to only the following evaluation assessments as listed:

_____  _____

_____  _____

_____  _____

☐ I do not consent to the proposed evaluation assessments.

| █████ T███ | *Parent* | ████████ | 05/04/23 |
|---|---|---|---|
| **Print Name** | **Relationship to Student** | Signature | **Date** |

**A850**

P - 31

pg.1

 **Gmail**

L T ▉▉▉▉▉▉@gmail.com>

## Summary of Meeting from 7/11/24 from 10am-12:30pm.

**Roberto Fernandez** <rfernandez@comegnolaw.com>                    Thu, Jul 11, 2024 at 2:23 PM
To: ▉▉▉▉▉▉▉▉▉▉▉▉gmail.com>
Cc: "Lisa R. Frederico" <lfrederico@comegnolaw.com>, Susan Milazzo <smilazzo@comegnolaw.com>, "John B. Comegno" <jcomegno@comegnolaw.com>

Mrs. T▉▉▉ ,


Thank you again for your time this morning to go over your June 25, 2024 and June 26, 2024 discovery requests and any outstanding issues. To summarize our 2.5 hour meeting this morning, where we reviewed over 4,000 pages of documents previously provided to your former attorney Hillary Freeman, please kindly confirming the following:


1. Your June 26, 2024 request for all emails from 2021-2024 has been resolved and emails were provided.
2. Items 2-10, 12-14, and Item 16 of your June 25, 2025 discovery request were resolved and documents were provided.
3. At the conclusion of our meeting the only remining items were Item 1 (seeking the 2022-2023 IEP), Item 11 (seeking the 2022-2023 and 2023-2024 progress reports), and Item 15 (seeking speech therapy and counseling attendance logs).


After speaking with the District:

1.  2022-2023 IEP is the May 2023 IEP previously provided. That IEP is for school year 2022-2023.
2. The District does not have records responsive to Item 11 of your request seeking progress reports for 2022-2023 and 2023-2024.
3. Attached please find sign-in logs for speech and counseling.


Additionally, attached please find additional records discovered subsequent to your discovery requests, including emails from your former attorney to District counsel revoking consent to an FBA.


Please kindly confirm that there are no outstanding discovery issues left. I will report to Judge Gertsman the same.


Additionally, Please provide a time on Monday, July 15, 2024 to meet to discuss potential stipulation of facts and exhibits.


I look forward to hearing from you.


Roberto

**A806**

**P -31**

**pg.2**

**Roberto A. Fernandez, Esq.**



Fax 856.234.4262

Main 856.234.4114

Direct 856.505.6630

comegnolaw.com

521 Pleasant Valley Avenue

Moorestown, NJ 08057

Moorestown, NJ          |          Norristown, PA

Information contained in this email transmission is privileged and confidential   If you are not the intended recipient of this email, do not read, distribute or reproduce this transmission (including any attachments).  If you have received this email in error, please immediately notify the sender by telephone or email reply

The information contained in this Email is information protected by the attorney client or the attorney work product privilege  It is intended only for the use of the individual named above and the privilege are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this mail or any other reader of the mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (856 234 4114) and return the original message to us via U S  Postal Service addressed to 521 Pleasant Valley Avenue, Moorestown, NJ 08057.

Department of Treasury Circular 230 requires that we notify you that (i) any statement contained in this message or in an attachment to it relating to any Federal tax transaction or matter was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer and (ii) such statement may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s)

Please contact our office immediately by telephone (856 234 4114) if you receive an emailed request to change account information or send funds, without prior discussion with our office.

**7 attachments**

**Turnstile records for T____, A_____ 09_07_2022 to 06_21_2023.pdf**
400K

**Turnstile records for T____, A____ 09_06_2023 to 06_18_2024.pdf**
286K

**02.22.24 - 353p - HF to CD - district doesn't have consent to do this - last year yes but not right now.msg**
216K

**Ta___.Signed Consent for FBA  5.4.2023 (2).pdf**
4540K

**T____ - Re-Evaluation consent 2.2.2022 (1).pdf**
1723K

**A807**

**P -31**

**pg.2**

**Roberto A. Fernandez, Esq.**

Fax 856.234.4262

Main 856.234.4114

Direct 856.505.6630

comegnolaw.com

521 Pleasant Valley Avenue

Moorestown, NJ 08057

Moorestown, NJ    |    Norristown, PA

Information contained in this email transmission is privileged and confidential   If you are not the intended recipient of this email, do not read, distribute or reproduce this transmission (including any attachments).  If you have received this email in error, please immediately notify the sender by telephone or email reply

The information contained in this Email is information protected by the attorney client or the attorney work product privilege  It is intended only for the use of the individual named above and the privilege are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this mail or any other reader of the mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (856 234 4114) and return the original message to us via U S  Postal Service addressed to 521 Pleasant Valley Avenue, Moorestown, NJ 08057.

Department of Treasury Circular 230 requires that we notify you that (i) any statement contained in this message or in an attachment to it relating to any Federal tax transaction or matter was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer and (ii) such statement may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s)

Please contact our office immediately by telephone (856 234 4114) if you receive an emailed request to change account information or send funds, without prior discussion with our office.

---

**7 attachments**

**Turnstile records for T⬛⬛⬛, A⬛⬛⬛ 09_07_2022 to 06_21_2023.pdf**
400K

**Turnstile records for T⬛⬛⬛, A⬛⬛ 09_06_2023 to 06_18_2024.pdf**
286K

**02.22.24 - 353p - HF to CD - district doesn't have consent to do this - last year yes but not right now.msg**
216K

**Ta⬛⬛.Signed Consent for FBA  5.4.2023 (2).pdf**
4540K

**T⬛⬛⬛ - Re-Evaluation consent 2.2.2022 (1).pdf**
1723K

**A807**

**P -141**

**pg. 1**

 Gmail

## Re: A█ T█
1 message

**Lauren Joworisak** <LJoworisak@frhsd.com>                Mon, Jan 24, 2022 at 1:43 PM
To: L█████████████████████████

Hello Ms. T███

All requests must go through the attorney from here on.

Thank you.

Sincerely,
*Lauren Joworisak*
School Counselor
Colts Neck High School
(732) 761 - 0190 ext. 1027
"A Culture of Respect"

If you are in need of mental health resources, please open the QR code.



**From:** L█████████████████████████
**Sent:** Sunday, January 23, 2022 9:42 AM
**To:** Lauren Joworisak <LJoworisak@frhsd.com>
**Subject:** A█ T█

Warning: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe. Suspicious? Forward the message to Technology@frhsd.com

Hi Mrs. Joworisak,
I hope all is well with you.
During open school night, you spoke about the peer leadership program where freshmen and seniors are paired together to help with transition to high school etc.
It is almost February and I don't think A█ was involved in anything to help with transition or in the school community. Can you please give me an update how A█ was or will be be supported from Guidance with transition in high school or school community at large?
Next year's class enrollment, when will that happen? From google classroom seems like you were meeting

**A1053**

P -141

pg. 2

with students in December. I spoke with A█ about classes and electives and I would like to be involved in the selections.

A█ will be failing at least 1 class. Can you please let me know what are the credit recovery programs available to all the students and students with an IEP?

I would also like some information on IPLO programs to get additional credits . How can Aldi benefit from them? Can you support us to choose classes or programs to meet his needs outside the traditional classroom?

Looking forward to hearing from you .

Lola

**Confidentiality Notice:** The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.

**A1054**