**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | | |
|---|---|---|
| A.T. and O.T., on behalf of A.T.,<br>Plaintiffs,<br>vs.<br>FREEHOLD REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,<br>Defendant. | : | Civil Action No. 3:25-cv-01728<br><br>**CONSOLIDATED MOTION TO SEAL** |

## I. Introduction

Without intention and in error the Parties filed three Motions to Seal, and a Motion to Substitute, outside the precepts of L. Civ. R. 5.3(c)(1). See ECF Nos. 21, 22, 25, and 30. In accord with this Court's January 8, 2026 Text Order, ECF 36, the Parties file this Consolidated Motion to Seal to correct their collective error.

## II. Consolidated Motion

### A. Request for Relief

Plaintiffs and Defendant ask this Court to file ECF 19-7, 19-8, 19-12, under seal.

### B. The nature of the materials or proceedings at issue.

On November 10, 2025, at ECF 19, Defendant filed a Motion for Summary Judgment with this Court, which relied upon fourteen documents ECF 19-1 through ECF 19-14.

### C. The legitimate private or public interest which warrants the relief sought.

On November 10, 2025, Plaintiffs informed Defendant that three of the exhibits to ECF 19 appear to have personal identifiers, which had not been fully redacted. Defendant called the Court on November 12, 2025, to request that a temporary seal be placed on ECF 19 exhibits until Defendant filed a Motion to Seal and a Motion to Substitute those documents. A temporary seal was placed on all the documents found at ECF 19, under L.R. 5.3(c)(4). Plaintiffs' claims of

personal identifiers, which were not redacted, arise out of the fact that Plaintiffs were permitted to proceed under pseudonym in this matter, ECF 3, and the fact that the unredacted information was the first and last names of the Plaintiffs' in documents ECF 19-7, 19-8, 19-12.

**D. The clearly defined and serious injury that would result if the relief sought is not granted.**

L.R. 5.3(c)(2)(iii) provides, "[i]n any action in which materials have been filed temporarily under seal pursuant to (c)(4) of this rule, and the motion or other filing which includes such materials is resolved or otherwise terminated before all briefing is completed, the party filing such materials shall have a continuing obligation to file a motion to seal. Such motion shall be filed within 14 days following the date on which the last of such materials was filed under temporary seal, or as may otherwise be ordered by the Court." If documents ECF 19-7, 19-8, 19-12 are not sealed, the protections that Plaintiffs gained by proceeding under pseudonym, ECF 3, are lost.

**E. Why a less restrictive alternative to the relief sought is not available.**

There are no prior orders sealing the same materials in the above captioned matter. Counsel for the Parties have worked closely, with regard to both the representations in this Consolidated Motion, the representations in the Index in Support of this L.R. 5.3(c) Consolidated Motion, Exhibit A, and the redactions needed to protect Plaintiffs' permission to proceed under pseudonym. As a result, no party is objecting to the sealing request, nor does Exhibit A reflect materials to which there is an objection, the basis for the objection, or why the documents identified in Exhibit A should not sealed.

Finally, in accord with L.R. 5.3(c), L.R. 7.2(a) and 28 U.S.C. § 1746(2), counsel for both parties, Bradley R Flynn and Anne R. Myers, declare under penalty of perjury that the foregoing is true and correct.

**F. Prayer for Relief**

For all the reasons set forth above, Plaintiffs and Defendant jointly request that:

(1) This Consolidated Motion to Seal under L.R. 5.3(c) be granted;

(2) ECF 19-7, ECF 19-8, and ECF 19-12 be permanently sealed;

Respectfully executed and submitted this 22nd day of January, 2026,

| | |
|---|---|
| /s/ *Bradley R. Flynn*<br>Bradley R. Flynn, Esq.<br>Attorney ID No. 173362016<br>Montgomery Law, LLC<br>1420 Locust Street, Suite 420<br>Philadelphia, PA 19102<br>bradley@ed-law.com<br>Telephone: (215) 650-7563<br>Attorneys for Plaintiffs, A.T. and O.T. individually and on behalf of A.T. | */s/ Anne R. Myers*<br>Anne R. Myers, Esq.<br>Attorney ID No. 232812018<br>Comegno Law Group, P.C.<br>521 Pleasant Valley Avenue<br>Moorestown, NJ 08057<br>amyers@comegolaw.com<br>Telephone: (856) 234-4114<br>Counsel for Defendant, Freehold Regional High School District Board of Education |