# Exhibit A

**Index in Support Consolidated Motion under L.R. 5.3(c)**

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Least Restrictive Alternative to the Relief is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| ECF 19-7 | | | | | |
| PageID 537 | Plaintiffs' last name was not fully redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | This document is part of the administrative record which has been filed under seal and available to the court. | |
| ECF 19-8 | | | | | |
| PageID 554 | Plaintiffs' first name was not fully redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | | |
| PageID 556 | Plaintiffs' last name was not fully redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | This document is part of the administrative record which has been filed under seal and available to the court. | |

| **Material** | **Basis for Sealing** | **Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted** | **Why a Least Restrictive Alternative to the Relief is Not Available** | **Party in Opposition to Sealing, if any, and Basis** | |
|---|---|---|---|---|---|
| ECF 19-8 cont'd | | | | | |
| PageID 561 | Plaintiff A.T.'s first name was not redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | This document is part of the administrative record which has been filed under seal and available to the court. | |
| PageID 564 | Plaintiffs' last name was not fully redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | This document is part of the administrative record which has been filed under seal and available to the court. | |
| ECF 19-12 | | | | | |
| PageID 583 | Mrs. T's first name was not redacted. | Plaintiffs were permitted to proceed under pseudonym. ECF 3. | The protections of filing under pseudonym would be lost. | This document is part of the administrative record which has been filed under seal and available to the court. | |