**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| A.T. and O.T. individually and on behalf of A.T.,<br>Plaintiffs,<br>vs.<br>FREEHOLD REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION,<br>Defendant. | Civil Action No. 3:25-cv-01728-ZNQ-JTQ<br><br>**[Proposed] Order granting Consolidated Motion to Seal Under L.R. 5.3(c)** |

After consideration of Plaintiff and Defendants' Consolidated Motion to Seal ("L.R. 5.3(c) Motion") this Court is of the opinion that the L.R. 5.3(c) Motion is well taken. It is therefore

**ORDERED THAT** the L.R. 5.3(c) Motion is **GRANTED**. It is further

**ORDERED THAT** ECF 19-7, 19-8, and 19-12 are to be permanently sealed.

Date: ______________________

_________________________________