MONTGOMERY LAW GROUP
Bradley R. Flynn, Esq.
NJ ID 173362016
1420 Locust Street, Suite 420
Philadelphia, PA 19012
Phone: 215-650-7563
Bradley@ed-law.com

Attorneys for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| A.T. and O.T., individually and | : | |
| on behalf of A.T., | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | Case No. 3:25-cv-01728 |
| | : | |
| | : | |
| FREEHOLD REGIONAL HIGH | : | |
| SCHOOL DISTRICT BOARD OF | : | |
| EDUCATION, | : | |
| *Defendant*. | : | |

May 15, 2026

***Via ECF and U.S. Mail***
Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

**Re:** **A.T. and O.T. o/b/o A.T.//Freehold High School District**
**3:24-cv-00822**

Dear Judge Quinn:

Please accept this letter Brief and Motion in lieu of a more formal motion. However, should the Court require anything further insofar as a brief and motion are concerned, undersigned counsel is happy to comply with this Court's request.

Counsel for Plaintiffs, Bradley R. Flynn, Esq., and Montgomery Law, PLLC., hereby move the Court to be relieved as counsel for Plaintiffs O.T. and A.T. o/b/o A.T. Undersigned counsel specifically requests that the Court grant this Motion under R.P.C. 1.16(b)(7) and because, as explained in Plaintiffs' *ex parte* letter to the Court, Plaintiffs requested to terminate our Firm's representation of them.

Additionally, undersigned counsel respectfully requests that this Court grant Plaintiff leave of court to seek new representation, should they wish to do so, together with taking any steps to avoid prejudicing Plaintiffs' case, including staying any and all motions and deadlines.

Please advise if the Court requires anything further from undersigned counsel. I am happy to brief the Court should the Court have further questions.

Respectfully submitted,

**THE MONTGOMERY LAW GROUP, PLLC**
1420 Locust Street, Suite 420
Philadelphia, PA 19102
***Attorneys for Plaintiff***

Dated: May 17, 2026

By:/s/Bradley R. Flynn

Bradley R. Flynn
NJ Bar ID No. 173362016