COMEGNO
LAW GROUP

Main 856.234.4114
Fax 856.234.4262
comegnolaw.com
521 Pleasant Valley Avenue
Moorestown, NJ 08057

ANNE R. MYERS, ESQUIRE
MEMBER PA, TX AND NJ BARS

June 18, 2026

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Court – Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re: O.T., et al v. Freehold Regional High Sch. Dist. Bd of Educ.
Civil Action No. 3:25-cv-01728-ZNQ-JTQ

Dear Judge Quraishi:

In accord with this Court's June 15, 2026 Order (ECF 43), Defendant Freehold Regional School District asks this Court to consider supplements to the Administrative Record that it submitted to this Court in: (1) its moving papers (ECF 19); (2) in opposition to Plaintiffs' Motion for Summary Judgment (ECF 31); and (3) in its Reply in Further Support of Summary Judgment (ECF 34). The Court's consideration of these supplements is appropriate under the authority of Susan N. v. Wilson Sch. Dist., 70 F.3d 751, 762 (3d Cir. 1995) where the Third Circuit found that a court reviewing the appropriateness of an IEP may consider a child's later progress to determine "whether the original IEP was reasonably calculated to afford some educational benefit."

As set forth in undersigned counsel's November 10, 2025 Certification (ECF 19-3), Defendant relied upon the following redacted documents that were outside the administrative record but filed with Defendant's moving papers.

| Document | ECF 19-3 Certification Paragraph No. | ECF No. |
|---|---|---|
| October 27, 2022 IEP documents<br>FRHSD-0006; FRHSD-00175-00192; FRHSD-01878-01884; FRHSD-02189-002199. | 4 | 19-7 |
| Psychological Re-Evaluation<br>FRHSD-00675-00687 | 5 | 19-8 |

| **Document** | **ECF 19-3 Certification Paragraph No.** | **ECF No.** |
|---|---|---|
| 10/16/24 State of New Jersey Dept. of Educ. Guidance for Special Education Program Options: In-Class Resource (ICR) and In-Class Support (ICS) | 6 | 19-9 |
| 10/8/19 Functional Behavior Assessment<br>FRHSD-00634-00642 | 7 | 19-10 |
| 5/13/25 Howland Letter<br>FRHSD-04045-04046 | 8 | 19-11 |
| A.T.'s Freehold Regional High School Transcript<br>FRHSD-03458-03459 | 9 | 19-12 |

As set forth in undersigned counsel's December 12, 2025 Certification (ECF 31-3), Defendant relied upon the following redacted documents that were outside the administrative record but filed in support of Defendant's Response to [Plaintiffs'] Statement of Facts.

| **Document** | **ECF 31-3 Certification Paragraph No.** | **ECF No.** |
|---|---|---|
| 2/8/2022 Email from J. Howland to Plaintiffs<br>FRHSD-00470-00471 | 2 | 31-5 |
| Student Nurse Visits<br>FRHSD-02539-2542 | 5 | 31-8 |
| 2/15/22 email from L. Joworisak to Plaintiffs<br>FRHSD-00437-00439 | 6 | 31-9 |

As set forth in undersigned counsel's December 19, 2025 Certification (ECF 34-1), Defendant relied upon the following redacted documents that were outside the administrative record but filed in support of Defendant's Reply in Further Support of its Motion for Summary Judgment.

| **Document** | **ECF 34-1 Certification Paragraph No.** | **ECF No.** |
|---|---|---|
| 11/21/24 Functional Behavior Assessment<br>FRHSD-02572-2580 | 1 | 34-2 |
| Transcript from the 5/3/23 IEP Meeting<br>FRHSD-04136-4280 | 3 | 34-4 |

As required by this Court's Order the documents identified above are attached to this letter.

Respectfully submitted,

*/s/Anne R. Myers*

Anne R. Myers, Esq.
Comegno Law Group, P.C.
Attorney for the Defendant

ARM/kgk
Enclosures

cc: John Rue, Esquire, as counsel for A.T., individually, and o/b/o A.T. w/ attachments (via ECF and email)
O.T. individually, appearing *pro se* lxxxfxxx@gmail.com w/ attachments (via email)