# Exhibit D

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 2 of 56 PageID: 498

Freehold Regional High School District

**CONSENT FOR ADDITIONAL ASSESSMENT**

**Please complete, sign and return this form to the address below**

**RE: A[redacted] T[redacted]**
**DOB:[redacted] ID#: 2570107**

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

I understand the district proposed that additional assessment is required for the above student to better understand how the student's disability adversely affects educational performance, and help determine appropriate special education and related services, or speech-language services only. In order for the district to conduct the evaluation, the district requires your written consent. Please read and sign this consent form and return it to our office.

☒ I consent to all the proposed evaluation assessments as listed:

- ☐ Educational Evaluation
- ☐ Speech/Language Evaluation
- ☐ Psychological Evaluation
- ☐ Social History
- ☐ Occupational Therapy Evaluation
- ☐ Physical Therapy Evaluation
- ☐ Psychoeducational Evaluation
- ☐ Neurodevelopmental Evaluation
- ☐ Assistive Technology Evaluation
- ☐ ____________
- ☐ ____________

☐ I consent to only the following evaluation assessments as listed:

____________ ____________

____________ ____________

____________ ____________

☐ I do not consent to the proposed evaluation assessments.

| [redacted] | PARENT | [redacted] | 10/27/2022 |
|---|---|---|---|
| Print Name | Relationship to Student | Signature | Date |

**Freehold Regional High School District**
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

## DRAFT - INDIVIDUALIZED EDUCATION PROGRAM

### STUDENT / GUARDIAN INFORMATION

**Student:** A[redacted] T[redacted]
**Date of Birth:** [redacted]
**Gender:** Male
**Local ID:** 2570107
**Address:** [redacted]
Colts Neck, NJ 07722
**Age:** 15:5
**Native Language:** English
**State ID:** 9329872285
**Home #:**
**Contacts:** Mrs. O[redacted] T[redacted], Mother
**Home/Mobile #:** M: [redacted]
**Work #:**
**Email:** l[redacted]t[redacted]@gmail.com
**Contacts:** Mr. A[redacted] T[redacted], Father
**Home/Mobile #:** M: [redacted]
**Work #:** [redacted]
**Email:** a[redacted]t[redacted]@jpmorgan.com
**School Year:** 2022-2023
**Case Manager:** Kimberly Rosas
**School:** Colts Neck High School
**Grade:** Grade 10
**Special Alerts:** A[redacted] currently is allergic to the following foods: eggs, milk, corn, soy, tree nuts, peanuts and pineapple. An Epi-pen has been provided to the school nurse for emergency administration. He also has seasonal and environmental allergies, As per parent update in May 2022: A[redacted] cannot have anything with nuts, peanuts, sesame, pineapple and corn, A[redacted] has Lyme disease and symptoms may affect him in school. Please contact the school nurse for more information, A[redacted]'s current IEP continues to be in Stay Put. However, the district continues to recommend that the LLD program is the most appropriate placement for his needs.

### MEETING OR AGREEMENT INFORMATION

**Date:** 10/27/2022
**Reason**: Annual Review

### IEP INFORMATION

| | |
|---|---|
| **Projected IEP Start Date:** | 11/11/2022 |
| **Projected IEP End Date:** | 06/30/2023 |
| **Behavior Intervention Plan:** | No |
| **Modifications:** | Yes |
| **Supplementary Aids and Services:** | Yes |
| **Assistive Technology:** | Yes |
| **Supports for School Personnel:** | Yes |
| **Testing Accommodations:** | Yes |

### PLACEMENT CATEGORY

In the presence of general education students between 40% and 79% of the school day (2022-2023)

### STATUS FOR DURATION OF IEP

11/11/2022 - 06/30/2023 Receiving Services

### MOST RECENT ELIGIBILITY INFORMATION

**Determination:** Eligible for Special Education and Related Services
**Classification:** Communication Impairment
**Extended School Year:** Deferred pending review

| | |
|---|---|
| **Most Recent Annual Review Meeting:** | 10/27/2022 |
| **Annual Review Due:** | 11/10/2023 |
| **Most Recent Reevaluation Eligibility Meeting:** | 12/05/2018 |
| **Consent to Waive Reevaluation Received:** | |
| **Reevaluation Due:** | 12/04/2021 |

### INITIAL ELIGIBILITY INFORMATION

| | |
|---|---|
| **Initial Referral:** | 08/26/2015 |
| **Initial Consent to Evaluate:** | 09/11/2015 |
| **Initial Eligibility Determination:** | 12/07/2015 |
| **Initial IEP Meeting:** | 12/07/2015 |
| **Initial Consent to Implement IEP:** | 12/17/2015 |
| **Initial IEP Implemented:** | 12/22/2015 |

### SUMMARY-SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES

| | | |
|---|---|---|
| Special Class Mild/Moderate Learning or Language Disabilities: Science | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: English | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: Math | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: History | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Speech/Language Therapy - Integrated: Group (not to exceed 5) | 11/11/2022 - 06/22/2023 | 1 x 7 day cycle 30 min. |
| Counseling Services: Individual | 11/11/2022 - 06/22/2023 | 2 x Monthly 20 min. |
| Shared Aide: Group | 11/11/2022 - 06/22/2023 | 1 x Daily 390 min. |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## IEP PARTICIPANTS

Name and date in this section of the IEP documents participation in the meeting and does not indicate agreement with the IEP .
(Original signatures are obtained from each participant at the meeting and are maintained on file.)

| Participant Name and Title | Date | Participant Name and Title | Date |
|---|---|---|---|
| | | | |
| | | | |

* If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space .

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE AND CONSIDERATIONS WHEN DEVELOPING THE IEP

**Initial or Most Recent Evaluations/Reports:** Consider relevant data. List the sources of information used to develop the IEP.

| Date | Evaluation/Report | Comments |
|---|---|---|
| 10/16/2019 | Functional Behavioral Assessment | Summary: A[redacted] is a twelve-year old male referred for the assessment of problem behavior. Through interviews, direct observation, and ABC analysis, it appears that A[redacted] mainly engages in these behaviors to escape demands (negative reinforcement) and gain access to attention in fthe form of conversation or verbal correction (postitive reinforcement). A Behavior Improvment Plan (BIP) will be created to support the student in the educational environment. |
| 12/05/2018 | Conclusion | After a triennial review, The CST has determined that A[redacted] will remain eligible for special education and related services under the disability category of Communication Impaired. Communication impaired means a language disorder in the areas of morphology, syntax, semantics and/or pragmatics/discourse which adversely affects a student's educational performance and is not due primarily to an auditory impairment. The problem shall be demonstrated through functional assessment of language in other than a testing situation and performance below 1.5 standard deviations, or the 10th percentile on at least two standardized language tests, where such tests are appropriate, one of which shall be a comprehensive test of both receptive and expressive language. |
| 11/28/2018 | Occupational Therapy Evaluation | A[redacted] was re-evaluated in the area of occupational therapy as part of his triennial re-evaluation testing. A[redacted] was evaluated in a quiet environment with minimal distractions. Both standardized measures as well as clinical observations were used to collect data for this assessment. A[redacted] was cooperative and motivated to perform his best on the assessments. His attention to task was inconsistent as he required redirection at several points during the testing. On the Test of Visual Perceptual Skills 4 (TVPS-4), A[redacted] scored the following: Visual Discrimination: scaled score 10 (percentile rank-50%), Visual Memory: scaled score 5 (percentile rank-5%), Spatial Relationships: scaled score 11 (percentile rank-63%), Form Constancy: scaled score 8 (percentile rank-25%), Sequential Memory: scaled score 9 (percentile rank-37%), Visual Figure-Ground: scaled score 6 (percentile rank-9%) and Visual Closure: scaled score 9 (percentile rank-37%). His overall standard score was 91, which placed him in the 27th percentile (low average range) compared to other peers his age.<br><br>On the Beery-Buktenica Developmental Test of Visual-Motor Integration-6th edition, A[redacted] scored the following: Beery VMI (design copying subtest) standard score 84 (percentile rank -14%), Visual Perception standard score 101 (percentile rank-53%) and Motor Coordination standard score 82 (percentile rank-12%). Some fine motor weakness was observed as A[redacted] was completing the drawings. A[redacted] completed each design slowly and truly put forth his best effort. On the Wide Range Assessment of Visual Motor Abilities (WRAVMA), A[redacted] completed 30 pegs in the allotted time frame on the pegboard subtest. This resulted in a standard score of 78 and a percentile rank of 7%, which is in the below average range. Fine motor weakness was observed as he demonstrated minimal thumb flexion and was alternating between a lateral pinch, inferior pincer and superior pincer grasp pattern on the pegs. Core stability as well as upper body strength was observed to be |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| | | |
|---|---|---|
| | | weak as evidenced by his difficulty maintaining an upright posture during written work and his inability to complete modified pushups. In hand manipulation skills including complex rotation, shift and translation were tested. The results indicated intrinsic muscle weakness resulting in difficulty separating the radial and ulnar sides of the hand. Ocular motor skills were also found to be a struggle for A[redacted] as he demonstrated difficulty completing pursuits, saccades, gaze stabilization, convergence and fixation with graded control.<br><br>A[redacted] completed a written copying task using the Wold Sentence Copying Test resulting in approximately 14 letters per minute. He traced over many letters, which appeared to slow down his writing speed. He tended to copy each letter individually looking back at the passage several times instead of chunking the letters together to copy words. When completing a writing task, A[redacted] benefits from graphic organizers to assist with planning and organization. A[redacted] uses a right handed thumb wrap grasp pattern with appropriate left hand stabilization on the paper. Increased pencil pressure was noted. During a typing task, A[redacted] was able to complete the first lesson of the Big Brown Bear Typing program in 4 minutes scoring 11 words per minute and 94% accuracy. He utilized mainly his index fingers to type and looked at the keyboard while he was typing, which slowed down his speed as well. A[redacted] was able to navigate through his chromebook appropriately. He was able to complete speech to text in Google Docs with assistance to plan and organize his ideas, which can be beneficial with increasing his speed during written expression tasks. |
| 11/26/2018 | Assistive Technology Evaluation | Clinical Impressions:<br>A[redacted] is an 11 year old young man, who demonstrates difficulty organizing his thoughts and writing a cohesive narrative. His speech and language deficits directly impact his ability to answer questions in written or verbal form. He also has tone deficits in his hands. This makes it difficult for A[redacted] to keep up in the classroom. Assistive technology and other modifications may allow him to complete his work more thoroughly and independently. A[redacted] was most successful during this evaluation when he used voice typing along with a visual graphic organizer and verbal prompting to complete a short essay. However, when using voice typing and Webspiration Classroom, the computer was a distraction. Paper based organizers in conjunction with minimal verbal prompts from a teacher will allow A[redacted] to further organize his thoughts prior to voice typing and minimize distractions. While these modifications are currently in his IEP (voice typing and visual supports), A[redacted] needs to be taught how to use them in a controlled environment before implementing them in the classroom. |
| 11/21/2018 | Physical Therapy Evaluation | A[redacted] was re-evaluated by the school physical therapist to assess his ability to complete school-based gross motor skills. He runs, gallops, skips with alternate feet, jumps and hops unsupported. A[redacted] is able to catch and throw a ball as well as dribble a paddle ball for consecutive trials. A[redacted] demonstrates proximal core weakness as demonstrated by his inability to assume and maintain various postures (cocoon, superman, plank). His ability to motor plan various tasks including jumping jacks, jumping rope and grapevine patterns continues to emerge. He is able to maintain static unilateral stance with eyes open but quickly loses balance when his eyes are closed. |
| 11/21/2018 | Speech/Language Evaluation | A[redacted] was seen for a speech/language therapy evaluation as part of the Triennial Reevaluation for the Child Study Team. He was friendly and compliant throughout the testing sessions.<br>A[redacted]'s standard score of 85 (16th percentile) on the Receptive One-Word Picture Vocabulary Test - 4th Edition (ROWPVT-4) placed his performance in the average range for this measure. A standard score of 80 (9th percentile) on the Expressive One-Word Picture Vocabulary Test-4th Edition (EOWPVT-4) placed his performance in the below average range for this measure.<br>The Test of Language Development – Intermediate 4th edition (TOLD I:4) was administered to assess A[redacted]'s present levels of oral comprehension and language use. A[redacted]'s performance yielded a Spoken Language Index score of 86 indicating that his overall language scores fall within the below average range on this assessment. Areas of relative strength for A[redacted] were Sentence Combining, Picture Vocabulary, Word Ordering and Multiple Meanings; these subtest score fell within the average range. This assessment identified A[redacted]'s areas of weakness to be Relational Vocabulary, and Morphological Comprehension, as these scores fell into the below average range.<br>On the Test of Problem Solving 3 (TOPS-3) A[redacted] earned a Total Test standard score of <55 (<1st percentile) and all subtest standard scores fell at/or below the 5th percentile, indicating that Problem Solving is an area in need of significant expansion for A[redacted].<br>Informal observations indicated inconsistent misarticulations of some speech sounds, however these errors do not currently impact his overall intelligibility. Vocal parameters of voice, pitch, and volume were considered WNL. A[redacted] does demonstrate rising intonation and increased volume of speech when he is excited. There were no clinical dysfluencies noted.<br>A[redacted] would benefit from continued speech/language therapy services to strengthen his overall language, grammar, and pragmatic skills. |

FRHSD-00177

# DRAFT/WRITTEN NOTES FOR IEP MEETING

**11/20/2018 Educational Evaluation**

Summary: A[redacted] is an 11-year, 5 month old young man currently enrolled in the 6th grade at Cedar Drive Middle School in Colts Neck, NJ. A[redacted] was assessed at this time as part of a triennial reevaluation to update his academic levels and to determine continuation of eligibility for special education and related services according to the NJ Special Education Code. Records indicate that A[redacted] originally attended the Conover Road Primary School for a brief time in kindergarten, and was then home schooled until the conclusion of 2nd grade. In 2015, he was re-enrolled in the district at Conover Road Elementary School for the beginning of 3rd grade. A[redacted] has a history of Lyme Disease and numerous allergies. A[redacted] was initially referred to the Child Study Team (CST) in the fall of 2015 by his parents. At that time he had previously been diagnosed with a moderate delay in receptive language skills, moderate to severe expressive language, and pragmatic language delays, which affected his writing and reading. Consequently, A[redacted] was found eligible for Special Education and Related Services under the disability category of Communication Impaired. He is currently placed in all In-class Resource classes at parent request, and has a full time 1:1 aide. A[redacted] is also receiving speech-language, physical and occupational therapies at this time. Due to A[redacted]'s impulsive style at times during the evaluation sessions, coupled with his difficulty maintaining his focus, it is this examiner's impression that these achievement scores are an underestimation of A[redacted]'s current academic abilities. A[redacted] was a pleasure to test.

When compared to others at his age level, on the Woodcock-Johnson IV Tests of Achievement and Oral Language, A[redacted]'s Standard Score fell within the Average range in Basic Reading Skills (SS: 96), indicating a relative area of strength. A[redacted]'s Standard Scores were Low Average in Math Problem Solving (SS: 87), Math Calculation Skills (SS: 82), and Broad Mathematics (SS: 80). A[redacted] performed in the Low range in Oral Expression (SS: 74) and Academic Applications (SS: 73), and in the Very Low range in Listening Comprehension (SS: 62), Reading Comprehension-Ext (SS: 66), Reading Fluency (SS: 69), Written Expression (SS: 68), and Academic Fluency (SS: 61), demonstrating relative areas of weakness. Results of this and other evaluations may be used to determine A[redacted]'s continued eligibility for classification and special education services.

**11/20/2018 Psychological Evaluation**

Testing was completed as part of A[redacted]'s triennial re-evaluation. A[redacted] receives special education and related services under criteria for communication impaired. A[redacted] has a significant medical history, which includes environmental and food allergies, a history of frequent ear infections, Lyme Disease, and a fracture of the right elbow that required surgery. A[redacted] reportedly had a reaction to the anesthesia used, and showed regression of motor and language skills following the surgery.

A[redacted] started kindergarten in Colts Neck, but shortly into the school year, A[redacted]'s parents opted to home school him, and provided related services privately. A[redacted] returned to the Colts Neck Schools in 3rd grade. Towards the start of 3rd grade, A[redacted] qualified for special education and related services. In addition to academic supports, A[redacted] has received assistance with social skills, and has been receiving speech/language therapy, occupational therapy and physical therapy since that time. Academically, A[redacted]'s current program includes in-class resource for language arts, math, social studies and science. He also has an individual aide for core academic subjects and related arts classes.

On the current evaluation, testing took place over the course of two sessions on two separate days. Mrs. T[redacted] was informed of the testing dates and was able to provide A[redacted] with advanced notice. Aside from a little reservation on the first day of testing, on the whole, A[redacted] was very sweet and complied with testing activities. With occasional clarification, A[redacted] showed a good understanding of directions. He worked hard. He was distracted at times, and sometimes a little fidgety and impulsive. A[redacted] was easily redirected. In general, A[redacted] seemed to enjoy and attend more fully to tasks that included a visual component.

One subtest from the intellectual assessment, Coding, was invalidated, as A[redacted] spent a prolonged amount of time correcting some items. Further, the standardized format of the intellectual assessment, with limited opportunities for prompting and rewording of items, may have impacted A[redacted]'s performance, particularly with regard to more language based subtests, which factor in to the FSIQ. As such, scores should be viewed as minimal estimates of A[redacted]'s true ability, and should be viewed in conjunction with other measures of A[redacted]'s daily functioning and performance.

# DRAFT/WRITTEN NOTES FOR IEP MEETING

On this administration of the WISC-V, A[redacted]'s scored within the average range on the Fluid Reasoning Index (FRI = 94) and on the Working Memory Index (WMI = 91). He scored within the low average range on the Visual Spatial Index (VSI = 86). He scored within the very low range on the Verbal Comprehension Index (VCI = 73). A[redacted]'s Full Scale Intelligence Quotient fell within the low average range (FSIQ = 82).

On the SSIS, teacher form, the current social skills composite score falls within the well below average range (standard score = 66), which is slightly higher than on the 3rd grade administration. Ratings were below average in communication, cooperation, assertion, empathy, engagement and self-control, and were average in responsibility. The current problem behaviors composite falls within the average range (standard score = 103), which shows improvement. Ratings were average in externalizing, bullying, hyperactivity/inattention, and internalizing, and were above average in autism spectrum. The current academic competence rating falls within the below average range (standard score = 83), which also shows improvement in comparison to the 3rd grade administration. On the parent form, the social skills composite score falls within the above average range (standard score = 117). Ratings were average in communication, assertion, and engagement, and were above average in cooperation, responsibility, empathy and self-control. The problem behaviors composite fell within the average range (standard score = 89). All subdomains were average. In comparison to the 3rd grade administration, improvement is indicated with regard to both social skills and problem behaviors.

In talking with A[redacted], he seems to be enjoying the middle school setting. Science is his favorite subject. Outside of school A[redacted] shared that he likes to play, swim, and watch tv.

**Statewide and Districtwide Assessments Results:** Consider relevant data. List the sources of information used to develop the IEP.

| Date | Test | Subtest | Score/Type | Results/Outcome | Comments |
|---|---|---|---|---|---|
| 04/30/2019 | Grade 6: NJSLA – Mathematics | None | 655 (Scaled Score) | Level 1 | |
| 04/24/2019 | Grade 6: NJSLA – ELA/Literacy | None | 675 (Scaled Score) | Level 1 | |
| 04/30/2018 | Grade 05: PARCC Assessment for Mathematics | None | 709 (Scaled Score) | Level Two: Partially Meeting Expectations | |
| 04/30/2018 | Grade 05: PARCC Assessment for ELA/Literacy | None | 662 (Scaled Score) | Level One: Not Yet Meeting Expectations | |
| 04/30/2017 | Grade 04: PARCC Assessment for Mathematics | None | 671 (Scaled Score) | Level One: Not Yet Meeting Expectations | |
| 04/30/2017 | Grade 04: PARCC Assessment for ELA/Literacy | None | 694 (Scaled Score) | Level One: Not Yet Meeting Expectations | |

**Standardized Test Results:** Consider relevant data. List the sources of information used to develop the IEP.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 8 of 56 PageID: 504


# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Strengths of the Student:**

- Algebra 1 (ICR)- A[redacted] is on time daily and is a very friendly student.

  English II ICR- A[redacted] follows classroom routines and is respectful towards his teachers and peers.
- US1 ICR- A[redacted] comes to class on time.
- Lab Environmental Science ICR (10/22) A[redacted] is pleasant, friendly, and on time for class.

**Concerns of the Parent:**

- 10/27/2022:

**Present Levels of Academic Achievement and Functional Performance:**

**Mathematics**

- A[redacted] is currently taking Algebra 1 in the inclusion setting. A[redacted] is provided with guided notes, a completed class copy of the notes online, study guides which mimic the assessments, the use of a calculator for computation, and extended time on assessments as needed. A[redacted] completes his guided notes with assistance, mostly keeping him focused and filling in his notes when he falls behind. A[redacted] needs assistance maintaining his focus throughout most of the class period and staying on task during independent assignments. A[redacted] fixates on topics that are not related to Algebra and those fixations impede his ability to focus on the lesson and his class work. A[redacted] has to be reminded often that this is not appropriate topics of conversation or not to stress over things like a fire drill. A[redacted] typically does not complete class work as he prefers to have conversations with his peers. A[redacted] will refuse to complete assignments that he deems requires too much work and will pick and choose what he would like to complete. A[redacted] will interrupt lessons to ask off topic questions and has to be reminded of appropriate times to ask those questions. A[redacted] rarely participates in the class lesson. A[redacted] does not ask for help during independent work, instead he looks at his neighbors' papers and copies the work that they have shown. When asked if he needs assistance, A[redacted] will reply that he is OK and does not need help. A[redacted] has been struggling so far in Algebra 1 and currently has a 51.7% (E) for marking period 1 with modifications outlined in his current IEP. A[redacted] does not utilize extended time on assessments and is given the opportunity for corrections when he hands his assessments in, but he opts not to and says he is done. A[redacted]'s algebraic foundation is weak. He has struggled with foundational skills like solving simple equations and order of operations and in areas that require multiple steps to problem solve. It is recommended that A[redacted] take math in a smaller setting where his individual needs could more easily be met and there would be less distractions. A[redacted] should continue to receive guided notes, access to a class copy of the notes, study guides, the use of a calculator, and extended time on assessments as needed.

  \

**English**

- English II ICR- A[redacted] comes to class on time and follows beginning class routines, including getting required supplies and starting the do-now assignment. A[redacted] is consistently positive and will ask the teachers about work he has missed when absent or what the daily lesson will be. He has difficulty transitioning into the next activity and when given prompting, will often continue to work on the first activity. Specifically, A[redacted] struggles to transition from taking class notes. Although he is provided copies of class notes and expectations are shortened, he will continue to work on class notes instead of transitioning to the next task. While working independently on classwork, A[redacted] benefits from consistent refocusing as he frequently attempts to engage in off-topic conversations with his paraprofessional, teachers, and peers. When asked if he understands the directions or needs assistance, he refuses assistance. While working in collaborative learning groups, A[redacted] initiates conversation with his peers but has not been observed to discuss or complete the assignment with his peers. A[redacted]'s assignments are shortened and he is provided additional time to complete them, yet at present he does not fully complete the required sections to demonstrate his skills. In regard to reading comprehension, A[redacted] struggles to identify the main idea of a text given prompting and multiple methods to show his knowledge, such as via writing or verbal response. He is able to identify some details about characters but it unable to explain the main idea of the text. In the area of written expression, given scaffo[redacted]ng and graphic organizers, A[redacted] is able to follow a specific structure to write a topic sentence. During class, he does not formulate paragraphs and is unable to locate supporting textual evidence without direct support. A[redacted] has been encouraged to use text-to-speech when writing, but has declined to use it this year. In all of his interactions with his teachers and peers, A[redacted] is positive and friendly.

**Social Studies**

- US1 ICR- A[redacted] benefits from consistent refocusing as he frequently attempts to engage in off-topic conversations with his paraprofessional, teachers, and peers. He has difficulty transitioning into the next activity and when given prompting, will often continue to work on the first activity. While working independently on classwork, A[redacted] benefits from consistent refocusing as he frequently attempts to

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 9 of 56 PageID: 505


# DRAFT/WRITTEN NOTES FOR IEP MEETING

engage in off-topic conversations with his paraprofessional, teachers, and peers. When asked if he understands the directions or needs assistance, he refuses assistance. He often outright refuses to do the work as directed. A[redacted] is given extra time to complete ALL assignments. A[redacted] often asks inappropriate questions of his peers, para and teachers. A[redacted] cannot complete multi-step problems or questions that as for inferences to be made from historical text.

**World Language**

- A[redacted] is very friendly, social, and kind. He likes to talk to his classmates, and he remembers many of them from middle school. Academically, A[redacted] is struggling in class. It takes a long time for A[redacted] to copy notes into his notebook and apply skills learned in class. As of now, A[redacted] cannot respond to simple questions in the target language as “How are you?” and “What is your name?” A[redacted] struggles with day to day tasks such as completing do now, responding to questions, playing educational games, and does not participate. A few times homework was not completed. Mrs. Claudia, A[redacted]’s aide, needed to write down the homework assignments for him and remind him to complete them. I am happy to see that A[redacted] gets some assistance from home when completing the assignments. Lastly, A[redacted] has been asking for breaks. He needs to leave the classroom and walk in the hallway.

**Physical Education**

- A[redacted] is in Driver Education class for marking period 1. He has an A- at this time. He has been completing his assignments. He likes to participate. Once in a while he goes a little off topic with his questions.

**Science**

- Lab Environmental Science icr (10/22). A[redacted] is on time for class and prepared with his chromebook and notebook. A[redacted] is friendly with his peers, but frequently engages at inappropriate times, such as during direct instruction and during group activities. A[redacted] has to be frequently reminded not to interrupt during direct instruction, and has to be redirected from perseverating on unrelated topics, such as when is the next fire drill. He will wander from his group to engage other students, asking inappropriate and off topic questions. A[redacted] is not easily directed back on task. He is unable to participate in group activities because he is disengaged and off task, even with redirection. A[redacted] will attempt to complete all of his assignments, which are modified for him, but he resists teacher direction in terms of modification. For example, A[redacted] will not move on from a class opening "warm up" activity until he has completely written it down. These are typically short, oral activities that are meant to introduce a new concept or to reinforce previously taught material. A[redacted] insists that he be permitted to complete copying down the written question, even after being told that the assignment is not graded and is available for him, along with all of the other notes/powerpoints on GoogleClassroom. As a result A[redacted] misses the instructions on how to complete the following in class activity. A[redacted] refuses redirection by the paraprofessional when she attempts to redirect him to on task behavior. This requires teacher intervention and frequently results ininterruption of direct instruction. A[redacted] is able to complete only the most basic components of any activity. He is able to find answers in text to some degree, but only provides one word answers or short sentences that are incorrect and /or incomplete. A[redacted] will cross off questions so that he can skip them. Frequent formative assessments have indicated that A[redacted] rarely demonstrates more than a rudimentary understanding of any concept or standard. Summary assessments, despite heavy modification, have yielded that same result.

**How the Student's Disability Affects his or her Involvement and Progress in the General Education Curriculum:** For preschool children, as appropriate, describe how the disability affects the child’s participation in appropriate activities.

- A[redacted]'s deficits in language, vocabulary, inferential comprehension and figurative language, coupled with his weaknesses in written expression (organization /adding details), may impede his performance across all areas of the curriculum. He benefits from support from a special education teacher, along with extended time on shortened assessments /assignments.

**Special Considerations:** If in considering any of the special factors listed below, the IEP team determines that the student needs a particular device or service (including an intervention, accommodation or other program modification) to receive a free, appropriate public education, the IEP must include a statement to that effect in the appropriate section. If a factor is not applicable, note as such.

**Indicate if the student has any needs as a result of Limited English proficiency:**

- Considered but not applicable

**Indicate if the student has communication needs:**

- Communication Needs are included in the Academic, Developmental, Functional and Any Other Needs section

**Indicate if the student's behavior impedes his or her learning or that of others:**

- Considered but not applicable

**Indicate if the student is in need of any assistive technology devices and services:**

- Assistive devices and services are included within the Modifications and Supplementary Aids and Services section

# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Beginning with the IEP in place for the school when the student will turn age 14 or younger, if appropriate, indicate if there is a need for consultation from agencies that provide services for individuals with disabilities:**
- Considered but not applicable

**For a student who is deaf or hard of hearing, indicate the need for opportunities for direct communication with peers and professional personnel:**
- Considered but not applicable

**For a student who is blind or visually impaired, the IEP shall provide for instruction in Braille and the use of Braille:**
- Considered but not applicable

**Needs - Academic, Developmental, Functional and any other Needs that result from the Student's Disability and Special Considerations:**

**English**

- English II ICR- A[redacted] needs consistent prompting to maintain focus during class and to transition to new activities. He needs shortened and significantly modified assignments to demonstrate his current skills.

## STATEMENT OF TRANSITION PLANNING

Beginning with the IEP in place for the school year when the student will turn age 14, or younger if appropriate, develop the long range educational plan for the student's future which includes a statement of the student's strengths, interests and preferences; a course of study; related strategies and/or activities; a description of the need for consultation from other agencies; and, as appropriate, identify interagency linkages and responsibilities

**Statement of the Student's Strengths, Interests and Preferences:**

- A[redacted] is a friendly and personable student with a great sense of humor. He has an interest in hands on activities, and especially enjoys his Digital Media Design class. A[redacted] enjoys traveling and visiting new places.

**Courses of Study:** Considering the student's strengths, interests, preferences, and desired postsecondary goals, list the specific courses of study for the period of time covered by this IEP. Include both general education and special education courses. When appropriate, identify the courses of study projected for future years.

**Grade 9:** English, math, science and history

**Grade 10:** English 2, Environmental Science, US History, Algebra, Italian, PE/Health, Digital Media & Photo Design

**Grade 11:** Projected: English 3, Math, Science, US History II, PE/Health, Electives

**Grade 12:**

**Related Strategies and/or Activities:** In addition to the courses listed above, list related strategies and/or activities that are consistent with the student's strengths, interests, and preferences, and are intended to assist the student in developing or attaining postsecondary goals related to training, education, employment and, if appropriate, independent living.

**Related Strategies and/or Activities:** Considered but not applicable

**Statement of Consultation:** Indicate the need for consultation from other agencies that provide services for individuals with disabilities including, but not limited to, the Division of Vocational Rehabilitation Services in the Department of Labor.

**List the name of any agency from which consultation is needed:**

**Name of school staff person who will be the liaison to postsecondary resources:**

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 11 of 56 PageID: 507


# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Pre-Employment Transition Services:** If any of these services are determined to be currently needed, the school should consult with DVRS or CBVI to determine who will be responsible for arranging and providing each needed service.

| | | Record Previous Date(s) the service was provided by: | | |
|---|---|---|---|---|
| **Service** | **Does the student currently need this service?** | **School** | **NJ Division of Vocational Rehabilitation (DVRS)** | **NJ Commission for the Blind and Visually Impaired (CBVI)** |
| Job exploration counseling | | | | |
| Work-based learning experiences | | | | |
| Counseling about opportunities for enrollment in programs at institutions of higher education | | | | |
| Workplace readiness training to develop social skills and independent living skills | | | | |
| Instruction in self-advocacy | | | | |

**Statement of Needed Interagency Linkages and Responsibilities:** As appropriate to the anticipated needs of the student, list all agencies to which the student will be referred by the school district liaison to postsecondary resources in the spaces below. List the responsibility of the school district and/or student/parent(s) with respect to contacting each agency listed and providing needed information or documentation to each agency.

| | | |
|---|---|---|
| - Considered but not applicable | | |

**STATEMENT OF APPROPRIATE MEASURABLE POSTSECONDARY GOALS AND TRANSITION SERVICES**

Beginning with the IEP in place for the school year when the student will turn age 16, or younger if appropriate, indicate the student's desired postsecondary school goals and transition services.

**Measurable Postsecondary Goals:** Indicate the student's desired post-school goals based upon age-appropriate transition assessments related to training, education, employment and, if appropriate, independent living.

**Postsecondary Education** (Including, but not limited to, college, vocational training, and continuing and adult education)

- A[redacted]'s goal is to pursue employment after graduation. He will continue to explore postsecondary options with his school counselor and case manager

**Employment/Career**

- A[redacted] would like to pursue employment after graduation. He is unsure of a specific career goal at this time.

**Independent Living Skills** (if appropriate)

- Considering the student's interests, goals and age appropriate levels of performance, independent living goals are not required at this time .

**Transition Services: Coordinated Activities/Strategies:** Indicate the following multi-year plan for promoting movement from school to the student's desired post-school goals. The student's needs, strengths, interests and preferences in each area must be considered, and responsibilities should be shared among participants (student, parent, school staff, outside agencies, employers, etc.).

| **Activities/Strategies Related to Measurable Postsecondary Goals** | **Expected Date of Implementation** | **Person or Agency Arranging and/or Providing Services** |
|---|---|---|

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| | | |
|---|---|---|
| **Instruction - Postsecondary Education/Training**<br>- Demonstrate ability to advocate for learning needs in an education setting (Education/Training)<br>Demonstrate an understanding of instructional supports needed to progress in an educational environment (Education/Training)<br>Learn how to manage time schedules for class work (Education/Training)<br>Participate in driver education (Education/Training) | 11/11/2022 | student, parents, case manager, guidance, staff, Driver's Ed Teacher |
| **Related Services**<br>- Speech/Language Services to further develop communication skills | 11/11/2022 | student, parents, speech therapist |
| **Community Experiences**<br>- Attend workshops on Post Secondary options (Education/Training) | 9/2023 | student, parents |
| **Employment and Other Post-School Adult Living Objectives**<br>- Obtain a Drivers License (Employment/Career) | 5/2024 | Student, parents |
| **Daily Living Skills (if appropriate)**<br>- Learn money management and budgeting skills needed to live independently (Independent Living)<br>Learn to manage personal finances (Independent Living) | 9/2023 | student, parents, financial literacy instructor |
| **Functional Vocational Evaluation (if appropriate)**<br>- considered, not needed at this time | | |

## TRANSFER OF RIGHTS AT AGE OF MAJORITY

**On 5/8/2025, A[redacted] T[redacted] will turn age 18 and become an adult student. The following rights will transfer to A[redacted] T[redacted]:**

- The school district must receive written permission from A[redacted] T[redacted] before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.
- The school must send a written notice to A[redacted] T[redacted] whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP), placement, or the provision of a free, appropriate public education (FAPE).
- You, the parent(s), may not have access to A[redacted] T[redacted]'s educational records without his consent, unless he continues to be financially dependent on you.
- The district will continue to provide you, the parent(s), with notice of meetings and of any proposed changes to your adult child's program, unless you or the student notify the district, in writing, that the student is financially independent.
- Any time A[redacted] T[redacted] disagrees with his/her special education program, he/she is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If A[redacted] T[redacted] wishes, he may write a letter to the school giving you, the parent(s), the right to continue to act on his behalf in these matters.

## BEHAVIORAL INTERVENTIONS

If behavior impedes the student's learning or the learning of others, the IEP team must consider, when appropriate, strategies, including positive behavioral interventions and supports to address that behavior. When needed, a behavior intervention plan must be included in the IEP.

**Are Behavioral Interventions Appropriate at This Time?** No

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 13 of 56 PageID: 509


# DRAFT/WRITTEN NOTES FOR IEP MEETING

## ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOALS

**Area:** READING

**Goal: 1.** When presented with narrative and/or informational text from A[redacted]'s content area subjects, A[redacted] will identify the main topic of a text with prompting with 75% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 1.1 | After reading a story, A[redacted] will identify the main topic with prompting. | 75% success | Writing samples |

**Area:** WRITING

**Goal: 2.** A[redacted] will write a narrative using concrete and sensory details to precisely describe actions, thoughts and feelings about a real or imagined event with 75% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 2.1 | A[redacted] will write a narrative about a real or imagined event that includes details that describe actions within the event( s) or thoughts or feelings about the event(s). | 75% success | Writing samples |

**Area:** MATHEMATICS

**Goal: 3.** A[redacted] will make sense of problems and persevere in solving them with 70% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 3.1 | A[redacted] will explain volume formulas and use them to solve problems. | 70% success | Writing samples |

**Area:** SPEECH / LANGUAGE

**Goal: 4.** A[redacted] will demonstrate topic maintenance during conversational speech with 80% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 4.1 | A[redacted] will maintain a topic and change topic during a conversational exchange. | 80% success | Structured observations of targeted behavior |
| 4.2 | A[redacted] will close a topic during a conversational exchange. | 80% success | Structured observations of targeted behavior |

**Goal: 5.** A[redacted] will adhere to conversational rules (e.g. initiate conversation, request/respond to clarification, allow and maintain pause) during the therapy session with 80% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 5.1 | A[redacted] will introduce relevant topics and ask questions that are relevant to the topic. | 80% success | Structured observations of targeted behavior |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| Goal: 6. | A[redacted] will use problem solving strategies to solve problems with 80% success | | |
|---|---|---|---|
| **Benchmarks or Short Term Objectives** | | **Criteria** | **Evaluation Procedure** |
| 6.1 | A[redacted] will express reasons for his actions, personal opinions and personal feelings. | 80% success | Structured observations of targeted behavior |

**MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE GENERAL EDUCATION CLASSROOM AND/OR SPECIAL EDUCATION CLASSROOM**

State the modifications for the student to be involved and progress in the general education curriculum and be educated with nondisabled students. If the student will not be participating in the general education classroom, state the modifications and supplementary aids and services to enable the student to be involved and progress in the general education curriculum in the special education classroom. State the supplementary aids and services that will be provided to the student or on behalf of the student. Identify any assistive technology devices and services to be provided. For preschool students, review the preschool day to determine what accommodations and modifications may be required to allow the child to participate in the general education classroom and activities. Each modification, supplementary aid or service, and assistive technology device should be entered separately.

**Modifications:**

| Classroom | Modifications |
|---|---|
| General and Special Education | - Check for understanding<br>- Break down tasks with support from teacher<br>- Additional time to complete classroom assignments, tests, quizzes, and homework<br>- Allow up to 5 school days to turn in all work<br>- Allow for additional time to complete projects<br>- Preview of academic concepts as needed, via study guides, copies of textbooks, cloze notes<br>- Provide notes/cloze notes, formula cards (math/science)<br>- Modified tests/quizzes and assignments<br>-Assignments and tests should be shortened<br>- Provide A[redacted] with graphic organizers<br>- Use of a calculator as needed<br>- Utilize Chromebook to type assignments, and utilize speech-to-text software |

**Supplementary Aids and Services:**

| Classroom | Supplementary Aids and Services |
|---|---|
| General and Special Education | - Aide support should focus on:<br>-Monitoring his academic progress and working with classroom teachers to implement his IEP<br>- Provide additional set of textbooks, workbooks, and other course materials (to keep at home) at the beginning of the academic year, quarter/semester, or whenever A[redacted] begins a new course<br>- Access to syllabus at the start of each course, either physical or digital copy |

**Assistive Technology Devices and Services:**

| Classroom | Assistive Technology Devices and Services |
|---|---|
| General and Special Education | - A[redacted] should have access to Speech-to-Text software as well as a personal Chromebook and/or other computer |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## SUPPORTS FOR SCHOOL PERSONNEL

State the supports for school personnel that will be provided for the student. Supports may include, but is not limited to, training for school personnel, consultation, and access to research-based materials and resources.

- Consultation with CST
- Consultation with Related Services Providers

## PROGRESS REPORTING

State how the parents will be regularly informed of their student's progress toward the annual goals.

Schedule: Reports will be provided at the same time report cards are provided for all students in the school year.

Method: Written Reports

## RATIONALE FOR REMOVAL FROM GENERAL EDUCATION

Decisions regarding placement are based on the individual needs of students and must begin with consideration of the general education setting. The purpose of this page is to document the discussions that have occurred with respect to accommodations, modifications, and supplementary aids and services in each academic or functional area that are necessary to educate the student in the general education setting.

If the student will be included in the general education setting for more than 80% of the time, *no rationale is required*. Items 1 through 3 of this section of the IEP need not be completed or included in the student's IEP.

If a student will not be included in the general education setting for more than 80% of the time, items 1 through 3 below MUST be completed for each CONTENT/SUBJECT AREA.

* NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

**1. Identify the supplementary aids and services that were considered to implement the student's annual goals. Explain why they are not appropriate to meet the student's needs in the general education class:**

| Content/Subject Area | Supplementary aids and services considered | Explanation |
|---|---|---|
| | | |

**2. Document the comparison of the benefits provided in the general education class and the benefits provided in the special education class:**

**3. Document the potentially beneficial or harmful effects which a placement (in the general education class) may have on the student with disabilities or the other students in the class:**

| | On the Student | | On Other Students | |
|---|---|---|---|---|
| Content/Subject Area | Beneficial | Harmful | Beneficial | Harmful |
| | | | | |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## MODIFICATIONS IN EXTRACURRICULAR AND NONACADEMIC ACTIVITIES

State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities. Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities. In addition, for students in an out-of-district placement, delineate how the student will participate with nondisabled peers in extracurricular and nonacademic activities including, if necessary, returning the student to the district in order to facilitate such participation.

- Consultation with case manager prior to extracurricular/nonacademic activities to determine the appropriate supports/modifications necessary

## PLACEMENT DECISION

* NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

**Placement decision category for students with disabilities ages 6-21:** In the presence of general education students between 40% and 79% of the school day

## TRANSITION PLANNING ACTIVITIES FOR STUDENTS IN SEPARATE SETTINGS

For students in a separate setting for all or part of a school day, set forth activities necessary to move the student to a less restrictive placement. A separate setting is defined as a building without general education students.

- Not Applicable

## LENGTH OF SCHOOL DAY

Document the length of the school day, if different from the length of the school day for nondisabled peers.

- The length of the school day will be the same as for non-disabled peers

## STATEMENT OF THE STUDENT'S TRANSITION FROM ELEMENTARY TO SECONDARY PROGRAM

- Not applicable

## STATEMENT OF EXTENDED SCHOOL YEAR SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES

Determine whether the student needs an extended school year (ESY) program. An extended school year program is provided in accordance with the student's IEP when an interruption in the educational programming causes the student's performance to revert to a lower level of functioning and recoupment cannot be expected in a reasonable length of time.

**Does the student need an extended school year program?** Deferred pending review

**Extended School Placement Location:**

**List relevant factors considered in determining whether the student needs an ESY Program:**

- A[redacted]'s need for ESY services will be determined at a later meeting based on his progress and updated data regarding his functioning

## PARTICIPATION IN DISTRICTWIDE AND STATEWIDE ASSESSMENT PROGRAM

Indicate any individual modifications in the administration of Statewide or districtwide assessments of student achievement needed for the student to participate. If it is determined that the student shall not participate in a particular Statewide or districtwide assessment of student achievement (or part of such an assessment), indicate why that assessment is not appropriate for the student and indicate how the student shall be assessed.

**Student will Participate in the Following Assessments:**

- Algebra I: NJSLA Assessment for Mathematics
- Grade 11: NJSLA Assessment for Science

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## GRADUATION REQUIREMENTS

Beginning at age 14, identify the State and local graduation requirements that the student will be expected to meet. The statement must be reviewed annually. If the student is exempted from meeting any of the graduation requirements that all students are expected to meet or if any of the requirements are modified, provide a rationale below and list any alternate proficiencies the student is expected to achieve.

| State the Graduation Requirement | Exemption | If the student is exempt from the meeting the graduation requirement, provide a rationale for the exemption. |
|---|---|---|
| Attendance: | No | |
| Credit Hours: | No | |
| Statewide Assessment: | No | |
| Other (Local Graduation Requirements): | No | |

Alternate Requirement - Provide a description of any alternate proficiencies to be achieved by the student to qualify for a State endorsed diploma :

- Considered but not applicable

## STATEMENT OF SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES

| Special Education Programs | Location | Subject | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | Science | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | English | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | Math | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | History | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |

| Related Services or Speech Language Services for Students Eligible for Speech/Language Services | Location | Ratio | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| Speech/Language Therapy - Integrated | Varied Locations | Group (not to exceed 5) | 11/11/2022 - 06/22/2023 | 1 | 7 day cycle | 30 min. |
| Counseling Services | Varied Locations | Individual | 11/11/2022 - 06/22/2023 | 2 | Monthly | 20 min. |
| Shared Aide | General Education Classroom | Group | 11/11/2022 - 06/22/2023 | 1 | Daily | 390 min. |

| Special Transportation Related Services | | | | | |
|---|---|---|---|---|---|
| - Considered but not applicable | | | | | |

| Special Education Programs | Location | Subject | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| | | | | | | |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| Extended Related Services or Speech Language Services for Students Eligible for Speech/Language Services | Location | Ratio | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| | | | | | | |

**Testing Modifications/Accommodations Needed for Districtwide, Statewide and Classroom Assessments:**

**NJSLA - Accessibility Features for All Students**

- General Administration Directions Read Aloud and Repeated as Needed (by test administrator), NJSLA Test Type : ELA, Math, Science
- General Administration Directions Clarified (by test administrator), NJSLA Test Type: ELA, Math, Science
- Redirect Student to the Test (by test administrator), NJSLA Test Type: ELA, Math, Science

**NJSLA - Administration Considerations for All Students**

- Small group testing, NJSLA Test Type: ELA, Math, Science
- Frequent breaks, NJSLA Test Type: ELA, Math, Science

**NJSLA – Presentation Accommodations**

- Text-to-Speech for the ELA/Literacy Assessments, including items, response options, and passages, NJSLA Test Type : ELA, Criteria: Text and graphics

**NJSLA – Response Accommodations**

- Calculation Device and Mathematics Tools (on Non-Calculator Sections of Mathematics Assessments), NJSLA Test Type: Math, Criteria: Calculator, Devices and Materials: Hand-held calculator

**NJSLA – Timing and Scheduling Accommodations**

- Extended Time, NJSLA Test Type: ELA, Math, Science

**NOTICE REQUIREMENTS FOR THE IEP AND PLACEMENT**

This form describes the information required in each of the components of written notice for an IEP meeting.
The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.

**Describe the proposed action and explain why the district has taken such action:**

- The attached IEP describes the proposed program and placement and was developed as a result of an annual review.
- It was determined that the student continues to have a disability as defined in N.J.A.C. 6A:14- 3.5 or 3.6 which adversely affects the student's educational performance.

**Describe any options considered and the reasons those options were rejected:**

- There were no other options considered at this time.

**Describe the procedures, tests, records or reports and factors used in determining the proposed action:**

- The sources of information used to develop the proposed IEP are included in the "Present Levels of Academic Achievement and Functional Performance and Considerations when Developing the IEP" section of this IEP.

**If applicable, describe any other factors that are relevant to the proposed action:**

- There were no other factors that are relevant to the proposed action.

FRHSD-00190

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## PROCEDURAL SAFEGUARDS STATEMENT

As the parent of a student who is, or may be determined, eligible for special education services or as an adult student who is, or may be determined, eligible for special education, you have rights regarding identification, evaluation, classification, development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education* (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, when a disciplinary action that constitutes a change in placement is imposed by your school district, and the first time a due process hearing or complaint investigation is requested. In addition, a copy will be provided to you at your request.

**To obtain a copy of PRISE, please contact:** Office of Special Services, Freehold Regional High School District 732-792-7300

**For help in understanding your rights, you may contact any of the following:**
Coordinator, Statewide Advocacy Network (SPAN) at 800-654-7726 Advocacy Office 800-922-7233
Statewide Parent Advocacy Network (SPAN) at (800) 654-7726
Protection and Advocacy, Inc., at (800) 922-7233
Monmouth County Office, Jane Marano 732-431-7810

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 20 of 56 PageID: 516

**Freehold Regional High School District**
**Meeting Attendance Sign-in Sheet**

Student: A[redacted] T[redacted]     Meeting Date: 10/27/2022

Reason for Meeting: Annual Review

| MEETING PARTICIPANTS | | | |
|---|---|---|---|
| Please sign in the appropriate space below. A signature in this section documents participation in the meeting and does not indicate agreement with the team's overall decision. If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space. (Original Signatures are maintained on file.) | | ***For eligibility determination meetings only***, each team member shall certify in writing whether his or her report is in accordance (in agreement) with the conclusion of eligibility of the student. If his or her report does not reflect the conclusion of eligibility (classification), the team member must submit a separate statement presenting his or her conclusions. | |
| **Print Name with Signature and Title** | **Date** | **Assessment Report Date** | **Conclusion of Eligibility** |
| Student, if appropriate | | | |
| Parent/Guardian | | | |
| Parent/Guardian | | | |
| General Education Teacher | | | ☐ Agree ☐ Disagree |
| Special Education Teacher or Provider | | | ☐ Agree ☐ Disagree |
| Child Study Team Member | | | ☐ Agree ☐ Disagree |
| Case Manager (May be CST Member above) | | | ☐ Agree ☐ Disagree |
| School District Representative (May be the CST member or other appropriate school personnel.) | | | ☐ Agree ☐ Disagree |
| Specialist or Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |

**Freehold Regional High School District**
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

## DRAFT - INDIVIDUALIZED EDUCATION PROGRAM

### STUDENT / GUARDIAN INFORMATION

**Student:** A[redacted] T[redacted] **Date of Birth:** [redacted] **Gender:** Male **Local ID:** 2570107
**Address:** [redacted] **Age:** 15:5 **Native Language:** English **State ID:** 9329872285
Colts Neck, NJ 07722 **Home #:**
**Contacts:** Mrs. O[redacted] T[redacted], Mother **Home/Mobile #:** M: [redacted] **Work #:** **Email:** l[redacted]t[redacted]@gmail.com
**Contacts:** Mr. A[redacted] T[redacted], Father **Home/Mobile #:** M: [redacted] **Work #:** [redacted] **Email:** a[redacted]t[redacted]@jpmorgan.com
**School Year:** 2022-2023 **Case Manager:** Kimberly Rosas **School:** Colts Neck High School **Grade:** Grade 10
**Special Alerts:** A[redacted] currently is allergic to the following foods: eggs, milk, corn, soy, tree nuts, peanuts and pineapple. An Epi-pen has been provided to the school nurse for emergency administration. He also has seasonal and environmental allergies, As per parent update in May 2022: A[redacted] cannot have anything with nuts, peanuts, sesame, pineapple and corn, A[redacted] has Lyme disease and symptoms may affect him in school. Please contact the school nurse for more information, A[redacted]'s current IEP continues to be in Stay Put. However, the district continues to recommend that the LLD program is the most appropriate placement for his needs.

### MEETING OR AGREEMENT INFORMATION

**Date:** 10/27/2022
**Reason**: Annual Review

### IEP INFORMATION

| | |
|---|---|
| **Projected IEP Start Date:** | 11/11/2022 |
| **Projected IEP End Date:** | 06/30/2023 |
| **Behavior Intervention Plan:** | No |
| **Modifications:** | Yes |
| **Supplementary Aids and Services:** | Yes |
| **Assistive Technology:** | Yes |
| **Supports for School Personnel:** | Yes |
| **Testing Accommodations:** | Yes |

### PLACEMENT CATEGORY

In the presence of general education students between 40% and 79% of the school day (2022-2023)

### STATUS FOR DURATION OF IEP

11/11/2022 - 06/30/2023 Receiving Services

### MOST RECENT ELIGIBILITY INFORMATION

**Determination:** Eligible for Special Education and Related Services
**Classification:** Communication Impairment
**Extended School Year:** Deferred pending review

| | |
|---|---|
| **Most Recent Annual Review Meeting:** | 10/27/2022 |
| **Annual Review Due:** | 11/10/2023 |
| **Most Recent Reevaluation Eligibility Meeting:** | 12/05/2018 |
| **Consent to Waive Reevaluation Received:** | |
| **Reevaluation Due:** | 12/04/2021 |

### INITIAL ELIGIBILITY INFORMATION

| | |
|---|---|
| **Initial Referral:** | 08/26/2015 |
| **Initial Consent to Evaluate:** | 09/11/2015 |
| **Initial Eligibility Determination:** | 12/07/2015 |
| **Initial IEP Meeting:** | 12/07/2015 |
| **Initial Consent to Implement IEP:** | 12/17/2015 |
| **Initial IEP Implemented:** | 12/22/2015 |

### SUMMARY-SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES

| | | |
|---|---|---|
| Special Class Mild/Moderate Learning or Language Disabilities: Science | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: English | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: Math | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities: History | 11/11/2022 - 06/22/2023 | 5 x 7 day cycle 67 min. |
| Speech/Language Therapy - Integrated: Group (not to exceed 5) | 11/11/2022 - 06/22/2023 | 1 x 7 day cycle 30 min. |
| Counseling Services: Individual | 11/11/2022 - 06/22/2023 | 2 x Monthly 20 min. |
| Shared Aide: Group | 11/11/2022 - 06/22/2023 | 1 x Daily 390 min. |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## IEP PARTICIPANTS

Name and date in this section of the IEP documents participation in the meeting and does not indicate agreement with the IEP .
(Original signatures are obtained from each participant at the meeting and are maintained on file.)

| Participant Name and Title | Date | Participant Name and Title | Date |
|---|---|---|---|
| | | | |
| | | | |

* If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space .

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE AND CONSIDERATIONS WHEN DEVELOPING THE IEP

**Initial or Most Recent Evaluations/Reports:** Consider relevant data. List the sources of information used to develop the IEP.

| Date | Evaluation/Report | Comments |
|---|---|---|
| 10/16/2019 | Functional Behavioral Assessment | Summary: A[redacted] is a twelve-year old male referred for the assessment of problem behavior. Through interviews, direct observation, and ABC analysis, it appears that A[redacted] mainly engages in these behaviors to escape demands (negative reinforcement) and gain access to attention in fthe form of conversation or verbal correction (postitive reinforcement). A Behavior Improvment Plan (BIP) will be created to support the student in the educational environment. |
| 12/05/2018 | Conclusion | After a triennial review, The CST has determined that A[redacted] will remain eligible for special education and related services under the disability category of Communication Impaired. Communication impaired means a language disorder in the areas of morphology, syntax, semantics and/or pragmatics/discourse which adversely affects a student's educational performance and is not due primarily to an auditory impairment. The problem shall be demonstrated through functional assessment of language in other than a testing situation and performance below 1.5 standard deviations, or the 10th percentile on at least two standardized language tests, where such tests are appropriate, one of which shall be a comprehensive test of both receptive and expressive language. |
| 11/28/2018 | Occupational Therapy Evaluation | A[redacted] was re-evaluated in the area of occupational therapy as part of his triennial re-evaluation testing. A[redacted] was evaluated in a quiet environment with minimal distractions. Both standardized measures as well as clinical observations were used to collect data for this assessment. A[redacted] was cooperative and motivated to perform his best on the assessments. His attention to task was inconsistent as he required redirection at several points during the testing. On the Test of Visual Perceptual Skills 4 (TVPS-4), A[redacted] scored the following: Visual Discrimination: scaled score 10 (percentile rank-50%), Visual Memory: scaled score 5 (percentile rank-5%), Spatial Relationships: scaled score 11 (percentile rank-63%), Form Constancy: scaled score 8 (percentile rank-25%), Sequential Memory: scaled score 9 (percentile rank-37%), Visual Figure-Ground: scaled score 6 (percentile rank-9%) and Visual Closure: scaled score 9 (percentile rank-37%). His overall standard score was 91, which placed him in the 27th percentile (low average range) compared to other peers his age.<br><br>On the Beery-Buktenica Developmental Test of Visual-Motor Integration-6th edition, A[redacted] scored the following: Beery VMI (design copying subtest) standard score 84 (percentile rank -14%), Visual Perception standard score 101 (percentile rank-53%) and Motor Coordination standard score 82 (percentile rank-12%). Some fine motor weakness was observed as A[redacted] was completing the drawings. A[redacted] completed each design slowly and truly put forth his best effort. On the Wide Range Assessment of Visual Motor Abilities (WRAVMA), A[redacted] completed 30 pegs in the allotted time frame on the pegboard subtest. This resulted in a standard score of 78 and a percentile rank of 7%, which is in the below average range. Fine motor weakness was observed as he demonstrated minimal thumb flexion and was alternating between a lateral pinch, inferior pincer and superior pincer grasp pattern on the pegs. Core stability as well as upper body strength was observed to be |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| | | |
|---|---|---|
| | | weak as evidenced by his difficulty maintaining an upright posture during written work and his inability to complete modified pushups. In hand manipulation skills including complex rotation, shift and translation were tested. The results indicated intrinsic muscle weakness resulting in difficulty separating the radial and ulnar sides of the hand. Ocular motor skills were also found to be a struggle for A[redacted] as he demonstrated difficulty completing pursuits, saccades, gaze stabilization, convergence and fixation with graded control.<br><br>A[redacted] completed a written copying task using the Wold Sentence Copying Test resulting in approximately 14 letters per minute. He traced over many letters, which appeared to slow down his writing speed. He tended to copy each letter individually looking back at the passage several times instead of chunking the letters together to copy words. When completing a writing task, A[redacted] benefits from graphic organizers to assist with planning and organization. A[redacted] uses a right handed thumb wrap grasp pattern with appropriate left hand stabilization on the paper. Increased pencil pressure was noted. During a typing task, A[redacted] was able to complete the first lesson of the Big Brown Bear Typing program in 4 minutes scoring 11 words per minute and 94% accuracy. He utilized mainly his index fingers to type and looked at the keyboard while he was typing, which slowed down his speed as well. A[redacted] was able to navigate through his chromebook appropriately. He was able to complete speech to text in Google Docs with assistance to plan and organize his ideas, which can be beneficial with increasing his speed during written expression tasks. |
| 11/26/2018 | Assistive Technology Evaluation | Clinical Impressions:<br>A[redacted] is an 11 year old young man, who demonstrates difficulty organizing his thoughts and writing a cohesive narrative. His speech and language deficits directly impact his ability to answer questions in written or verbal form. He also has tone deficits in his hands. This makes it difficult for A[redacted] to keep up in the classroom. Assistive technology and other modifications may allow him to complete his work more thoroughly and independently. A[redacted] was most successful during this evaluation when he used voice typing along with a visual graphic organizer and verbal prompting to complete a short essay. However, when using voice typing and Webspiration Classroom, the computer was a distraction. Paper based organizers in conjunction with minimal verbal prompts from a teacher will allow A[redacted] to further organize his thoughts prior to voice typing and minimize distractions. While these modifications are currently in his IEP (voice typing and visual supports), A[redacted] needs to be taught how to use them in a controlled environment before implementing them in the classroom. |
| 11/21/2018 | Physical Therapy Evaluation | A[redacted] was re-evaluated by the school physical therapist to assess his ability to complete school-based gross motor skills. He runs, gallops, skips with alternate feet, jumps and hops unsupported. A[redacted] is able to catch and throw a ball as well as dribble a paddle ball for consecutive trials. A[redacted] demonstrates proximal core weakness as demonstrated by his inability to assume and maintain various postures (cocoon, superman, plank). His ability to motor plan various tasks including jumping jacks, jumping rope and grapevine patterns continues to emerge. He is able to maintain static unilateral stance with eyes open but quickly loses balance when his eyes are closed. |
| 11/21/2018 | Speech/Language Evaluation | A[redacted] was seen for a speech/language therapy evaluation as part of the Triennial Reevaluation for the Child Study Team. He was friendly and compliant throughout the testing sessions.<br>A[redacted]'s standard score of 85 (16th percentile) on the Receptive One-Word Picture Vocabulary Test - 4th Edition (ROWPVT-4) placed his performance in the average range for this measure. A standard score of 80 (9th percentile) on the Expressive One-Word Picture Vocabulary Test-4th Edition (EOWPVT-4) placed his performance in the below average range for this measure.<br>The Test of Language Development – Intermediate 4th edition (TOLD I:4) was administered to assess A[redacted]'s present levels of oral comprehension and language use. A[redacted]'s performance yielded a Spoken Language Index score of 86 indicating that his overall language scores fall within the below average range on this assessment. Areas of relative strength for A[redacted] were Sentence Combining, Picture Vocabulary, Word Ordering and Multiple Meanings; these subtest score fell within the average range. This assessment identified A[redacted]'s areas of weakness to be Relational Vocabulary, and Morphological Comprehension, as these scores fell into the below average range.<br>On the Test of Problem Solving 3 (TOPS-3) A[redacted] earned a Total Test standard score of <55 (<1st percentile) and all subtest standard scores fell at/or below the 5th percentile, indicating that Problem Solving is an area in need of significant expansion for A[redacted].<br>Informal observations indicated inconsistent misarticulations of some speech sounds, however these errors do not currently impact his overall intelligibility. Vocal parameters of voice, pitch, and volume were considered WNL. A[redacted] does demonstrate rising intonation and increased volume of speech when he is excited. There were no clinical dysfluencies noted.<br>A[redacted] would benefit from continued speech/language therapy services to strengthen his overall language, grammar, and pragmatic skills. |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| | | |
|---|---|---|
| 11/20/2018 | Educational Evaluation | Summary: A[redacted] is an 11-year, 5 month old young man currently enrolled in the 6th grade at Cedar Drive Middle School in Colts Neck, NJ. A[redacted] was assessed at this time as part of a triennial reevaluation to update his academic levels and to determine continuation of eligibility for special education and related services according to the NJ Special Education Code. Records indicate that A[redacted] originally attended the Conover Road Primary School for a brief time in kindergarten, and was then home schooled until the conclusion of 2nd grade. In 2015, he was re-enrolled in the district at Conover Road Elementary School for the beginning of 3rd grade. A[redacted] has a history of Lyme Disease and numerous allergies. A[redacted] was initially referred to the Child Study Team (CST) in the fall of 2015 by his parents. At that time he had previously been diagnosed with a moderate delay in receptive language skills, moderate to severe expressive language, and pragmatic language delays, which affected his writing and reading. Consequently, A[redacted] was found eligible for Special Education and Related Services under the disability category of Communication Impaired. He is currently placed in all In-class Resource classes at parent request, and has a full time 1:1 aide. A[redacted] is also receiving speech-language, physical and occupational therapies at this time. Due to A[redacted]'s impulsive style at times during the evaluation sessions, coupled with his difficulty maintaining his focus, it is this examiner's impression that these achievement scores are an underestimation of A[redacted]'s current academic abilities. A[redacted] was a pleasure to test.<br><br>When compared to others at his age level, on the Woodcock-Johnson IV Tests of Achievement and Oral Language, A[redacted]'s Standard Score fell within the Average range in Basic Reading Skills (SS: 96), indicating a relative area of strength. A[redacted]'s Standard Scores were Low Average in Math Problem Solving (SS: 87), Math Calculation Skills (SS: 82), and Broad Mathematics (SS: 80). A[redacted] performed in the Low range in Oral Expression (SS: 74) and Academic Applications (SS: 73), and in the Very Low range in Listening Comprehension (SS: 62), Reading Comprehension-Ext (SS: 66), Reading Fluency (SS: 69), Written Expression (SS: 68), and Academic Fluency (SS: 61), demonstrating relative areas of weakness. Results of this and other evaluations may be used to determine A[redacted]'s continued eligibility for classification and special education services. |
| 11/20/2018 | Psychological Evaluation | Testing was completed as part of A[redacted]'s triennial re-evaluation. A[redacted] receives special education and related services under criteria for communication impaired. A[redacted] has a significant medical history, which includes environmental and food allergies, a history of frequent ear infections, Lyme Disease, and a fracture of the right elbow that required surgery. A[redacted] reportedly had a reaction to the anesthesia used, and showed regression of motor and language skills following the surgery.<br><br>A[redacted] started kindergarten in Colts Neck, but shortly into the school year, A[redacted]'s parents opted to home school him, and provided related services privately. A[redacted] returned to the Colts Neck Schools in 3rd grade. Towards the start of 3rd grade, A[redacted] qualified for special education and related services. In addition to academic supports, A[redacted] has received assistance with social skills, and has been receiving speech/language therapy, occupational therapy and physical therapy since that time. Academically, A[redacted]'s current program includes in-class resource for language arts, math, social studies and science. He also has an individual aide for core academic subjects and related arts classes.<br><br>On the current evaluation, testing took place over the course of two sessions on two separate days. Mrs. T[redacted] was informed of the testing dates and was able to provide A[redacted] with advanced notice. Aside from a little reservation on the first day of testing, on the whole, A[redacted] was very sweet and complied with testing activities. With occasional clarification, A[redacted] showed a good understanding of directions. He worked hard. He was distracted at times, and sometimes a little fidgety and impulsive. A[redacted] was easily redirected. In general, A[redacted] seemed to enjoy and attend more fully to tasks that included a visual component.<br><br>One subtest from the intellectual assessment, Coding, was invalidated, as A[redacted] spent a prolonged amount of time correcting some items. Further, the standardized format of the intellectual assessment, with limited opportunities for prompting and rewording of items, may have impacted A[redacted]'s performance, particularly with regard to more language based subtests, which factor in to the FSIQ. As such, scores should be viewed as minimal estimates of A[redacted]'s true ability, and should be viewed in conjunction with other measures of A[redacted]'s daily functioning and performance. |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

On this administration of the WISC-V, A[redacted]'s scored within the average range on the Fluid Reasoning Index (FRI = 94) and on the Working Memory Index (WMI = 91). He scored within the low average range on the Visual Spatial Index (VSI = 86). He scored within the very low range on the Verbal Comprehension Index (VCI = 73). A[redacted]'s Full Scale Intelligence Quotient fell within the low average range (FSIQ = 82).

On the SSIS, teacher form, the current social skills composite score falls within the well below average range (standard score = 66), which is slightly higher than on the 3rd grade administration. Ratings were below average in communication, cooperation, assertion, empathy, engagement and self-control, and were average in responsibility. The current problem behaviors composite falls within the average range (standard score = 103), which shows improvement. Ratings were average in externalizing, bullying, hyperactivity/inattention, and internalizing, and were above average in autism spectrum. The current academic competence rating falls within the below average range (standard score = 83), which also shows improvement in comparison to the 3rd grade administration. On the parent form, the social skills composite score falls within the above average range (standard score = 117). Ratings were average in communication, assertion, and engagement, and were above average in cooperation, responsibility, empathy and self-control. The problem behaviors composite fell within the average range (standard score = 89). All subdomains were average. In comparison to the 3rd grade administration, improvement is indicated with regard to both social skills and problem behaviors.

In talking with A[redacted], he seems to be enjoying the middle school setting. Science is his favorite subject. Outside of school A[redacted] shared that he likes to play, swim, and watch tv.

**Statewide and Districtwide Assessments Results:** Consider relevant data. List the sources of information used to develop the IEP.

| Date | Test | Subtest | Score/Type | Results/Outcome | Comments |
|---|---|---|---|---|---|
| 04/30/2019 | Grade 6: NJSLA – Mathematics | None | 655 (Scaled Score) | Level 1 | |
| 04/24/2019 | Grade 6: NJSLA – ELA/Literacy | None | 675 (Scaled Score) | Level 1 | |
| 04/30/2018 | Grade 05: PARCC Assessment for Mathematics | None | 709 (Scaled Score) | Level Two: Partially Meeting Expectations | |
| 04/30/2018 | Grade 05: PARCC Assessment for ELA/Literacy | None | 662 (Scaled Score) | Level One: Not Yet Meeting Expectations | |
| 04/30/2017 | Grade 04: PARCC Assessment for Mathematics | None | 671 (Scaled Score) | Level One: Not Yet Meeting Expectations | |
| 04/30/2017 | Grade 04: PARCC Assessment for ELA/Literacy | None | 694 (Scaled Score) | Level One: Not Yet Meeting Expectations | |

**Standardized Test Results:** Consider relevant data. List the sources of information used to develop the IEP.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 26 of 56 PageID: 522


# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Strengths of the Student:**

- Algebra 1 (ICR)- A[redacted] is on time daily and is a very friendly student.

  English II ICR- A[redacted] follows classroom routines and is respectful towards his teachers and peers.
- US1 ICR- A[redacted] comes to class on time.
- Lab Environmental Science ICR (10/22) A[redacted] is pleasant, friendly, and on time for class.

**Concerns of the Parent:**

- 10/27/2022:

**Present Levels of Academic Achievement and Functional Performance:**

**Mathematics**

- A[redacted] is currently taking Algebra 1 in the inclusion setting. A[redacted] is provided with guided notes, a completed class copy of the notes online, study guides which mimic the assessments, the use of a calculator for computation, and extended time on assessments as needed. A[redacted] completes his guided notes with assistance, mostly keeping him focused and filling in his notes when he falls behind. A[redacted] needs assistance maintaining his focus throughout most of the class period and staying on task during independent assignments. A[redacted] fixates on topics that are not related to Algebra and those fixations impede his ability to focus on the lesson and his class work. A[redacted] has to be reminded often that this is not appropriate topics of conversation or not to stress over things like a fire drill. A[redacted] typically does not complete class work as he prefers to have conversations with his peers. A[redacted] will refuse to complete assignments that he deems requires too much work and will pick and choose what he would like to complete. A[redacted] will interrupt lessons to ask off topic questions and has to be reminded of appropriate times to ask those questions. A[redacted] rarely participates in the class lesson. A[redacted] does not ask for help during independent work, instead he looks at his neighbors' papers and copies the work that they have shown. When asked if he needs assistance, A[redacted] will reply that he is OK and does not need help. A[redacted] has been struggling so far in Algebra 1 and currently has a 51.7% (E) for marking period 1 with modifications outlined in his current IEP. A[redacted] does not utilize extended time on assessments and is given the opportunity for corrections when he hands his assessments in, but he opts not to and says he is done. A[redacted]'s algebraic foundation is weak. He has struggled with foundational skills like solving simple equations and order of operations and in areas that require multiple steps to problem solve. It is recommended that A[redacted] take math in a smaller setting where his individual needs could more easily be met and there would be less distractions. A[redacted] should continue to receive guided notes, access to a class copy of the notes, study guides, the use of a calculator, and extended time on assessments as needed.

  \

**English**

- English II ICR- A[redacted] comes to class on time and follows beginning class routines, including getting required supplies and starting the do-now assignment. A[redacted] is consistently positive and will ask the teachers about work he has missed when absent or what the daily lesson will be. He has difficulty transitioning into the next activity and when given prompting, will often continue to work on the first activity. Specifically, A[redacted] struggles to transition from taking class notes. Although he is provided copies of class notes and expectations are shortened, he will continue to work on class notes instead of transitioning to the next task. While working independently on classwork, A[redacted] benefits from consistent refocusing as he frequently attempts to engage in off-topic conversations with his paraprofessional, teachers, and peers. When asked if he understands the directions or needs assistance, he refuses assistance. While working in collaborative learning groups, A[redacted] initiates conversation with his peers but has not been observed to discuss or complete the assignment with his peers. A[redacted]'s assignments are shortened and he is provided additional time to complete them, yet at present he does not fully complete the required sections to demonstrate his skills. In regard to reading comprehension, A[redacted] struggles to identify the main idea of a text given prompting and multiple methods to show his knowledge, such as via writing or verbal response. He is able to identify some details about characters but it unable to explain the main idea of the text. In the area of written expression, given scaffolding and graphic organizers, A[redacted] is able to follow a specific structure to write a topic sentence. During class, he does not formulate paragraphs and is unable to locate supporting textual evidence without direct support. A[redacted] has been encouraged to use text-to-speech when writing, but has declined to use it this year. In all of his interactions with his teachers and peers, A[redacted] is positive and friendly.

**Social Studies**

- US1 ICR- A[redacted] benefits from consistent refocusing as he frequently attempts to engage in off-topic conversations with his paraprofessional, teachers, and peers. He has difficulty transitioning into the next activity and when given prompting, will often continue to work on the first activity. While working independently on classwork, A[redacted] benefits from consistent refocusing as he frequently attempts to

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 27 of 56 PageID: 523


# DRAFT/WRITTEN NOTES FOR IEP MEETING

engage in off-topic conversations with his paraprofessional, teachers, and peers. When asked if he understands the directions or needs assistance, he refuses assistance. He often outright refuses to do the work as directed. A[redacted] is given extra time to complete ALL assignments. A[redacted] often asks inappropriate questions of his peers, para and teachers. A[redacted] cannot complete multi-step problems or questions that as for inferences to be made from historical text.

**World Language**

- A[redacted] is very friendly, social, and kind. He likes to talk to his classmates, and he remembers many of them from middle school. Academically, A[redacted] is struggling in class. It takes a long time for A[redacted] to copy notes into his notebook and apply skills learned in class. As of now, A[redacted] cannot respond to simple questions in the target language as “How are you?” and “What is your name?” A[redacted] struggles with day to day tasks such as completing do now, responding to questions, playing educational games, and does not participate . A few times homework was not completed. Mrs. Claudia, A[redacted]’s aide, needed to write down the homework assignments for him and remind him to complete them. I am happy to see that A[redacted] gets some assistance from home when completing the assignments. Lastly, A[redacted] has been asking for breaks. He needs to leave the classroom and walk in the hallway.

**Physical Education**

- A[redacted] is in Driver Education class for marking period 1. He has an A- at this time. He has been completing his assignments. He likes to participate. Once in a while he goes a little off topic with his questions.

**Science**

- Lab Environmental Science icr (10/22). A[redacted] is on time for class and prepared with his chromebook and notebook. A[redacted] is friendly with his peers, but frequently engages at inappropriate times, such as during direct instruction and during group activities. A[redacted] has to be frequently reminded not to interrupt during direct instruction, and has to be redirected from perseverating on unrelated topics, such as when is the next fire drill. He will wander from his group to engage other students, asking inappropriate and off topic questions. A[redacted] is not easily directed back on task. He is unable to participate in group activities because he is disengaged and off task, even with redirection. A[redacted] will attempt to complete all of his assignments, which are modified for him, but he resists teacher direction in terms of modification. For example, A[redacted] will not move on from a class opening "warm up" activity until he has completely written it down. These are typically short, oral activities that are meant to introduce a new concept or to reinforce previously taught material. A[redacted] insists that he be permitted to complete copying down the written question, even after being told that the assignment is not graded and is available for him, along with all of the other notes/powerpoints on GoogleClassroom. As a result A[redacted] misses the instructions on how to complete the following in class activity. A[redacted] refuses redirection by the paraprofessional when she attempts to redirect him to on task behavior. This requires teacher intervention and frequently results ininterruption of direct instruction. A[redacted] is able to complete only the most basic components of any activity. He is able to find answers in text to some degree, but only provides one word answers or short sentences that are incorrect and /or incomplete. A[redacted] will cross off questions so that he can skip them. Frequent formative assessments have indicated that A[redacted] rarely demonstrates more than a rudimentary understanding of any concept or standard . Summary assessments, despite heavy modification, have yielded that same result.

**How the Student's Disability Affects his or her Involvement and Progress in the General Education Curriculum:** For preschool children, as appropriate, describe how the disability affects the child’s participation in appropriate activities.

- A[redacted]'s deficits in language, vocabulary, inferential comprehension and figurative language, coupled with his weaknesses in written expression (organization /adding details), may impede his performance across all areas of the curriculum. He benefits from support from a special education teacher, along with extended time on shortened assessments /assignments.

**Special Considerations:** If in considering any of the special factors listed below, the IEP team determines that the student needs a particular device or service (including an intervention, accommodation or other program modification) to receive a free, appropriate public education, the IEP must include a statement to that effect in the appropriate section. If a factor is not applicable, note as such.

**Indicate if the student has any needs as a result of Limited English proficiency:**

- Considered but not applicable

**Indicate if the student has communication needs:**

- Communication Needs are included in the Academic, Developmental, Functional and Any Other Needs section

**Indicate if the student's behavior impedes his or her learning or that of others:**

- Considered but not applicable

**Indicate if the student is in need of any assistive technology devices and services:**

- Assistive devices and services are included within the Modifications and Supplementary Aids and Services section

# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Beginning with the IEP in place for the school when the student will turn age 14 or younger, if appropriate, indicate if there is a need for consultation from agencies that provide services for individuals with disabilities:**
- Considered but not applicable

**For a student who is deaf or hard of hearing, indicate the need for opportunities for direct communication with peers and professional personnel:**
- Considered but not applicable

**For a student who is blind or visually impaired, the IEP shall provide for instruction in Braille and the use of Braille:**
- Considered but not applicable

**Needs - Academic, Developmental, Functional and any other Needs that result from the Student's Disability and Special Considerations:**

**English**
- English II ICR- A[redacted] needs consistent prompting to maintain focus during class and to transition to new activities. He needs shortened and significantly modified assignments to demonstrate his current skills.

## STATEMENT OF TRANSITION PLANNING

Beginning with the IEP in place for the school year when the student will turn age 14, or younger if appropriate, develop the long range educational plan for the student's future which includes a statement of the student's strengths, interests and preferences; a course of study; related strategies and/or activities; a description of the need for consultation from other agencies; and, as appropriate, identify interagency linkages and responsibilities

**Statement of the Student's Strengths, Interests and Preferences:**
- A[redacted] is a friendly and personable student with a great sense of humor. He has an interest in hands on activities, and especially enjoys his Digital Media Design class. A[redacted] enjoys traveling and visiting new places.

**Courses of Study:** Considering the student's strengths, interests, preferences, and desired postsecondary goals, list the specific courses of study for the period of time covered by this IEP. Include both general education and special education courses. When appropriate, identify the courses of study projected for future years.

**Grade 9:** English, math, science and history

**Grade 10:** English 2, Environmental Science, US History, Algebra, Italian, PE/Health, Digital Media & Photo Design

**Grade 11:** Projected: English 3, Math, Science, US History II, PE/Health, Electives

**Grade 12:**

**Related Strategies and/or Activities:** In addition to the courses listed above, list related strategies and/or activities that are consistent with the student's strengths, interests, and preferences, and are intended to assist the student in developing or attaining postsecondary goals related to training, education, employment and, if appropriate, independent living.

**Related Strategies and/or Activities:** Considered but not applicable

**Statement of Consultation:** Indicate the need for consultation from other agencies that provide services for individuals with disabilities including, but not limited to, the Division of Vocational Rehabilitation Services in the Department of Labor.

**List the name of any agency from which consultation is needed:**

**Name of school staff person who will be the liaison to postsecondary resources:**

# DRAFT/WRITTEN NOTES FOR IEP MEETING

**Pre-Employment Transition Services:** If any of these services are determined to be currently needed, the school should consult with DVRS or CBVI to determine who will be responsible for arranging and providing each needed service.

| | | **Record Previous Date(s) the service was provided by:** | | |
|---|---|---|---|---|
| **Service** | **Does the student currently need this service?** | **School** | **NJ Division of Vocational Rehabilitation (DVRS)** | **NJ Commission for the Blind and Visually Impaired (CBVI)** |
| Job exploration counseling | | | | |
| Work-based learning experiences | | | | |
| Counseling about opportunities for enrollment in programs at institutions of higher education | | | | |
| Workplace readiness training to develop social skills and independent living skills | | | | |
| Instruction in self-advocacy | | | | |

**Statement of Needed Interagency Linkages and Responsibilities:** As appropriate to the anticipated needs of the student, list all agencies to which the student will be referred by the school district liaison to postsecondary resources in the spaces below. List the responsibility of the school district and/or student/parent(s) with respect to contacting each agency listed and providing needed information or documentation to each agency.

| | | |
|---|---|---|
| - Considered but not applicable | | |

**STATEMENT OF APPROPRIATE MEASURABLE POSTSECONDARY GOALS AND TRANSITION SERVICES**

Beginning with the IEP in place for the school year when the student will turn age 16, or younger if appropriate, indicate the student's desired postsecondary school goals and transition services.

**Measurable Postsecondary Goals:** Indicate the student's desired post-school goals based upon age-appropriate transition assessments related to training, education, employment and, if appropriate, independent living.

**Postsecondary Education** (Including, but not limited to, college, vocational training, and continuing and adult education)

- A[redacted]'s goal is to pursue employment after graduation. He will continue to explore postsecondary options with his school counselor and case manager

**Employment/Career**

- A[redacted] would like to pursue employment after graduation. He is unsure of a specific career goal at this time.

**Independent Living Skills** (if appropriate)

- Considering the student's interests, goals and age appropriate levels of performance, independent living goals are not required at this time .

**Transition Services: Coordinated Activities/Strategies:** Indicate the following multi-year plan for promoting movement from school to the student's desired post-school goals. The student's needs, strengths, interests and preferences in each area must be considered, and responsibilities should be shared among participants (student, parent, school staff, outside agencies, employers, etc.).

| **Activities/Strategies Related to Measurable Postsecondary Goals** | **Expected Date of Implementation** | **Person or Agency Arranging and/or Providing Services** |
|---|---|---|

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| | | |
|---|---|---|
| **Instruction - Postsecondary Education/Training**<br>- Demonstrate ability to advocate for learning needs in an education setting (Education/Training)<br>Demonstrate an understanding of instructional supports needed to progress in an educational environment (Education/Training)<br>Learn how to manage time schedules for class work (Education/Training)<br>Participate in driver education (Education/Training) | 11/11/2022 | student, parents, case manager, guidance, staff, Driver's Ed Teacher |
| **Related Services**<br>- Speech/Language Services to further develop communication skills | 11/11/2022 | student, parents, speech therapist |
| **Community Experiences**<br>- Attend workshops on Post Secondary options (Education/Training) | 9/2023 | student, parents |
| **Employment and Other Post-School Adult Living Objectives**<br>- Obtain a Drivers License (Employment/Career) | 5/2024 | Student, parents |
| **Daily Living Skills (if appropriate)**<br>- Learn money management and budgeting skills needed to live independently (Independent Living)<br>Learn to manage personal finances (Independent Living) | 9/2023 | student, parents, financial literacy instructor |
| **Functional Vocational Evaluation (if appropriate)**<br>- considered, not needed at this time | | |

## TRANSFER OF RIGHTS AT AGE OF MAJORITY

**On 5/8/2025, A[redacted] T[redacted] will turn age 18 and become an adult student. The following rights will transfer to A[redacted] T[redacted]:**

- The school district must receive written permission from A[redacted] T[redacted] before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.
- The school must send a written notice to A[redacted] T[redacted] whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP), placement, or the provision of a free, appropriate public education (FAPE).
- You, the parent(s), may not have access to A[redacted] T[redacted]'s educational records without his consent, unless he continues to be financially dependent on you.
- The district will continue to provide you, the parent(s), with notice of meetings and of any proposed changes to your adult child's program, unless you or the student notify the district, in writing, that the student is financially independent.
- Any time A[redacted] T[redacted] disagrees with his/her special education program, he/she is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If A[redacted] T[redacted] wishes, he may write a letter to the school giving you, the parent(s), the right to continue to act on his behalf in these matters.

## BEHAVIORAL INTERVENTIONS

If behavior impedes the student's learning or the learning of others, the IEP team must consider, when appropriate, strategies, including positive behavioral interventions and supports to address that behavior. When needed, a behavior intervention plan must be included in the IEP.

**Are Behavioral Interventions Appropriate at This Time?** No

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## ANNUAL MEASURABLE ACADEMIC AND/OR FUNCTIONAL GOALS

**Area:** READING

**Goal: 1.** When presented with narrative and/or informational text from A[redacted]'s content area subjects, A[redacted] will identify the main topic of a text with prompting with 75% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 1.1 | After reading a story, A[redacted] will identify the main topic with prompting. | 75% success | Writing samples |

**Area:** WRITING

**Goal: 2.** A[redacted] will write a narrative using concrete and sensory details to precisely describe actions, thoughts and feelings about a real or imagined event with 75% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 2.1 | A[redacted] will write a narrative about a real or imagined event that includes details that describe actions within the event(s) or thoughts or feelings about the event(s). | 75% success | Writing samples |

**Area:** MATHEMATICS

**Goal: 3.** A[redacted] will make sense of problems and persevere in solving them with 70% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 3.1 | A[redacted] will explain volume formulas and use them to solve problems. | 70% success | Writing samples |

**Area:** SPEECH / LANGUAGE

**Goal: 4.** A[redacted] will demonstrate topic maintenance during conversational speech with 80% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 4.1 | A[redacted] will maintain a topic and change topic during a conversational exchange. | 80% success | Structured observations of targeted behavior |
| 4.2 | A[redacted] will close a topic during a conversational exchange. | 80% success | Structured observations of targeted behavior |

**Goal: 5.** A[redacted] will adhere to conversational rules (e.g. initiate conversation, request/respond to clarification, allow and maintain pause) during the therapy session with 80% success

| Benchmarks or Short Term Objectives | | Criteria | Evaluation Procedure |
|---|---|---|---|
| 5.1 | A[redacted] will introduce relevant topics and ask questions that are relevant to the topic. | 80% success | Structured observations of targeted behavior |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| **Goal: 6.** A[redacted] will use problem solving strategies to solve problems with 80% success | | |
|---|---|---|
| **Benchmarks or Short Term Objectives** | **Criteria** | **Evaluation Procedure** |
| 6.1 A[redacted] will express reasons for his actions, personal opinions and personal feelings. | 80% success | Structured observations of targeted behavior |

**MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE GENERAL EDUCATION CLASSROOM AND/OR SPECIAL EDUCATION CLASSROOM**

State the modifications for the student to be involved and progress in the general education curriculum and be educated with nondisabled students. If the student will not be participating in the general education classroom, state the modifications and supplementary aids and services to enable the student to be involved and progress in the general education curriculum in the special education classroom. State the supplementary aids and services that will be provided to the student or on behalf of the student. Identify any assistive technology devices and services to be provided. For preschool students, review the preschool day to determine what accommodations and modifications may be required to allow the child to participate in the general education classroom and activities. Each modification, supplementary aid or service, and assistive technology device should be entered separately.

**Modifications:**

| **Classroom** | **Modifications** |
|---|---|
| General and Special Education | - Check for understanding<br>- Break down tasks with support from teacher<br>- Additional time to complete classroom assignments, tests, quizzes, and homework<br>- Allow up to 5 school days to turn in all work<br>- Allow for additional time to complete projects<br>- Preview of academic concepts as needed, via study guides, copies of textbooks, cloze notes<br>- Provide notes/cloze notes, formula cards (math/science)<br>- Modified tests/quizzes and assignments<br>-Assignments and tests should be shortened<br>- Provide A[redacted] with graphic organizers<br>- Use of a calculator as needed<br>- Utilize Chromebook to type assignments, and utilize speech-to-text software |

**Supplementary Aids and Services:**

| **Classroom** | **Supplementary Aids and Services** |
|---|---|
| General and Special Education | - Aide support should focus on:<br>-Monitoring his academic progress and working with classroom teachers to implement his IEP<br>- Provide additional set of textbooks, workbooks, and other course materials (to keep at home) at the beginning of the academic year, quarter/semester, or whenever A[redacted] begins a new course<br>- Access to syllabus at the start of each course, either physical or digital copy |

**Assistive Technology Devices and Services:**

| **Classroom** | **Assistive Technology Devices and Services** |
|---|---|
| General and Special Education | - A[redacted] should have access to Speech-to-Text software as well as a personal Chromebook and/or other computer |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## SUPPORTS FOR SCHOOL PERSONNEL

State the supports for school personnel that will be provided for the student. Supports may include, but is not limited to, training for school personnel, consultation, and access to research-based materials and resources.

- Consultation with CST
- Consultation with Related Services Providers

## PROGRESS REPORTING

State how the parents will be regularly informed of their student's progress toward the annual goals.

Schedule: Reports will be provided at the same time report cards are provided for all students in the school year.

Method: Written Reports

## RATIONALE FOR REMOVAL FROM GENERAL EDUCATION

Decisions regarding placement are based on the individual needs of students and must begin with consideration of the general education setting. The purpose of this page is to document the discussions that have occurred with respect to accommodations, modifications, and supplementary aids and services in each academic or functional area that are necessary to educate the student in the general education setting.

If the student will be included in the general education setting for more than 80% of the time, *no rationale is required*. Items 1 through 3 of this section of the IEP need not be completed or included in the student's IEP.

If a student will not be included in the general education setting for more than 80% of the time, items 1 through 3 below MUST be completed for each CONTENT/SUBJECT AREA.

* NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

**1. Identify the supplementary aids and services that were considered to implement the student's annual goals. Explain why they are not appropriate to meet the student's needs in the general education class:**

| Content/Subject Area | Supplementary aids and services considered | Explanation |
|---|---|---|
| | | |

**2. Document the comparison of the benefits provided in the general education class and the benefits provided in the special education class:**

**3. Document the potentially beneficial or harmful effects which a placement (in the general education class) may have on the student with disabilities or the other students in the class:**

| | On the Student | | On Other Students | |
|---|---|---|---|---|
| Content/Subject Area | Beneficial | Harmful | Beneficial | Harmful |
| | | | | |

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 34 of 56 PageID: 580


# DRAFT/WRITTEN NOTES FOR IEP MEETING

**MODIFICATIONS IN EXTRACURRICULAR AND NONACADEMIC ACTIVITIES**

State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities. Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities. In addition, for students in an out-of-district placement, delineate how the student will participate with nondisabled peers in extracurricular and nonacademic activities including, if necessary, returning the student to the district in order to facilitate such participation.

- Consultation with case manager prior to extracurricular/nonacademic activities to determine the appropriate supports/modifications necessary

**PLACEMENT DECISION**

* NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.

**Placement decision category for students with disabilities ages 6-21:** In the presence of general education students between 40% and 79% of the school day

**TRANSITION PLANNING ACTIVITIES FOR STUDENTS IN SEPARATE SETTINGS**

For students in a separate setting for all or part of a school day, set forth activities necessary to move the student to a less restrictive placement. A separate setting is defined as a bui[redacted]ng without general education students.

- Not Applicable

**LENGTH OF SCHOOL DAY**

Document the length of the school day, if different from the length of the school day for nondisabled peers.

- The length of the school day will be the same as for non-disabled peers

**STATEMENT OF THE STUDENT'S TRANSITION FROM ELEMENTARY TO SECONDARY PROGRAM**

- Not applicable

**STATEMENT OF EXTENDED SCHOOL YEAR SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES**

Determine whether the student needs an extended school year (ESY) program. An extended school year program is provided in accordance with the student's IEP when an interruption in the educational programming causes the student's performance to revert to a lower level of functioning and recoupment cannot be expected in a reasonable length of time.

**Does the student need an extended school year program?** Deferred pending review

**Extended School Placement Location:**

**List relevant factors considered in determining whether the student needs an ESY Program:**

- A[redacted]'s need for ESY services will be determined at a later meeting based on his progress and updated data regarding his functioning

**PARTICIPATION IN DISTRICTWIDE AND STATEWIDE ASSESSMENT PROGRAM**

Indicate any individual modifications in the administration of Statewide or districtwide assessments of student achievement needed for the student to participate. If it is determined that the student shall not participate in a particular Statewide or districtwide assessment of student achievement (or part of such an assessment), indicate why that assessment is not appropriate for the student and indicate how the student shall be assessed.

**Student will Participate in the Following Assessments:**

- Algebra I: NJSLA Assessment for Mathematics
- Grade 11: NJSLA Assessment for Science

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## GRADUATION REQUIREMENTS

Beginning at age 14, identify the State and local graduation requirements that the student will be expected to meet. The statement must be reviewed annually. If the student is exempted from meeting any of the graduation requirements that all students are expected to meet or if any of the requirements are modified, provide a rationale below and list any alternate proficiencies the student is expected to achieve.

| State the Graduation Requirement | Exemption | If the student is exempt from the meeting the graduation requirement, provide a rationale for the exemption. |
|---|---|---|
| Attendance: | No | |
| Credit Hours: | No | |
| Statewide Assessment: | No | |
| Other (Local Graduation Requirements): | No | |

Alternate Requirement - Provide a description of any alternate proficiencies to be achieved by the student to qualify for a State endorsed diploma :

- Considered but not applicable

## STATEMENT OF SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES

| Special Education Programs | Location | Subject | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | Science | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | English | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | Math | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |
| Special Class Mild/Moderate Learning or Language Disabilities | Special Education Classroom | History | 11/11/2022 - 06/22/2023 | 5 | 7 day cycle | 67 min. |

| Related Services or Speech Language Services for Students Eligible for Speech/Language Services | Location | Ratio | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| Speech/Language Therapy - Integrated | Varied Locations | Group (not to exceed 5) | 11/11/2022 - 06/22/2023 | 1 | 7 day cycle | 30 min. |
| Counseling Services | Varied Locations | Individual | 11/11/2022 - 06/22/2023 | 2 | Monthly | 20 min. |
| Shared Aide | General Education Classroom | Group | 11/11/2022 - 06/22/2023 | 1 | Daily | 390 min. |

| Special Transportation Related Services | | | | | | |
|---|---|---|---|---|---|---|
| - Considered but not applicable | | | | | | |

| Special Education Programs | Location | Subject | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| | | | | | | |

# DRAFT/WRITTEN NOTES FOR IEP MEETING

| Extended Related Services or Speech Language Services for Students Eligible for Speech/Language Services | Location | Ratio | Start and End Dates | Frequency | Period | Duration |
|---|---|---|---|---|---|---|
| | | | | | | |

**Testing Modifications/Accommodations Needed for Districtwide, Statewide and Classroom Assessments:**

**NJSLA - Accessibility Features for All Students**

- General Administration Directions Read Aloud and Repeated as Needed (by test administrator), NJSLA Test Type : ELA, Math, Science
- General Administration Directions Clarified (by test administrator), NJSLA Test Type : ELA, Math, Science
- Redirect Student to the Test (by test administrator), NJSLA Test Type : ELA, Math, Science

**NJSLA - Administration Considerations for All Students**

- Small group testing, NJSLA Test Type : ELA, Math, Science
- Frequent breaks, NJSLA Test Type : ELA, Math, Science

**NJSLA – Presentation Accommodations**

- Text-to-Speech for the ELA/Literacy Assessments, including items, response options, and passages, NJSLA Test Type : ELA, Criteria: Text and graphics

**NJSLA – Response Accommodations**

- Calculation Device and Mathematics Tools (on Non-Calculator Sections of Mathematics Assessments), NJSLA Test Type : Math, Criteria: Calculator, Devices and Materials: Hand-held calculator

**NJSLA – Timing and Scheduling Accommodations**

- Extended Time, NJSLA Test Type : ELA, Math, Science

## NOTICE REQUIREMENTS FOR THE IEP AND PLACEMENT

This form describes the information required in each of the components of written notice for an IEP meeting.
The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.

**Describe the proposed action and explain why the district has taken such action:**

- The attached IEP describes the proposed program and placement and was developed as a result of an annual review.
- It was determined that the student continues to have a disability as defined in N.J.A.C. 6A:14- 3.5 or 3.6 which adversely affects the student's educational performance.

**Describe any options considered and the reasons those options were rejected:**

- There were no other options considered at this time.

**Describe the procedures, tests, records or reports and factors used in determining the proposed action:**

- The sources of information used to develop the proposed IEP are included in the "Present Levels of Academic Achievement and Functional Performance and Considerations when Developing the IEP" section of this IEP.

**If applicable, describe any other factors that are relevant to the proposed action:**

- There were no other factors that are relevant to the proposed action.

FRHSD-00190

# DRAFT/WRITTEN NOTES FOR IEP MEETING

## PROCEDURAL SAFEGUARDS STATEMENT

As the parent of a student who is, or may be determined, eligible for special education services or as an adult student who is, or may be determined, eligible for special education, you have rights regarding identification, evaluation, classification, development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education* (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, when a disciplinary action that constitutes a change in placement is imposed by your school district, and the first time a due process hearing or complaint investigation is requested. In addition, a copy will be provided to you at your request.

**To obtain a copy of PRISE, please contact:** Office of Special Services, Freehold Regional High School District 732-792-7300

**For help in understanding your rights, you may contact any of the following:**
Coordinator, Statewide Advocacy Network (SPAN) at 800-654-7726 Advocacy Office 800-922-7233
Statewide Parent Advocacy Network (SPAN) at (800) 654-7726
Protection and Advocacy, Inc., at (800) 922-7233
Monmouth County Office, Jane Marano 732-431-7810

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 38 of 56 PageID: 534

**Freehold Regional High School District**
**Meeting Attendance Sign-in Sheet**

Student: A[redacted] T[redacted]  Meeting Date: 10/27/2022

Reason for Meeting: Annual Review

**MEETING PARTICIPANTS**

Please sign in the appropriate space below. A signature in this section documents participation in the meeting and does not indicate agreement with the team's overall decision. If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space. (Original Signatures are maintained on file.)

***For eligibility determination meetings only***, each team member shall certify in writing whether his or her report is in accordance (in agreement) with the conclusion of eligibility of the student. If his or her report does not reflect the conclusion of eligibility (classification), the team member must submit a separate statement presenting his or her conclusions.

| Print Name with Signature and Title | Date | Assessment Report Date | Conclusion of Eligibility |
|---|---|---|---|
| Student, if appropriate | | | |
| Parent/Guardian | | | |
| Parent/Guardian | | | |
| General Education Teacher | | | ☐ Agree ☐ Disagree |
| Special Education Teacher or Provider | | | ☐ Agree ☐ Disagree |
| Child Study Team Member | | | ☐ Agree ☐ Disagree |
| Case Manager (May be CST Member above) | | | ☐ Agree ☐ Disagree |
| School District Representative (May be the CST member or other appropriate school personnel.) | | | ☐ Agree ☐ Disagree |
| Specialist or Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |
| Title: | | | ☐ Agree ☐ Disagree |

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 39 of 56 PageID: 535

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

**Invitation for Annual Review of IEP**

October 13, 2022

Parent/Guardian of A[redacted]
[redacted]
Colts Neck, NJ 07722

**RE:** A[redacted]
**DOB:** [redacted] **ID#:** 2570107

Dear Parent/Guardian:

You are invited to attend a meeting to plan for the educational needs of the above student. The meeting has been scheduled for the following purpose on the date, time and location indicated below:

**Purpose:**
The IEP Team must meet at least annually for the purpose of assessing the student's educational progress and to review and revise the Individualized Education Program (IEP), as appropriate.

For students who turn age 14 during a proposed IEP, the review will include a plan for transition to adult life.

| **Date:** | **Time:** | **Location:** |
|---|---|---|
| 10/27/2022 | 11:00AM | **Via Google Meets (remote login information will be emailed to you by the case manager prior to the meeting)** |

**Participants:**
Case Manager
Director of Special Services
Special Education Supervisor
Attorney for the District
Special Education Teacher
General Ed Teacher

You may be accompanied to this meeting by anyone of your choosing who has knowledge or special expertise about the student. If you are the parent, you may also bring your child to the meeting if you believe it is appropriate. Students who turn age 14 during a proposed IEP are invited to the meeting when services for transition to adult life will be discussed. You may also submit any evaluative information that will be considered by the district. If you require an interpreter, translator, reader, a location that is physically accessible, or any other special accommodations, you must notify the district prior to the scheduled meeting in order to make the appropriate arrangements.

Previously you have received a copy of the booklet *Parental Rights in Special Education* (PRISE) that explains your rights regarding the special education process, but if you need an additional copy, please contact Office of Special Services, Freehold Regional High School District at 732-792-7300.

We hope that you will make every effort to attend. If this is not a convenient time, please contact me to discuss rescheduling or to arrange for an alternative means of participating such as a telephone conference call. If you have any questions or concerns, please do not hesitate to call.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 40 of 56 PageID: 536



Please complete and return the attached meeting confirmation form at your earliest convenience.

Sincerely,

*Kimberly Rosas*

Kimberly Rosas
Case Manager/School Psychologist
732-761-0190 ext. 1021

Enc. Meeting Confirmation Form

*Invite 04B 20200909*

Freehold Regional High School District

**Invitation for Annual Review of IEP**
**Meeting Confirmation Form**

**Please complete, sign and return this form to the address below**

**RE:** A[redacted] [redacted]afani
**DOB:** [redacted] **ID#:** 2570107

Freehold Regional High School District
Kimberly Rosas
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

**Date:** 10/27/2022
**Time:** 11:00 AM
**Location:** Via Google Meets

- Please indicate the manner in which you wish to participate in the meeting:
  □ In Person □ By Teleconference

- You may be accompanied to this meeting by anyone of your choosing who has knowledge or special expertise about the student. If you are the parent, you may also bring your child to the meeting if you believe it is appropriate. Please provide the names of anyone who may accompany you:

- Please indicate whether you, or anyone who may accompany you, require any accommodations to participate in the meeting:

- Participants at the IEP meeting may use an audiotape recorder during the IEP meeting. Please let us know if you plan to record the meeting.
  □ Yes, I plan to record the meeting when an IEP is developed.

| Print Name | Relationship to Student | Signature | Date |
| --- | --- | --- | --- |

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 42 of 56 PageID: 538

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726
732-792-7300 ext. 8590

**Student Invitation to a Transition IEP Meeting**
**(Beginning with the IEP when a student turns 14 or younger, if appropriate)**

October 13, 2022

A[redacted]
[redacted]
Colts Neck, NJ 07722

**RE:** A[redacted] T[redacted]
**DOB:** [redacted] **ID#:** 2570107

Dear A[redacted]:

You are invited to attend a meeting to plan for your educational needs. The meeting has been scheduled for the following purpose on the date, time and location indicated below:

**Purpose:**
The purpose of this meeting is to review and, if appropriate, revise your Individualized Education Program (IEP). Some of the activities of this meeting will be to discuss:

- your strengths, interests and preferences;
- the courses, related strategies and other activities, including transition services for students who will be turning age 16, that will help you to develop and achieve goals for the future; and
- the other agencies that may provide help to you both now and in the future to live a successful adult life.

| **Date:** | **Time:** | **Location:** |
| --- | --- | --- |
| 10/27/2022 | 11:00 AM | **Via Google Meets (remote login information will be emailed to you by the case manager prior to the meeting)** |

**Participants:**
Case Manager
Director of Special Services
Special Education Supervisor
Attorney for the District
Special Education Teacher
General Ed Teacher

Your participation in this meeting is important. Please make arrangements to attend.

If you have any questions or concerns, please do not hesitate to call.

Sincerely,

*Kimberly Rosas*

Kimberly Rosas
Case Manager/School Psychologist
732-761-0190 ext. 1021

*Invite 20A 220200909*

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

**Invitation for Annual Review of IEP**

October 13, 2022

Parent/Guardian of A[redacted] T[redacted]
[redacted]
Colts Neck, NJ 07722

**RE:** A[redacted] T[redacted]
**DOB:** [redacted] **ID#:** 2570107

Dear Parent/Guardian:

You are invited to attend a meeting to plan for the educational needs of the above student. The meeting has been scheduled for the following purpose on the date, time and location indicated below:

**Purpose:**
The IEP Team must meet at least annually for the purpose of assessing the student's educational progress and to review and revise the Individualized Education Program (IEP), as appropriate.

For students who turn age 14 during a proposed IEP, the review will include a plan for transition to adult life.

| **Date:** | **Time:** | **Location:** |
|---|---|---|
| 10/27/2022 | 11:00 AM | Via Google Meets |

**Participants:**
Case Manager
Director of Special Services
Special Education Supervisor
Attorney for the District
Special Education Teacher
General Ed Teacher

You may be accompanied to this meeting by anyone of your choosing who has knowledge or special expertise about the student. If you are the parent, you may also bring your child to the meeting if you believe it is appropriate. Students who turn age 14 during a proposed IEP are invited to the meeting when services for transition to adult life will be discussed. You may also submit any evaluative information that will be considered by the district. If you require an interpreter, translator, reader, a location that is physically accessible, or any other special accommodations, you must notify the district prior to the scheduled meeting in order to make the appropriate arrangements.

Previously you have received a copy of the booklet *Parental Rights in Special Education* (PRISE) that explains your rights regarding the special education process, but if you need an additional copy, please contact Office of Special Services, Freehold Regional High School District at 732-792-7300.

We hope that you will make every effort to attend. If this is not a convenient time, please contact me to discuss rescheduling or to arrange for an alternative means of participating such as a telephone conference call. If you have any questions or concerns, please do not hesitate to call.

Case 3:25-cv-01728-ZNQ-JTQ Document 33-9 Filed 11/10/25 Page 44 of 56 PageID: 369



Please complete and return the attached meeting confirmation form at your earliest convenience.

Sincerely,

*Kimberly Rosas*

Kimberly Rosas
Case Manager/School Psychologist
732-761-0190 ext. 1021

Enc. Meeting Confirmation Form

*Invite 04B 20200909*

Freehold Regional High School District

**Invitation for Annual Review of IEP**
**Meeting Confirmation Form**

**Please complete, sign and return this form to the address below**

**RE:** A[redacted] T[redacted]
**DOB:** [redacted] **ID#:** 2570107

Freehold Regional High School District
Kimberly Rosas
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

**Date:** 10/27/2022
**Time:** 11:00 AM
**Location:** Via Google Meets

- Please indicate the manner in which you wish to participate in the meeting:
  □ In Person □ By Teleconference

- You may be accompanied to this meeting by anyone of your choosing who has knowledge or special expertise about the student. If you are the parent, you may also bring your child to the meeting if you believe it is appropriate. Please provide the names of anyone who may accompany you:

  Attorney - Hillary Freeman

- Please indicate whether you, or anyone who may accompany you, require any accommodations to participate in the meeting:

- Participants at the IEP meeting may use an audiotape recorder during the IEP meeting. Please let us know if you plan to record the meeting.
  □ Yes, I plan to record the meeting when an IEP is developed.

| O[redacted] | Parent | C[redacted] C[redacted] | 10/14/2022 |
|---|---|---|---|
| Print Name | Relationship to Student | Signature | Date |

**Roberto Fernandez**

**From:** John B. Comegno
**Sent:** Thursday, October 27, 2022 7:38 PM
**To:** Jessica Howland
**Cc:** Lisa R. Frederico
**Subject:** FW: A.T./Freehold
**Attachments:** Signed Consent[61].pdf

[redacted]

**John B. Comegno II, Esquire**

Main 856.234.4114
Fax 856.234.4262
comegnolaw.com
521 Pleasant Valley Avenue
Moorestown, NJ 08057

COMEGNO
LAWGROUP, P.C

Moorestown, NJ | Norristown, PA

Information contained in this email transmission is privileged and confidential. If you are not the intended recipient of this email, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.

The information contained in this Email is information protected by the attorney-client or the attorney work product privilege. It is intended only for the use of the individual named above and the privilege are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this mail or any other reader of the mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (856-234-4114) and return the original message to us via U.S. Postal Service addressed to 521 Pleasant Valley Avenue, Moorestown, NJ 08057.

Department of Treasury Circular 230 requires that we notify you that (i) any statement contained in this message or in an attachment to it relating to any Federal tax transaction or matter was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer and (ii) such statement may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s).

Please contact our office immediately by telephone (856-234-4114) if you receive an emailed request to change account information or send funds, without prior discussion with our office.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Thursday, October 27, 2022 6:55 PM
**To:** John B. Comegno <jcomegno@comegnolaw.com>
**Cc:** Lisa Ferrara-Viscel <Lisa@freemanlawoffices.com>
**Subject:** A.T./Freehold

John,

Following up on today's meeting, attached please find another executed Consent form for the district to complete evaluations for A.T. This email shall also confirm that the district agreed to permit Marcie Fountaine of Princeton Speech and Language to conduct an observation of A.T. for 2 hours in both structured and unstructured environments. Lastly, kindly forward additional dates/times to complete the IEP meeting.

Thank you.

**Hillary Freeman, Esq. | Partner**
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
103 Carnegie Center, Suite 300
Princeton, New Jersey 08540
T. 609.454.5609
F.609.228.6909
hillary@freemanlawoffices.com
www.freemanlawoffices.com

*Practicing throughout New Jersey and Pennsylvania*

This email from Freeman Law Offices, LLC may contain information that is confidential, attorney work product, and/or protected by the attorney-client privilege. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.

**If you e-mail our office and do not receive a response within 48 hours, please call our office at (609) 454-5609 and our staff will be available to assist you.**

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 48 of 56 PageID: 544

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

Request for Additional Assessment – Proposed Action

Notice Date: ____10/27/2022___________

Parent/Guardian of Aldi Tafani
9 Beaver Dam
Colts Neck, NJ 07722

RE: Aldi Tafani
DOB: 05/08/2007 ID#: 2570107

Dear Parent/Guardian:

The purpose of this notice is to inform you, in writing, of the school district's proposal regarding the identification, classification, evaluation, educational placement of the above student.

**A description of the action proposed or denied:**

☐ The district is proposing that additional assessment is required for the above student.

**An explanation of why the action is proposed or denied:**

☐ The district is proposing that additional assessment is required to better understand how the student's disability adversely affects the student's educational performance, and to help determine appropriate services.

**A description of the procedures, tests, records or reports and factors used in determining the action proposed or denied:**

☐ Review of student's records and current progress including:
Previous IEPs, progress reports, review of most current Child Study Team evaluations – (2018– psychological, educational, speech and language, assistive technology, occupational therapy, FBA), teacher input of classroom performance.

**A description of any options that were considered and the reasons why those options were rejected:**

☐ There were no other options considered at this time.

☐ The other options considered include:

**A description of any other factors that are relevant to the action proposed or denied:**

☐ There were no other factors relevant at this time.

☐ The other factors relevant include:
Aldi's most current evaluations were in 2018 during the 6th grade. The district is proposing to updating his evaluations to ascertain his current levels of functioning to assist with developing an IEP program that can meet Aldi's needs and to have current data to determine appropriate placement and need for related services.

**The nature and scope of the additional evaluation assessments proposed to be conducted:**

- ☐ Proposed additional assessments:
  - ☐ Educational Evaluation
  - ☐ Speech/Language Evaluation
  - ☐ Psychological Evaluation
  - ☐ Social History
  - ☐ Occupational Therapy Evaluation
  - ☐ Physical Therapy Evaluation
  - ☐ _Psychoeducational Evaluation________
  - ☐ _Neurodevelopmental Evaluation___
  - ☐ __Assistive Technology Evaluation______________
  - ☐ ________________________
  - ☐ ________________________

**Procedural Safeguards Statement:**

As the parent of a student who is or may be determined eligible for special education services or as an adult student who is or may be determined eligible for special education services, you have rights regarding identification, evaluation, classification, the development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education (PRISE)*. The document is published by the New Jersey Department of Education.

A copy of the PRISE is provided to you one time each year and upon referral for an initial evaluation, when you request a due process hearing or complaint investigation, and when a disciplinary action that constitutes a change in placement is initiated. In addition you may request a copy by contacting Office of Special Services, Freehold Regional High School District at 732-792-7300.

For help in understanding your rights, you may contact any of the following:

Coordinator, Statewide Advocacy Network (SPAN) at 800-654-7726 Advocacy Office 800-922-7233
Statewide Parent Advocacy Network (SPAN) at (800) 654-7726
Disability Rights New Jersey (DRNJ) at (800) 922-7233
The New Jersey Department of Education through the Monmouth County Office, Jane Marano, 732-431-7810

**Please note:**
Your consent is requested for the district to conduct additional assessment. Please read and sign the enclosed consent form and return it to our office. The additional assessment may begin upon receipt of your consent.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely.

*Kimberly Rosas*

Kimberly Rosas
Case Manager/School Psychologist
732-761-0190 ext. 1021

Enc. Consent for Additional Assessment Form

*FPWN-7A 20141009*

Case 3:25-cv-01728-ZNQ-JTQ Document 39-6 Filed 11/10/25 Page 51 of 56 PageID: 547

Freehold Regional High School District

**CONSENT FOR ADDITIONAL ASSESSMENT**

**Please complete, sign and return this form to the address below**

**RE:** Aldi Tafani
**DOB:** 05/08/2007 **ID#:** 2570107

Freehold Regional High School District
Office of Special Services
11 Pine Street
Englishtown, NJ 07726

I understand the district proposed that additional assessment is required for the above student to better understand how the student's disability adversely affects educational performance, and help determine appropriate special education and related services, or speech-language services only. In order for the district to conduct the evaluation, the district requires your written consent. Please read and sign this consent form and return it to our office.

☒ I consent to all the proposed evaluation assessments as listed:

- ☐ Educational Evaluation
- ☒ Speech/Language Evaluation
- ☐ Psychological Evaluation
- ☐ Social History
- ☐ Occupational Therapy Evaluation
- ☐ Physical Therapy Evaluation
- ☐ __Psychoeducational Evaluation________
- ☐ __Neurodevelopmental Evaluation______
- ☐ __Assistive Technology Evaluation______
- ☐ ______________________________
- ☐ ______________________________

☐ I consent to only the following evaluation assessments as listed:

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

☐ I do not consent to the proposed evaluation assessments.

| ORIOLA TAFANI | PARENT | [signature] | 10/27/2022 |
|---|---|---|---|
| Print Name | Relationship to Student | Signature | Date |

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 52 of 56 PageID: 548

**P - 28**
**pg.1**

| | |
|---|---|
| **From:** | John B. Comegno |
| **To:** | Hillary Freeman; Lisa R. Frederico; Lisa Ferrara-Viscel |
| **Subject:** | RE: AT/Freehold |
| **Date:** | Thursday, October 27, 2022 11:10:48 AM |
| **Attachments:** | image001.png |

Try this link:

A.T. IEP Meeting Link
Thursday, October 27 · 11:00 – 11:55am
Google Meet joining info
Video call link: https://meet.google.com/fbq-ahzm-ygq

**John B. Comegno II, Esquire**

Main 856.234.4114
Fax 856.234.4262
comegnolaw.com
521 Pleasant Valley Avenue
Moorestown, NJ 08057

Moorestown, NJ | Norristown, PA

Information contained in this email transmission is privileged and confidential. If you are not the intended recipient of this email, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.

The information contained in this Email is information protected by the attorney-client or the attorney work product privilege. It is intended only for the use of the individual named above and the privilege are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this mail or any other reader of the mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (856-234-4114) and return the original message to us via U.S. Postal Service addressed to 521 Pleasant Valley Avenue, Moorestown, NJ 08057.

Department of Treasury Circular 230 requires that we notify you that (i) any statement contained in this message or in an attachment to it relating to any Federal tax transaction or matter was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer and (ii) such statement may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s).

Please contact our office immediately by telephone (856-234-4114) if you receive an emailed request to change account information or send funds, without prior discussion with our office.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Thursday, October 27, 2022 11:09 AM
**To:** Lisa R. Frederico <lfrederico@comegnolaw.com>; John B. Comegno <jcomegno@comegnolaw.com>; Lisa Ferrara-Viscel <Lisa@freemanlawoffices.com>
**Subject:** Re: AT/Freehold

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 53 of 56 PageID: 549


Thank you. We have been waiting in the waiting room for the past 8 minutes. Can someone please invite us in?

**Hillary Freeman, Esq. | Partner**
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
103 Carnegie Center, Suite 300
Princeton, New Jersey 08540
T. 609.454.5609
F.609.228.6909
hillary@freemanlawoffices.com
www.freemanlawoffices.com

*Practicing throughout New Jersey and Pennsylvania*

This email from Freeman Law Offices, LLC may contain information that is confidential, attorney work product, and/or protected by the attorney-client privilege. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.

**If you e-mail our office and do not receive a response within 48 hours, please call our office at (609) 454-5609 and our staff will be available to assist you.**

---

**From:** Lisa R. Frederico <lfrederico@comegnolaw.com>
**Date:** Thursday, October 27, 2022 at 10:42 AM
**To:** Hillary Freeman <Hillary@freemanlawoffices.com>, John B. Comegno <jcomegno@comegnolaw.com>, Lisa Ferrara-Viscel <Lisa@freemanlawoffices.com>
**Subject:** RE: AT/Freehold

Here is the meeting info, which I believe was sent to your client:

Microsoft Teams meeting
**Join on your computer, mobile app or room device**
**Click here to join the meeting**
Meeting ID: 254 959 780 676
Passcode: RuvnsQ
Download Teams | Join on the web

**Lisa R. Frederico**
**Legal Administrative Assistant to**
**John B. Comegno II**
**Jeffrey R. Caccese**

Case 3:25-cv-01728-ZNQ-JTQ Document 19-7 Filed 11/10/25 Page 54 of 56 PageID: 550
P - 28
pg.3

**Andrew W. Li**

Direct 856.505.6623
Fax 856.234.4262
Main 856.234.4114
comegnolaw.com
521 Pleasant Valley Avenue
Moorestown, NJ 08057

Moorestown, NJ | Norristown, PA

Information contained in this email transmission is privileged and confidential. If you are not the intended recipient of this email, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.

The information contained in this Email is information protected by the attorney-client or the attorney work product privilege. It is intended only for the use of the individual named above and the privilege are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this mail or any other reader of the mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (856-234-4114) and return the original message to us via U.S. Postal Service addressed to 521 Pleasant Valley Avenue, Moorestown, NJ 08057.

Department of Treasury Circular 230 requires that we notify you that (i) any statement contained in this message or in an attachment to it relating to any Federal tax transaction or matter was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer and (ii) such statement may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s).

Please contact our office immediately by telephone (856-234-4114) if you receive an emailed request to change account information or send funds, without prior discussion with our office.

---

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Thursday, October 27, 2022 10:37 AM
**To:** John B. Comegno <jcomegno@comegnolaw.com>; Lisa Ferrara-Viscel <Lisa@freemanlawoffices.com>; Lisa R. Frederico <lfrederico@comegnolaw.com>
**Subject:** AT/Freehold

John,

I believe we have an IEP meeting at 11 this morning but I have yet to receive the meeting link. Would you please forward?

Thanks in advance.

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)

Freeman Law Offices, LLC
103 Carnegie Center, Suite 300
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

**Roberto Fernandez**

**From:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Sent:** Friday, October 28, 2022 5:00 PM
**To:** Lisa R. Frederico
**Cc:** John B. Comegno
**Subject:** Re: AT/FRHS

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Lisa,

That is the earliest you have available?

Hillary D. Freeman, Esq., Partner
(Pronouns: she/her/hers)
Freeman Law Offices, LLC
103 Carnegie Center, Suite 300
Princeton, New Jersey 08540
(609) 454-5609 (Ph)
(609) 228-6909 (Fax)
www.freemanlawoffices.com

This e-mail transmission and any accompanying documents contains information which may be confidential and privileged. The information contained in or accompanying this message is intended only for the use of the person to whom addressed. Any disclosure, copying, distribution, or taking of any action in reliance on or regarding this information is prohibited, unless specifically authorized by the sender. If you have received this message in error, please advise the sender by reply e-mail and destroy this e-mail and any attached documents. Thank you.

---

**From:** Lisa R. Frederico <lfrederico@comegnolaw.com>
**Sent:** Friday, October 28, 2022 2:10:08 PM
**To:** Hillary Freeman <Hillary@freemanlawoffices.com>
**Cc:** John B. Comegno <jcomegno@comegnolaw.com>
**Subject:** AT/FRHS

I have been asked to assist with the scheduling of a continuation IEP Team meeting for the above-named student. Please advise if you and your client(s) would be available on December 19, 2022 at 1:00 p.m. Thank you for your anticipated response.



FRHSD-02199