# Exhibit E

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 2 of 14 PageID: 554

COLTS NECK TOWNSHIP SCHOOLS
70 Conover Road
Colts Neck, New Jersey 07722

OFFICE OF SPECIAL SERVICES
Psychological Re-evaluation

NAME: A[redacted] T[redacted]
GRADE: 6th (2018-19)
SCHOOL: Cedar Drive Middle School
BIRTH DATE: [redacted]
DATE OF TESTING: 10/18 & 10/23/18
CHRONOLOGICAL AGE: 11-5
EXAMINER: Cheryl A. Kalman Wohlrab, Ph.D., School Psychologist

REASON FOR REFERRAL:

A[redacted] is due for his triennial re-evaluation in accordance with the New Jersey Special Education Code.

ASSESSMENT METHODS:

Review of School Records
Parent and Teacher Input
Classroom Observation
Student Interview
Wechsler Intelligence Scale for Children – Fifth Edition (WISC-V)
Social Skills Improvement System (SSIS)

FUNCTIONAL ASSESSMENTS:

<u>Review of School Records/Parent and Staff Input</u>
A[redacted] is an only child who lives with his parents in an intact family. Al[redacted]s family is bilingual; both English and Albanian are spoken in the home.

School records indicate that A[redacted] has numerous environmental and food allergies. When A[redacted] was 2, he had allergic reaction to an ingredient in his birthday cake, which was one of the first signs of his allergies. A[redacted] also experienced frequent ear infections. When A[redacted] was 3, he had tubes inserted, but the infections didn't really stop until he stopped eating dairy later that year. Also, at 3, A[redacted] was diagnosed with Lyme Disease. When A[redacted] was 5, he had a severe fracture of his right elbow, which necessitated surgery. A[redacted] reportedly had a reaction to the anesthesia and showed regression of motor and language skills.

A[redacted] entered the Colts Neck Schools. Shortly into the school year his parents opted to home school him. A[redacted]'s family provided him with private speech, occupational and physical therapies while he was being home schooled. A[redacted] re-entered the Colts Neck Schools at the start of 3rd grade and was evaluated by the Child Study Team per parent request. While evaluations were taking place, A[redacted] received classroom accommodations, speech therapy, occupational therapy and physical therapy through a Section 504 Accommodation Plan. A[redacted] also participated in a social skills group. Following the initial Child Study Team evaluations, A[redacted] qualified for special education and related services under criteria for communication impaired.

Kim Keller, M.A., completed A[redacted]'s initial psychological evaluation. At the time, A[redacted] had shown some initial resistance to testing. With prompting, reassurance and some coaxing, he completed the evaluation. During testing, A[redacted] was redirected a number of times by the evaluator. Directions and questions were repeated when applicable. A[redacted] seemed to engage and attend better on tasks that involved pictures or manipulatives. Based on results from the WISC-IV, A[redacted] scored within the average range on the perceptual reasoning composite (standard score = 94), within the low average range on the working memory composite (standard score = 86), and within the borderline range on the verbal comprehension and processing speed composites (standard score = 73 on both). A[redacted]'s full scale intelligence quotient fell within the borderline range (fsiq = 76). It was noted, however, that it was difficult to summarize A[redacted]s intelligence through this score, due to fluctuations across composite areas. On the SSIS, teacher rating form, A[redacted]s social skills composite fell within the well below average range (standard score = 62). A[redacted] was rated as having a relative strength in assertion. Ratings in communication, cooperation, responsibility, empathy, engagement, and self-control were below average. A[redacted]s problem behavior composite fell within the well above average range (standard score = 135). A[redacted] was rated as displaying average behavior for his age in the area of bullying. Ratings in the areas of externalizing behavior, hyperactivity/inattention, internalizing, and autism spectrum were above average. A[redacted]'s academic competence standard score fell within the well below average range (standard score= 65). As part of a social evaluation, Mrs. T[redacted] had completed the parent version of this scale. On the scale completed by Mrs. T[redacted] both the social skills composite and the problem behaviors composite fell within the average range (standard scores= 100 and 102, respectively). Within the social skills composite, ratings were below average in communication and average in all other areas. Within the problem behaviors composite, ratings were above average in autism spectrum, and average in all other areas.

Presently, A[redacted] is placed in general education classes with in-class resource for language arts, math, social studies and science. He has support from an individual aide for core subjects and related arts classes. He also receives speech/language, occupational therapy, and physical therapy services. A[redacted] had been recommended for the pull-out resource room setting for 6th language arts, math and social studies, however, A[redacted]s mother requested placement in a less restrictive, inclusive setting with typically developing peers, and the district honored this request. Based on an IEP developed in August, 2018, A[redacted] was reading on a guided reading level M, having moved up 5 levels during the course of 5th grade. A[redacted] showed strength with decoding skills, vocabulary, and recalling details from stories. A[redacted]s reading rate was considered slow for his

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 4 of 14 PageID: 556

grade. A[redacted]s had shown growth with reading comprehension skills. Making inferences and drawing conclusions were weaker areas for him. In writing, A[redacted] was able to write simple sentences and was able to add details with teacher guidance.

A[redacted] participated in the 5th grade PARCC, on which he scored low for his grade level in both language arts and math (scores= 662 and 709, respectively).

A "Re-Evaluation Planning" meeting was held for A[redacted] on October 5, 2018, during which input was shared by A[redacted]'s mother and school staff. Mrs. Ta[redacted]fari indicated that A[redacted] seems to have transitioned well to the middle school setting. He learned his way around the bui[redacted]ng, has been working hard, and seems happy. She has also been supporting A[redacted] at home. A[redacted]s science teacher indicated that A[redacted] has been doing well in science, and he seems happy in class. A[redacted]'s aide assists him with classroom tasks and assignments. A[redacted] had recently answered some questions accurately, with a little extra time to get his thoughts out. A[redacted]s in-class resource teacher also finds that A[redacted] transitioned nicely to school. In general, A[redacted] benefits from visual directions and reminders. A[redacted]s work is modified, the extent to which depends on the skill, concept and type of assignment provided. A[redacted] seems to want to work independently. A[redacted]s teachers provide him with this opportunity initially, and support him as needed. In general, A[redacted] can become distracted at times in class. For example, he seems to become distracted when timers are being used. A[redacted] also seems to focus better during small group and more individual assignments, as compared to large class discussions. Sometimes A[redacted]'s input is off-topic, however, he is easily redirected then this occurs.

**Classroom Observation**

A[redacted] was observed during his language arts class, which takes place last period of the day. A[redacted] was one of 18 students. A[redacted]s general education teacher, special education teacher, and individual aide were present. The observation lasted for about 50 minutes.

A[redacted] was seated at a table with peers and his aide. The class objective was to write a body paragraph. A sample essay was presented to the class that had a color coded body paragraph. A[redacted]s teacher explained the different components of the body paragraph and the color coded system. A[redacted] appeared to pay attention during this instruction.

Next, students worked on developing their own body paragraphs, based upon novels they were reading. A[redacted] had been reading the book, Mick Harte Was Here, which he used for his paragraph. A[redacted]s aide asked him to read his introduction before starting the body paragraph. A[redacted] read his introduction aloud, clearly and accurately.

When moving to the development of the body paragraph, A[redacted] was slow to engage, but did so with some prompting. He worked with his aide, who guided him through the process. Direct questioning about the main characters and background of the story was provided. A[redacted] responded to questions with single words and short phrases, but he did convey an understanding of the background of the story. With guidance, he put the ideas together into a topic sentence,

and typed the sentence on his chromebook. Aldi seemed to enjoy the typing, and wanted to do this independently. Next, A[redacted] needed to add background information to his paragraph, relating to the relationship between the main characters. Direct questioning was provided again. A[redacted] seemed to respond better to more specific, concrete questions, such as, "Were Phoebe and Mick close in age?" and "Did Phoebe and Mick have a good relationship?" as compared to more open ended questions such as, "Tell me about the relationship between Phoebe and Mick?" With the direct questioning and help organizing his thoughts, A[redacted] typed the next sentence in which he indicated that Phoebe and Mick were close in age and had a good relationship. Again, he did the typing independently. The next step was to find text evidence in the book, supporting that Phoebe and Mick had a close relationship. A[redacted] started to become distracted at this point. He asked some questions that were a little off topic, such as why there was a pink line on his chromebook screen, and why they were reading a chapter book. He got out of his seat to look at a green bulletin board and asked why it was green. A[redacted] was easily redirected back to his seat. He was then asked to read a page that had been selected from his book, and to find where it showed that Phoebe and Mick were good friends. A[redacted] correctly found the appropriate statement. With guidance, he developed a sentence that showed text evidence. At around this time, A[redacted] seemed to become distracted by some typical classroom conversation. He was given his ear plugs to help focus. A[redacted] and his aide continued on with the paragraph. A[redacted]'s aide read aloud to A[redacted] and asked him more specific, concrete questions about the story. In response, A[redacted] showed his knowledge of events in the story (i.e., Mick has an accident, sirens were heard at the school, Mick dies and Phoebe is sad). A[redacted] worked up until the last few minutes of class, at which time the class in general started to pack up for the day.

**Student Interview**

A[redacted] was interviewed as part of this evaluation. He was asked questions about school and his interests outside of school. A[redacted] described Cedar Drive Middle School as good and fun. He shared that his favorite subject is science because he likes to learn the POD (i.e., the problem of the day). A[redacted] also shared that he likes having a locker. Outside of school, A[redacted] likes to swim and to play outside. When asked about additional topics such as sports and watching tv, A[redacted] shared that he likes to watch sports on tv, and that his favorite football team is the Jets.

## FORMAL ASSESSMENT OBSERVATIONS AND TEST RESULTS:

**Behavioral Observations**

Testing took place over the course of two sessions on two separate days. Mrs. T[redacted] was informed of the testing dates and was able to provide A[redacted] with advanced notice. Aside from a little reservation on the first day of testing, on the whole, A[redacted] was very sweet and complied with testing activities.

On the first day of testing, A[redacted] initially stated that he did not want to miss science and he did not want to use ipads. Upon seeing the blocks that were to be used for the first subtest, A[redacted] seemed to become more interested in the testing, and engaged in the first subtest, Block Design. A[redacted] worked hard and seemed to enjoy this task. As testing progressed, A[redacted] asked questions, some

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 6 of 14 PageID: 558

which were about the task at hand, and some which were about topics he seemed curious about (i.e., where this examiner works, if this examiner knows his teacher from last year). Between subtests, A[redacted] sometimes commented that he wanted to go to science, but he was easily redirected to task. Overall, A[redacted] attended well and showed a good understanding of directions. He appeared to enjoy and attend more fully to tasks that included a visual component. After working through the class period, A[redacted] stated that he wanted to go to his Innovation Lab class. A[redacted] had been looking forward to working on a project in this class, and so the testing was discontinued for the day.

On the second day of testing, A[redacted] presented in an upbeat manner. With occasional clarification, A[redacted] showed a good understanding of directions. At times, he was a little fidgety and impulsive. He also seemed to become a little distracted by typical hallway noises. A[redacted] refocused easily when redirected to the task at hand. Overall, he seemed to work hard. On one task, Coding, which is a timed, processing speed task, A[redacted] spent a significant amount of time correcting two items (even with gentle prompting from this examiner to move on to the next item). Since this was a timed task, the extra time spent making corrections affected his score. As such, this task was not believed to be representative of his skills, and his score was invalidated.

Overall, the standardized format of this assessment, with limited opportunities for prompting and rewording of items, may have impacted A[redacted]'s performance, particularly with regard to more language based subtests. As such, scores should be viewed as minimal estimates of A[redacted]'s true ability, and should be viewed in conjunction with other measures of A[redacted]'s daily functioning and performance.

**Intellectual Functioning**

A[redacted] was administered the WISC-V in order to assess his current level of intellectual functioning. The WISC-V is administered to students aged 6:0 to 16:11. Ten subtests were administered to A[redacted] which are organized into different cognitive areas. Seven of the subtests factor into a Full Scale Intelligence Scale (FSIQ), which is typically the most representative estimate of global intelligence. A[redacted]'s scores were further grouped into four Primary Indexes of Intelligence, including Verbal Comprehension, Visual Spatial, Fluid Reasoning, and Working Memory. There is one additional Primary Index, Processing Speed, which could not be calculated due to the omission of the Coding subtest.

The following table represents A[redacted]'s performance on the WISC-V (average FSIQ and Index range = 90 – 109; corresponding scaled score range = 8–12; subtests listed in italics factor into the FSIQ). The percentile rank refers to the percentage of individuals to whom A[redacted] scored equal to or higher than on each Scale/Index.

| Scale | Composite | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Full Scale | 82 | 12 | Low Average |
| Primary Indexes | | | |
| Verbal Comprehension | 73 | 4 | Very Low |
| Visual Spatial | 86 | 18 | Low Average |
| Fluid Reasoning | 94 | 34 | Average |
| Working Memory | 91 | 27 | Average |
| Processing Speed | --- | --- | --------------- |

| Subtests | Scaled Score |
|---|---|
| *Similarities* | 6 |
| *Vocabulary* | 4 |
| *Block Design* | 10 |
| Visual Puzzles | 5 |
| *Matrix Reasoning* | 11 |
| *Figure Weights* | 7 |
| *Digit Span* | 9 |
| Picture Span | 8 |
| Coding | -- |
| *Symbol Search* | 6 |

Full Scale Intelligence Quotient
The FSIQ was based upon scores from seven subtests: Similarities, Vocabulary, Block Design, Matrix Reasoning, Figure Weights, Picture Span and Symbol Search. Based on this administration of the WISC-V, Aldi's FSIQ falls within the low average range for his age.

Primary Indexes
The Verbal Comprehension Index measures an individual's word knowledge and their ability to learn words, reason with words, and express themselves verbally. A[redacted] scored within the very low range on this Index. Two Verbal Comprehension subtests were administered, Similarities and Vocabulary. The Similarities subtest assessed A[redacted]'s ability to explain how two different items are alike. A[redacted] scored within the extremely low range on this subtest. At times, A[redacted] gave an initial response to items, but did not follow-up with additional information when queried. The Vocabulary subtest measured A[redacted] ability to define isolated words. A[redacted] scored within the low average range on this task. A[redacted] shared that he likes to learn vocabulary and seemed to enjoy the subtest. He gave follow-up responses more readily on this task.

The Visual Spatial Index measures an individual's ability to identify, analyze and understand visual patterns and visual spatial relationships. Subtests within this Index also require attention to detail and visual-motor integration. A[redacted] scored within the low average range on this Index.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 8 of 14 PageID: 560

Two Visual Spatial subtests were administered, Block Design and Visual Puzzles. The Block Design subtest required A[redacted] to reproduce pictures of block designs with the use of three-dimensional cubes, while under a time constraint. A[redacted] scored within the average range on this task. There were two designs on which A[redacted] had portions of the design correct, but he did not complete the entire design correctly when the time limits were reached, and wasn't able to earn credit for them. The Visual Puzzles subtest required A[redacted] to view completed puzzles and then select the component parts that would recreate the puzzles, while under a time constraint. A[redacted] scored within the very low range on this measure. A[redacted] completed all items within allotted time frames.

The Fluid Reasoning Index measures an individual's ability to determine the underlying relationships between visual items, and use that knowledge to solve problems. Tasks involve visual reasoning, abstract thinking, logical thinking and quantitative reasoning. A[redacted] scored within the average range on this Index. Two Fluid Reasoning subtests were administered, Matrix Reasoning and Figure Weights. The Matrix Reasoning subtest required A[redacted] to solve visual analogies. A[redacted] scored within the average range on this measure. A[redacted] appeared to enjoy this subtest. He noticed that the items seemed like patterns, and he would sometimes name an object that a picture reminded him of. Figure Weights is a timed subtest that required A[redacted] to look at a picture of a scale that had a certain amount of weight on one side, and no weight on the other side. He was then asked to select an item from various response options that would balance the scale. A[redacted] scored within the low average range on this task. A[redacted] completed all items administered within the allotted time frames. He seemed to respond a little impulsively on some of the items.

The Working Memory Index measures an individual's ability to hold information in mind and then to recall or to resequence and recall the information. A[redacted] scored within the average range on this Index. Two Working Memory subtests were administered, Digit Span and Picture Span. The Digit Span subtest required A[redacted] to repeat random series of numbers that increased in length. The subtest has three parts. The first part required A[redacted] to repeat the numbers in the same order as presented. The second part required him to repeat the numbers in reversed order. The third part required him to reorder the numbers from the smallest to the largest. A[redacted] scored within the average range on this measure. Across the three parts, A[redacted] scored within the low average range on the forward section, and within the average range on the reversed and sequencing sections. While working on the forward and reversed sections, A[redacted] chunked the numbers and repeated them as whole numbers instead of as separate digits. He was prompted to try to repeat the numbers the same way they were given, but A[redacted] stayed with his chunking method. It seemed that this may have been a helpful strategy for him. When A[redacted] was working on the forward section, he smiled after the 6 digit items were finished, and commented that millions were next, playfully demonstrating his knowledge of place value. On the Picture Span subtest, A[redacted] was required to view and remember stimulus pictures, and then select the same pictures from a larger field of pictures, in the same order as given. A[redacted] needed a little clarification on these directions, but with the clarification understood what to do. A[redacted] used verbal rehearsal as a strategy to help his recall. He scored within the average range.

The Processing Speed Index measures an individual's ability to quickly and accurately process visual information, and then make and implement simple decisions related to it. These tasks involve visual scanning, visual discrimination, short term memory, and concentration. Two Processing Speed subtests were administered, Coding and Symbol Search. On the Coding subtest, a key was provided on which numbers were paired with specific symbols. A[redacted] was provided with numbers only and was required to write down the associated missing symbols as quickly as he could. As noted above, A[redacted]s performance on the Coding subtest was affected by the amount of time it took for him to make some corrections, and was not considered to be a valid estimate of his processing speed. As such, it was discounted. Qualitatively, while A[redacted]'s timing was thrown off a bit, the quality of his work was not, as Aidi's work had been neat and accurate. As noted above, due to the subtest invalidation, a Processing Speed Index could not be calculated. On the Symbol Search subtest, A[redacted] needed to scan various symbols and indicate whether or not any of them matched. A[redacted] scored within the low average range on this subtest. His pace was slow for his age, but his work was accurate.

**<u>Social Skills Assessment</u>**

A[redacted]'s special education teacher and his mother completed the SSIS, a standardized, normed based rating system that assesses social skills, behavior and academic competence (on the teacher scale). A[redacted]s teacher had known A[redacted] for about 2 months at the time the scale was completed. A[redacted]s mother noted on her scale that behaviors related to eye contact, stereotyped motor movements, attention, energy level, and distractibility are related to health conditions and are not strictly behavioral. As such, some ratings were not provided.

On this scale, social skills are defined as "learned behaviors that promote positive interactions while simultaneously discouraging negative interactions when applied to appropriate social situations." The scale organizes and describes social skills across subdomains including communication (taking turns, making eye contact during conversion, using appropriate tone of voice and gestures, being polite), cooperation (helping others, sharing materials, and complying with rules and directions), assertion (initiating behaviors), responsibility (showing regard for property, work, and communicating with adults), empathy (showing concern and respect for others feelings and point of view), engagement (joining activities, inviting others to join activities, interacting with others, and making friends) and self-control (responding appropriately in conflict and non-conflict situations).

The following table shows results from current teacher and parent scales with regard to social skills ratings. Per parent request, ratings from A[redacted]'s 3rd grade evaluation are included for comparison.

| | Teacher (6th grade administration) | Teacher (3rd grade administration) | Parent (6th grade administration) | Parent (3rd grade administration) |
|---|---|---|---|---|
| Social Skills Composite | Standard Score = 66 (well below average) Percentile Rank=1 | Standard Score = 62 (well below average) Percentile Rank=1 | Standard Score= 117 (above average) Percentile Rank = 87 | Standard Score = 100 (average) Percentile Rank = 48 |
| Communication | Below Average | Below Average | Average | Below Average |
| Cooperation | Below Average | Below Average | Above Average | Average |
| Assertion | Below Average | Average | Average | Average |
| Responsibility | Average | Below Average | Above Average | Average |
| Empathy | Below Average | Below Average | Above Average | Average |
| Engagement | Below Average | Below Average | Average | Average |
| Self-Control | Below Average | Below Average | Above Average | Average |

Based on teacher ratings, in comparison to similar aged boys, A[redacted]'s social skills composite falls within the well below average range. His social skills composite is a little higher than on the scale from 3rd grade, but falls at the same percentile rank and within the same descriptive range. Ratings in most social skill subdomains remained within the below average range, although on the current administration, the rating for responsibility increased to the average range, and the rating for assertion fell to the below average range. Based on current parent ratings, A[redacted]'s overall social skills composite is higher than it was on the 3rd grade administration, and currently falls within the high average range. Additionally, growth has been indicated in communication, cooperation, responsibility, empathy, and self-control.

On SSIS, problem behaviors are defined as "behaviors that interfere with either the acquisition or performance of socially skilled behaviors." This scale organizes and describes problem behaviors across subdomains including externalizing (being verbally or physically aggressive, failing to control temper and arguing), bullying (forcing others to do something, hurting others, and excluding others), hyperactivity/inattention (moving excessively, having impulsive reactions, and being easily distracted), internalizing (feeling anxious, sad, lonely or exhibiting low self-esteem), and autism spectrum (interacting poorly, not taking part in conversations or not making eye contact; making odd gestures, and becoming upset at changes in routine, or having nonfunctional routines).

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 11 of 14 PageID: 563

The following table shows results from current teacher and parent scales with regard to problem behaviors. Again, ratings from [redacted]s 3rd grade evaluation are included for comparison.

| | Teacher (6th grade administration) | Teacher (3rd grade administration) | Parent (6th grade administration) | Parent (3rd grade administration) |
|---|---|---|---|---|
| Problem Behaviors Composite | Standard Score = 103 (average) Percentile Rank = 58 | Standard Score = 135 (well above average) Percentile Rank = 97 | Standard Score = 89 (average) Percentile Rank = 24 | Standard Score = 102 (average) Percentile Rank = 58 |
| Externalizing | Average | Above Average | Average | Average |
| Bullying | Average | Average | Average | Average |
| Hyperactivity/ Inattention | Average | Above Average | Average | Average |
| Internalizing | Average | Above Average | Average | Average |
| Autism Spectrum | Above Average | Above Average | Average | Above Average |

Based on teacher ratings, in comparison to similar aged boys, [redacted]s problem behaviors composite falls within the average range, and is considerably lower in comparison to the 3rd grade administration of this scale. On the current scale, ratings in the areas of externalizing, hyperactivity/inattention, and internalizing decreased from the above average range to the average range. Based on current parent ratings, [redacted]'s problem behaviors composite continues to fall within the average range, but is several points lower than on the 3rd grade administration, indicating improvement. Ratings for autism spectrum decreased from the above average level on the 3rd grade administration to the average level on the current administration. All other areas remained within the average range.

The Academic Competence Scale is only available on the teacher version of this scale. It provides a broad measure of academic performance encompassing reading and math skills, general cognitive functioning, and motivation. Compared to similar aged boys, on this administration of the scale, the Academic Competence rating fell within the below average range (scaled score = 83, percentile rank = 14). On the 3rd grade administration, the Academic Competence Rating had fallen within the well below average range (scaled score = 65, percentile rank <1).

**SUMMARY:**

Testing was completed as part of [redacted]'s triennial re-evaluation. [redacted] receives special education and related services under criteria for communication impaired. [redacted] has a significant medical

history, which includes environmental and food allergies, a history of frequent ear infections, Lyme Disease, and a fracture of the right elbow that required surgery. A[redacted] reportedly had a reaction to the anesthesia used, and showed regression of motor and language skills following the surgery.

A[redacted] started kindergarten in Colts Neck, but shortly into the school year, A[redacted] parents opted to home school him, and provided related services privately. A[redacted] returned to the Colts Neck Schools in 3rd grade. Towards the start of 3rd grade, A[redacted] qualified for special education and related services. In addition to academic supports, A[redacted] has received assistance with social skills, and has been receiving speech/language therapy, occupational therapy and physical therapy since that time. Academically, A[redacted]'s current program includes in-class resource for language arts, math, social studies and science. He also has an individual aide for core academic subjects and related arts classes.

On the current evaluation, testing took place over the course of two sessions on two separate days. Mrs. [redacted]afani was informed of the testing dates and was able to provide A[redacted] with advanced notice. Aside from a little reservation on the first day of testing, on the whole, A[redacted] was very sweet and complied with testing activities. With occasional clarification, A[redacted] showed a good understanding of directions. He worked hard. He was distracted at times, and sometimes a little fidgety and impulsive. A[redacted] was easily redirected. In general, A[redacted] seemed to enjoy and attend more fully to tasks that included a visual component.

One subtest from the intellectual assessment, Coding, was invalidated, as A[redacted] spent a prolonged amount of time correcting some items. Further, the standardized format of the intellectual assessment, with limited opportunities for prompting and rewording of items, may have impacted A[redacted]'s performance, particularly with regard to more language based subtests, which factor in to the FSIQ. As such, scores should be viewed as minimal estimates of A[redacted]'s true ability, and should be viewed in conjunction with other measures of A[redacted]'s daily functioning and performance.

On this administration of the WISC-V, A[redacted]'s scored within the average range on the Fluid Reasoning Index (FRI= 94) and on the Working Memory Index (WMI = 91). He scored within the low average range on the Visual Spatial Index (VSI = 86). He scored within the very low range on the Verbal Comprehension Index (VCI= 73). A[redacted]'s Full Scale Intelligence Quotient fell within the low average range (FSIQ = 82).

On the SSIS, teacher form, the current social skills composite score falls within the well below average range (standard score = 66), which is slightly higher than on the 3rd grade administration. Ratings were below average in communication, cooperation, assertion, empathy, engagement and self-control, and were average in responsibility. The current problem behaviors composite falls within the average range (standard score = 103), which shows improvement. Ratings were average in externalizing, bullying, hyperactivity/inattention, and internalizing, and were above average in autism spectrum. The current academic competence rating falls within the below average range (standard score= 83), which also shows improvement in comparison to

the 3rd grade administration. On the parent form, the social skills composite score falls within the above average range (standard score = 117). Ratings were average in communication, assertion, and engagement, and were above average in cooperation, responsibility, empathy and self-control. The problem behaviors composite fell within the average range (standard score = 89). All subdomains were average. In comparison to the 3rd grade administration, improvement is indicated with regard to both social skills and problem behaviors.

In talking with A[redacted], he seems to be enjoying the middle school setting. Science is his favorite subject. Outside of school A[redacted] shared that he likes to play, swim, and watch tv.

Cheryl A. Kalman Wohlrab, Ph.D.
Certified School Psychologist

Case 3:25-cv-01728-ZNQ-JTQ Document 19-8 Filed 11/10/25 Page 14 of 14 PageID: 566

*Colts Neck Township Schools*
*Department of Special Services*
*70 Conover Road*
*Colts Neck, NJ 07722*
*732-946-0055 x 4124*

**Psychological Reevaluation Report**

November 20, 2018

Parent/Guardian of A[redacted] T[redacted]
[redacted]
Colts Neck, NJ 07722

**Re: A[redacted] T[redacted]**

Dear Parent/Guardian:

Enclosed for your records please find a copy of your child's recent Psychological Reevaluation Report.

If you have any questions or concerns, please do not hesitate to call.

Sincerely,

Colts Neck Township
Department of Special Services
732-946-0055 x 4124