# Exhibit F

STATE OF NEW JERSEY
# DEPARTMENT OF EDUCATION
A Memo from the New Jersey Department of Education

Date: October 16, 2024

To: Local Educational Agency Leads

Route To: Directors of Special Services, Special Education Parent Advisory Groups (SEPAGs)

From: Kathy Ehling, Assistant Commissioner
Division of Educational Services

## Guidance for Special Education Program Options: In-Class Resource (ICR) and In-Class Support (ICS)

This memorandum outlines key differences between in-class resource programs and in-class support programs as defined by N.J.A.C. 6A:14. It provides guidance for local education agencies (LEAs) to consider when developing Individualized Education Programs (IEPs), creating district-wide policies for students with disabilities, and ensuring education in the least restrictive environment.

As described in N.J.A.C. 6A:14-4.6, in-class resource programs are programs of specialized instruction organized around a single subject and are provided to students with disabilities by an appropriately certified teacher of students with disabilities. When an in-class resource program is provided, it shall be specified as such in the student’s IEP. In an in-class resource program, the student shall be provided modifications to the instructional strategies or testing procedures, or other specialized instruction, to access the general education curriculum in accordance with the student's IEP. The general education teacher shall have primary instructional responsibility for the student in an in-class resource program unless otherwise specified in the student's IEP. An in-class resource program shall be provided in the student's general education class at the same time as the rest of the class. A student receiving an in-class resource program shall be included in activities like group discussion, special projects, field trips, and other regular class activities as deemed appropriate in the student's IEP.

An in-class resource program differs from in-class support. In-class support, which is considered a supplementary aid or service, is provided within the general education classroom to enable students with disabilities to be educated with nondisabled peers to the maximum extent appropriate, as described in N.J.A.C. 6A:14-4.2. This support can be delivered by a teacher aide or other district personnel if the IEP team determines that the student needs assistance with academic, behavioral, social, or personal goals. To meet the unique needs of students with disabilities, the IEP team must first consider the general education setting when developing the student's educational program and ensure that all programming decisions are documented in the IEP, especially for students who are removed from the general education classroom for more than 20% of the school day. It is the IEP team's responsibility to prioritize placement in a general education class with supplementary aids and services, including options like in-class support or an in-class resource program, which is delivered by an appropriately certified teacher for students with disabilities within the general education setting. Please visit the Office of Special Education website for additional resources and information regarding IEP development and LRE decision making.

Please direct questions to the Office of Special Education at (609) 376-9060 or OSEinfo@doe.nj.gov.

c: Members, State Board of Education
NJDOE Staff
Statewide Parent Advocacy Network
Garden State Coalition of Schools
NJ LEE Group