# Exhibit G

## Functional Behavior Assessment

**Student:** A. T.
**Date(s) of Observation(s):** 10/8/19
**Date of Birth:** [redacted]
**Age:** 12 years, 5 months
**Grade:** 7
**School:** Cedar Drive Middle School, Colts Neck, NJ
**Conducted by:** Jennifer M. Fisahn, BCBA

*Please note that this report is confidential and for professional use only. The contents may not be divulged to any person or agency without appropriate consent.*

**Background/Reason for Referral:**

A. T. is a 12 year-old male referred for the functional assessment of problem behavior. A. T. has a classification of communication impaired and is currently enrolled in an in-class resource (ICR) program (grade 7) for language arts, math, science, and social studies. The student attends homeroom, related arts, physical education, and health in the general education setting. In addition, he receives support from a personal paraprofessional throughout the day. Written parental consent for conducting a behavior assessment was obtained on 9/23/19 in accordance with N.J.A.C. 6A:14-2.3 and the BACB Guidelines for Responsible Conduct. The possibility that referred behaviors are a result of medical or biological causes was not ruled out (see IEP dated 6/21/19 – Special Alerts). It was reported that symptoms related to Lyme disease, seasonal allergies, and environmental allergies have been identified as conditions that may affect behavior.

**Review of Records:**

- IEPs dated 2015 – 2019
- Functional Behavior Assessment dated 2/23/18 conducted by Dawn Fittipaldi, BCBA
- Functional Behavior Assessment dated 12/6/18 conducted by Bobbie J. Gallagher, PhD, BCBA

**Rationale for Conducting a Functional Behavior Assessment:**

Instances of problem behavior interfere with A.T.'s ability to learn and develop age-appropriate social and academic skills.

**Indirect Functional Assessment:**

Staff members were interviewed to gather more information about the nature of the problem behaviors. Mrs. T[redacted] also provided information during a meeting (9/13/19) and a phone conference (9/19/19). Referral concerns include instances of non-compliance, verbal refusal, off-topic questioning/commenting, pushing, grabbing, and pinching. Additionally, instances of touching fire alarms (attempting to pull lever, playing with lever) was noted.

According to indirect functional assessment interviews, target behaviors are likely to occur during academic and non-academic times. These behaviors occur in the presence of all staff members and students associated with those times of day. Antecedents that may trigger target behaviors include task prompt/ instruction, teacher request, being told 'no', not being able to finish something, staff member being in close proximity, seeing certain people, and fire drills. Consequences that follow target behaviors include discussion, verbal redirection/restatement of direction, given wait time, a request to calm down, a suggestion to step out of room, staff member moving away, and staff member putting arms up and backing away. Target behaviors are most likely to occur:

- Non-compliance - during ELA (period1), Math (Period 2), Science (Period 5), and initial presentation of academic task/instruction (usually in the beginning of class).
- Verbal Refusal – during ELA (period 1), Math (Period 2), Science (Period 5), and when presented with academic tasks/instructions.
- Off-topic Questioning/Commenting – during all classes, independent work times, when teacher is giving instructions to the class, and when presented with academic tasks/instructions.
- Pushing – during ELA (period 1), Math (Period 2), and when presented with academic tasks/instruction.
- Grabbing – at end of the day, when directed to bring home specific materials.
- Pinching – when access to items, activities, or completion of activities is restricted, when presented with academic tasks/instructions, when another person is in close proximity, and when he is startled or angry.

Target behaviors are least likely to occur during Filming the News (period 4), ELO (period 3), when working 1:1 on a structured assignment, when engaged in preferred activities, when conversing about favorite topics, and when engaged in self-directed activities (e.g., surfing the internet).

The Functional Analysis Screening Tool (FAST; Iwata, 2005) was completed by staff members. The FAST identified two potential sources of reinforcement. Socially-mediated negative reinforcement – escape (to get out of), and socially-mediated positive reinforcement - attention (to get) were identified as the variables most likely maintaining the target behaviors. These anecdotal assessments (interviews, FAST) were strictly utilized to gather information about the natural environment as well as possible antecedent conditions and consequences that serve to maintain instances of target behaviors.

Preferred items and activities were identified through indirect assessment and include puzzles, movie clips, specific characters, conversation about specific topics (dates, birthdays, facts, geography, addresses, etc.), asking questions, and internet surfing. Food items should not be used due to allergies. Further observation, preference assessments, and reinforcer inventories filled out by parents and teachers would be helpful in developing a potential reinforcer list to be used as part of a behavior intervention plan (BIP).

**Setting:**

During the functional assessment, A. T. was observed in a variety of settings on 10/8/19:

- Homeroom

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 4 of 10 PageID: 572



- Period 1 - Language Arts
- Period 2 - Math
- Period 4 - Filming the News
- Period 5 - Science
- Period 6 - Supplemental Reading
- Period 7 - Social Studies

**Definition of the Target Behaviors:**

- *Non-compliance* – any response that does not match the delivered instruction within 10 seconds from the time the instruction was delivered. Examples include not writing within 10 seconds when asked to do so, not responding vocally within 10 seconds when asked a question, not transitioning to another part of the room within 10 seconds when asked to do so, not cleaning up an activity within 10 seconds when asked to do so. Examples can also be accompanied by occurrences of saying "No", "I won't do it.", "No no, no,", etc.
- *Verbal refusal* - any occurrence of saying "no", "I don't want to", "I won't do it" or "not now" to any academic or non-academic request.
- *Off-topic questioning/commenting*- any statement, question, or intelligible word that does not match the activity for given setting without permission. Non-examples include requests for necessary materials, bathroom, water, nurse, etc.
- *Pushing* - any occurrence of placing or attempting to place an open hand on any part of another person's body and using force to move that person away.
- *Grabbing* - any occurrence of making or attempting to make contact with any part of another person's body using a hand and holding on by curling the fingers.
- *Pinching* - any occurrence of making contact with another person's skin with fingers shaped like forceps.

**Direct Assessment (ABC Narrative Recording):**

Frequency data were collected on instances of target behaviors as well as the events that immediately preceded (antecedents) and followed (consequences) the behaviors. A total of 88 instances were recorded:

40 instances of non-compliance
4 instances of pushing away
12 instances of verbal refusal
32 instances of off-topic questioning/commenting

No instances of grabbing or pinching were recorded during times that data was collected; however, indirect assessment revealed that they do occur infrequently. A BIP should include antecedent strategies that would make these behaviors less likely as well as procedures for staff to follow if these behaviors occur.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 5 of 10 PageID: 573



**Data Analysis:**

**Antecedents for non-compliance**

100% of instances were preceded by task prompt/instruction (demand).

Data indicate that instances of non-compliance are most likely to occur when preceded by task prompt/instruction (100% of instances).

**Consequences for non-compliance**

85% of instances were followed by escape.
5% of instances were followed by attention.
5% of instances were followed by assistance.
8% of instances were followed by a verbal correction.
10% of instances were followed by a restatement of demand.
20% of instances were followed by praise.

Data indicate that escape (85% of instances) is the likely the maintaining consequence for non-compliance.

**A. T – Percentage of Instances of Non-Compliance Preceded by Each Antecedent and Followed By Each Consequence**




**Figure 1.** Percentage of instances of non-compliance preceded by each antecedent and followed by each consequence for A. T.

**Antecedents for pushing**

100% of instances were preceded by task prompt/instruction (demand).

Data indicate that instances of pushing are most likely to occur when preceded by task prompt/instruction (100% of instances).

**Consequences for pushing**

100% of instances were followed by escape.
100% of instances were followed by staff member moving away.
25% of instances were followed by attention/conversation.

Data indicate that escape from task/instruction and a staff member moving away are likely maintaining consequences for pushing (100% of instances).

**A. T – Percentage of Instances of Pushing Preceded by Each Antecedent and Followed By Each Consequence**




**Figure 2.** Percentage of instances of pushing preceded by each antecedent and followed by each consequence for A. T.

**Antecedents for instances of verbal refusal**

75% of instances were preceded by task prompt/instruction (demand).
8% of instances were preceded by transition requirement.
8% of instances were preceded by denied access.
8% of instances were preceded by other.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 7 of 10 PageID: 575



Data indicate that instances of verbal refusal are most likely to occur when preceded by task prompt/instruction (75% of instances).

**Consequences for instances of verbal refusal**

58% of instances were followed by escape.
17 % of instances were followed by attention/conversation.
8% of instances were followed by assistance.
8% of instances were followed by no attention/ignore.
8% of instances were followed by restatement of demand.
8% of instances were followed by staff member moving away.

Data indicate that escape from task/instruction (58% of instances) is likely the maintaining consequence for verbal refusal.

**A. T – Percentage of Instances of Verbal Refusal Preceded by Each Antecedent and Followed By Each Consequence**




**Figure 3.** Percentage of instances of verbal refusal preceded by each antecedent and followed by each consequence for A. T.

**Antecedents for instances of off-topic questioning/commenting**

88% of instances were preceded by task prompt/instruction (demand).
16% of instances were preceded by low/no attention.
16% of instances were preceded independent work time.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 8 of 10 PageID: 576



Data indicate that instances of off-topic questioning/commenting are most likely to occur when preceded by task prompt/instruction (88% of instances).

**Consequences for instances of off-topic questioning/commenting**

63% of instances were followed by verbal correction.
50% of instances were followed by escape.
28 % of instances were followed by attention/conversation.
9% of instances were followed by no attention/ignore.
6% of instances were followed by restatement of demand.
6% of instances were followed by access to desired information.

Data indicate that verbal correction (63% of instances), escape (50% of instances), and attention/conversation (28% of instances) are likely maintaining consequences for off-topic questioning/commenting. It should be noted that attention in the form of conversation, being provided with the answer, or verbal correction occurred after 97% of instances.

**A. T – Percentage of Instances of Off-Topic Questioning/Commenting Preceded by Each Antecedent and Followed By Each Consequence**




**Figure 4.** Percentage of instances of off-topic questioning/commenting preceded by each antecedent and followed by each consequence for A. T.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 9 of 10 PageID: 577



**Data Analysis Summary:**

ABC data indicated that problem behavior mainly occurred after the student was given a task prompt/instruction (92% of instances). ABC data indicated that the most common consequence of problem behavior was escape (69% of instances). Additionally, verbal correction (26% of instances) and attention/conversation (16% of instances) followed 42% of instances of problem behavior.

**Functional Hypothesis:**

When given a task prompt/instruction, the student will engage in non-compliance, pushing, verbal refusal, and off-topic questioning because these behaviors have led to the removal of these demands or delivered instructions and/or attention in the form of verbal correction or conversation in the past.

**Statement of Function:**

The primary function of problem behavior is socially-mediated negative reinforcement in the form of escape from academic demands or instructions. A secondary function of problem behavior is socially-mediated positive reinforcement in the form of gaining attention in the form of verbal correction or conversation.

**A. T – Percentage of Instances of Target Behaviors Preceded by Each Antecedent and Followed By Each Consequence**




**Figure 5.** Percentage of instances of target behaviors preceded by each antecedent and followed by each consequence for A. T.

Case 3:25-cv-01728-ZNQ-JTQ Document 19-10 Filed 11/10/25 Page 10 of 10 PageID: 578



**Additional Information:**

During the observation, frequency data were collected on demands given and compliance with those demands, opportunities to respond (both volunteer-based and choral/group) and actual responses, forced participation and compliance with forced participation. This information can be utilized to establish antecedent strategies as well as criteria for goals related to participation.

**Period 1 ELA (TEST):**
In large group –

- A total of 7 demands were given and 3 were complied with – 43%

During 1:1 with Mrs. Latrenta-

- A total of 20 demands were given and 8 were complied with – 40%

**Period 2 Math:**
In large group –

- A total of 6 demands were given and 2 were complied with – 33%
- A total of 47 opportunities to respond were given and 0 were responded to – 0%

**Period 4 Filming the News:**
In small group (11 students) –

- A total of 18 demands were given and 17 were complied with – 94%
- A total of 28 opportunities to respond were given and 1 was responded to – 4%
- A total of 6 demands to participate were given and 5 were complied with – 83%

**Period 5 Science:**
During 1:1 with Mrs. Latrenta –

- A total of 18 demands were given and 18 were complied with – 100%

**Period 6 Supplemental Reading –**
During 1:1 with Mrs. Latrenta -

- A total of 34 demands were given and 29 were complied with – 85%

**Period 7 Social Studies –**

- A total of 15 opportunities to respond were given and 0 were responded to – 0%

**Recommendations:**

Recommendations that are function-based and considered to be best practice for behavioral intervention will be discussed at a collaborative meeting with parents.

**Summary:**

A. T. is a twelve-year old male referred for the assessment of problem behavior. Through interviews, direct observation, and ABC analysis, it appears that A. T. mainly engages in these behaviors to escape demands (negative reinforcement) and gain access to attention in the form of conversation or verbal correction (positive reinforcement). A BIP will be created to support the student in the educational environment.

October 17, 2019

Jennifer M. Fisahn, BCBA　　　　Date
fisahn@coltsneckschools.org