# Exhibit H

# FREEHOLD REGIONAL HIGH SCHOOL DISTRICT

**Dr. Jessica Howland**
***Director of Special Services***
Administration Building
11 Pine Street
Englishtown, New Jersey 07726

Phone (732) 792-7300 x8590
Fax (732) 786-0594
jhowland@frhsd.com

May 13, 2025

[redacted] & [redacted] [redacted]
[redacted]
Colts Neck, NJ 07722

Dear Mr. and Mrs [redacted]

I am writing to provide important information regarding [redacted]s progress toward meeting the New Jersey high school graduation assessment requirement. The New Jersey Department of Education requires students to demonstrate proficiency in both English Language Arts (ELA) and Mathematics through one of the following three pathways:

1. **Passing Score on the NJ Graduation Proficiency Assessment (NJGPA)** in grade 11;
2. **Qualifying Score on an Approved Substitute Test** (e.g., SAT, ACT, Accuplacer); or
3. **Successful Completion of the NJDOE Portfolio Appeal Process** during grade 12, which involves responding to constructed response tasks aligned to state standards.

[redacted] did not meet the NJGPA cut scores for ELA (707/725 required) or Math (699/725 required), nor did he meet the qualifying scores on approved substitute assessments. As such, he participated in the NJDOE Portfolio Appeal process, which represents the third and final pathway for demonstrating graduation assessment proficiency.

**Portfolio Assessment Results**

Unfortunately, [redacted] did not meet proficiency on either the ELA or the Mathematics portfolio tasks. His scores are summarized below:

- **English Language Arts**
  - *Reading – Literary Text*: 13% of total points earned
  - *Reading – Informational Text*: 14% of total points earned
  - *Writing – Narrative Task*: Written Expression: 0 | Language and Conventions: 1
  - *Writing – Informative/Explanatory Task*: Reading and Expression: 0 | Language and Conventions: 0
- **Mathematics**
  - *Reasoning (Geometry and Functions)*: 0% on both tasks
  - *Modeling (Number & Quantity and Algebra)*: 33% and 0%, respectively

[redacted]s responses did not meet the minimum standards set by the NJDOE to demonstrate proficiency.

**Next Steps and Options**

As A[redacted] has not met the graduation assessment requirement through any of the three official pathways, he is currently **not eligible to receive a state-endorsed high school diploma**. However, there are still paths available to support him:

- **Late Portfolio Submission**: Portfolio appeals may be submitted until **August 28, 2025**, for students expected to graduate with the class of 2025. While these late submissions will not allow A[redacted] to participate in June graduation ceremonies, they may still result in diploma eligibility later in the summer if all other graduation requirements have been met.
- **Alternative Programs**: Should proficiency still not be demonstrated, A[redacted] may explore adult education programs that offer pathways toward earning a diploma.

Sincerely,

Dr. Jessica Howland
Director of Special Services