# Exhibit I

Case 3:25-cv-01728-ZNQ-JTQ Document 19-12 Filed 11/10/25 Page 2 of 3 PageID: 583

# Freehold Regional High Schools Transcript

| Student Name &Address | High School Name & Address |
|---|---|
| T[redacted]. A[redacted]<br>[redacted]<br>Colts Neck, NJ 07722 | Colts Neck High School<br>59 Five Points Road<br>Colts Neck, NJ 07722<br><br>732-761-0190 |

| Parent or Guardian | Student ID | Sex | Date of Birth | State ID Number |
|---|---|---|---|---|
| Mrs. Oriola T[redacted] | 2570107 | M | [redacted] | 9329872285 |

| Guidance Counselor | CEEB Code | Entry | Withdrawal | Graduation |
|---|---|---|---|---|
| Joworisak, Lauren | 310253 | 09/09/2021 | | |

## Student Academic History

☐ Official Transcript
☐ Student Copy

Course Codes-(Hnrs) Honors, (AP) Advanced Placement, (IB) International Baccalaureate

| Grade 09 Year 2021-22 | Final Grade | Credits |
|---|---|---|
| Reading Workshop | S | 5.000 |
| English 1 | D | 5.000 |
| Health 9 | A+ | 1.250 |
| Geometry | D | 5.000 |
| Applied Art 1 | A+ | 2.500 |
| Physical Ed 9 | A+ | 3.750 |
| Lab Biology | E | 0.000 |
| World History | E | 0.000 |
| Creative Foods | A | 2.500 |
| GPA 1.9417 | Q.P. 58.25 | Credits Earned 25.000 |

| Grade 10 Year 2022-23 | Final Grade | Credits |
|---|---|---|
| English 2 | D | 5.000 |
| Safety 10 | A | 1.250 |
| Algebra 1 | D | 5.000 |
| Physical Ed 10 | A+ | 3.750 |
| Lab Environmental Science | D+ | 5.000 |
| US History 1 | E | 0.000 |
| Off Campus CR World History | S | 5.000 |
| Digital Media & Photo Design 1 | A- | 5.000 |
| Italian 1 | D | 5.000 |
| GPA 2.0036 | Q.P. 70.125 | Credits Earned 35.000 |

| Grade 11 Year 2023-24 | Final Grade | Credits |
|---|---|---|
| English 3 | E | 0.000 |
| Drama | A | 2.500 |
| Advanced Drama | A- | 2.500 |
| Health 11 | A+ | 1.250 |
| Fine Art 1 | A | 2.500 |
| Physical Ed 11 | A | 3.750 |
| Lab Biology | S | 5.000 |
| US History 2 | D+ | 5.000 |
| Financial Literacy | C+ | 2.500 |
| World Cuisine | B | 2.500 |
| Business Management | C- | 2.500 |
| Digital Media & Photo Design 2 | B | 5.000 |
| GPA 2.7893 | Q.P. 97.625 | Credits Earned 35.000 |

| Grade 12 Year 2024-25 | Final Grade | Credits |
|---|---|---|
| English 4 | E | 0.000 |
| Off Campus English 3 | S | 5.000 |
| Health 12 | B+ | 1.250 |
| Algebra 2 Applications & Analysis | E | 0.000 |
| Fine Art 2 | A | 5.000 |
| Applied Art 2 | A- | 5.000 |
| Physical Ed 12 | A+ | 3.750 |
| Lab Chemistry | E | 0.000 |
| Off Campus CR US History 1 | S | 5.000 |
| GPA 2.1083 | Q.P. 63.25 | Credits Earned 25.000 |

| Cumulative Data Grades 9-12 | Attempted | Earned | Total Q.P. | GPA | Decile |
|---|---|---|---|---|---|
| | 130.000 | 120.000 | 289.2500 | 2.2250 | |

| Principal: | Date | School Seal |
|---|---|---|
| | 07/17/2025 | |

Case 3:25-cv-01728-ZNQ-JTQ Document 19-12 Filed 11/10/25 Page 3 of 3 PageID: 584

# FREEHOLD REGIONAL HIGH SCHOOL TRANSCRIPT

**STUDENT NAME**
[redacted]
Colts Neck, NJ 07722
[redacted]
2570107

**HIGH SCHOOL NAME**
Colts Neck High School
59 Five Points Road
Colts Neck, NJ 07722

## ACCREDITATION

MIDDLE STATES ASSOCIATION of COLLEGES and SECONDARY SCHOOLS
NEW JERSEY DEPARTMENT OF EDUCATION

## GRADE INFORMATION

### GRADE POINT AVERAGE

Grade Point Average (GPA) is calculated at the end of the sophomore year and updated at the completion of the junior and senior year:

**Grade Point Average**: GPA is determined by using the following formula:

$$GPA = \frac{\text{Total Quality Points}}{\text{Total Credits Attempted}}$$

**Quality Points:** Quality points are determined by multiplying the numerical value (weight) of each grade earned by the credit of the course.

**Course Credit**: Full Year 5.0, Phy Ed 3.75, SEM 2.50, Health 1.25

### GRADES

**A+**= 97-100
**A** = 94-96
**A-** = 90-93
**B+**= 87-89
**B** = 84-86
**B-** = 80-83
**C+**= 77-79
**C** = 74-76
**C-** =70-73
**D+**=67-69
**D** = 65-66
**E** = 64-0
**I**=Incomplete
**M**= Medical
**S**=Satisfactory
**U**=Unsatisfactory
**WP**=Withdrawal Passing
**WE**=Withdrawal Failing
**WAT**=Withdrawal of Credit due to Attendance

### WEIGHT OF GRADE

| FG | Regular | Honors | A.P. |
|---|---|---|---|
| **A+=** | 4.6 | 5.6 | 6.1 |
| **A =** | 4.3 | 5.3 | 5.8 |
| **A-=** | 4.0 | 5.0 | 5.5 |
| **B+=** | 3.6 | 4.6 | 5.1 |
| **B =** | 3.3 | 4.3 | 4.8 |
| **B-=** | 3.0 | 4.0 | 4.5 |
| **C+=** | 2.6 | 3.6 | 4.1 |
| **C =** | 2.3 | 3.3 | 3.8 |
| **C-=** | 2.0 | 3.0 | 3.5 |
| **D+=** | 1.6 | 2.6 | 3.1 |
| **D =** | 1.3 | 2.3 | 2.8 |
| **E =** | 0.0 | 0.0 | 0.0 |