# Exhibit B

**Jessica Howland**

**From:** Jessica Howland
**Sent:** Tuesday, February 8, 2022 8:01 PM
**To:** [redacted]@gmail.com
**Cc:** jcomegno@comegnolaw.com; [redacted]@gmail.com
**Subject:** RE: Information request AT

Good evening,

Any request made by your attorney would have been answered, in kind, by our attorney.

If the implication is that there is a dispute with your prior attorney, the District will not be involved.

Otherwise, the District cannot guess as to what you are referring to; please outline the requests you have made regarding [redacted]s IEP for which decisions have been made on which you feel you have not been noticed.

Sincerely,
Dr. Jessica Howland

-----Original Message-----
From: [redacted] <[redacted]@gmail.com>
Sent: Tuesday, February 8, 2022 7:47 PM
To: Jessica Howland <JHowland@frhsd.com>
Cc: John B. Comegno <jcomegno@comegnolaw.com>; [redacted] <[redacted]@gmail.com>
Subject: Re: Information request AT

Warning: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe. Suspicious? Forward the message to Technology@frhsd.com

Hi Dr. Howland,
I would like written documentation of the school and/or district's refusal or acceptance of any and all requests made by myself, my husband or our then-attorney, Staci Greenwald, as related to our child's IEP, as required by IDEA and NJ law. As noted in both places, the school/district must provide written documentation of consideration and acceptance/refusal of all written requests or requests considered during meetings related to a child's IEP. We have made, or our lawyer made, several written requests as well as verbal requests during meetings to the case manager, school team and district for which we do not have the PWN (Prior Written Notice) documenting the school and/or district's final decision or rationale for this decision.
Sincerely,
[redacted]

> On Feb 8, 2022, at 9:21 AM, Jessica Howland <JHowland@frhsd.com> wrote:
>
> Can you clarify what you are looking for? I am unsure what you are asking for.
>
> Sincerely,
> Dr. Jessica Howland
>
> -----Original Message-----
> From: [redacted] <[redacted]@gmail.com>

> Sent: Tuesday, February 8, 2022 8:06 AM
> To: Jessica Howland <JHowland@frhsd.com>
> Subject: Information request AT
>
> Warning:?This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe. Suspicious? Forward the message to Technology@frhsd.com
>
> Dr. Howland,
> At this time, we are requesting PWNs for the requests made by our attorney, Staci Greenwald , over the last few months starting 11/11/2021.
>
> L[redacted]and [redacted] T[redacted]
>
> Confidentiality Notice: The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.
>

Confidentiality Notice: The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.