# Exhibit E

**Student Nurse Visits**

**Student: 2570107 - T[redacted], A[redacted] Jr**

**Date of Birth: [redacted] Grade: 12**

| | Year | School | Arrival | Reason | Examined | Treatment | Release | Disposition | Nurse |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2024-25 | Colts Neck High School | 8:26AM on 04/01/25 | Paperwork | | | 8:26AM 0 Minutes | Return to Class | Lorenzo, Karen |
| | | **Nurses Comments:** | dropped off medication | | | | | | |
| 2 | 2024-25 | Colts Neck High School | 10:46AM on 03/26/25 | Head Ache Medicine Dispensed | | Dispensed Prescribed Medication | 10:48AM 2 Minutes | Return to Class (Parents Notified) | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | called mom, advil given as ordered rtc | | | | | | |
| 3 | 2024-25 | Colts Neck High School | 12:00PM on 03/25/25 | Pain | | | 12:02PM 2 Minutes | Return to Class (Parents Notified) | Taylor, Elise |
| | | **Additional Treatments:** | called parent first and okay to give. | | | | | | |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| 4 | 2024-25 | Colts Neck High School | 12:25PM on 03/24/25 | Pain Medicine Dispensed | | Dispensed Prescribed Medication | 12:27PM 2 Minutes | Called parent and returned to class (Parents Notified) | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | states his back is hurting , advil given as ordered mom called and made aware rtc | | | | | | |
| 5 | 2024-25 | Colts Neck High School | 9:02AM on 02/13/25 | Head Ache Medicine Dispensed | | Dispensed Prescribed Medication | 9:04AM 2 Minutes | Return to Class | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | c/o headache, mom states he took his Nurtec last night and wanted him to have advil at this time. given and rtc mom aware meds given | | | | | | |
| 6 | 2024-25 | Colts Neck High School | 1:18PM on 02/12/25 | Bathroom Medicine Dispensed Pain | | Dispensed Prescribed Medication | 1:25PM 7 Minutes | Called parent and returned to class (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | student to health office accompanied by para. student reported his "butt hurts" and had to use the bathroom. brought to guidance bathroom due to health office bathroom in use, mom aware. student offered advil after using bathroom and advil given as ordered for pain mom made aware. | | | | | | |
| 7 | 2024-25 | Colts Neck High School | 1:50PM on 01/27/25 | Head Ache Medicine Dispensed | | Dispensed Prescribed Medication | 2:00PM 10 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | spoke with mom, gave advil for headache mom aware and will p/u student | | | | | | |
| 8 | 2024-25 | Colts Neck High School | 1:50PM on 01/24/25 | General Malaise | | | 1:54PM 4 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | student states not feeling well, mom called and is on her way to pick student up, student did not explain what was wrong upon asking him | | | | | | |
| 9 | 2024-25 | Colts Neck High School | 1:51PM on 01/14/25 | Pain Medicine Dispensed | | Dispensed Prescribed Medication | 2:07PM 16 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | student reported to the health office that he has a headache, mom called gave advil as ordered mom will p/u student from health office | | | | | | |

**Student Nurse Visits**

**Student: 2570107 - T[redacted], A[redacted] Jr**

**Date of Birth: [redacted] Grade: 12**

| | Year | School | Arrival | Reason | Examined | Treatment | Release | Disposition | Nurse |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 2024-25 | Colts Neck High School | 12:33PM on 01/10/25 | Pain<br>Head Ache | | Dispensed Prescribed Medication | 12:35PM 2 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | advil given as ordered, mom picked up student from health office | | | | | | |
| 11 | 2024-25 | Colts Neck High School | 1:50PM on 01/09/25 | Head Ache | | | 1:51PM 1 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | student to health office reports he has a headache, nurse called mom, mom already at school to pick him up. no medication given as per mom student escorted to main doors and sent home with mom | | | | | | |
| 12 | 2024-25 | Colts Neck High School | 11:59AM on 12/13/24 | Head Ache | | | 12:36PM 37 Minutes | Sent to Attendance - going Home (Parents Notified) | Taylor, Elise |
| | | **Nurses Comments:** | To nurse, reports he has a headache and doesn't want medication for it. Called mom and she will come get him. | | | | | | |
| 13 | 2024-25 | Colts Neck High School | 1:55PM on 11/22/24 | Paperwork | | | 2:00PM 5 Minutes | Return to Class | Taylor, Elise |
| | | **Nurses Comments:** | To nurse reports he is tired and wants to come home. Called mom and she is 1 min away | | | | | | |
| 14 | 2024-25 | Colts Neck High School | 11:30AM on 11/22/24 | Pain | | | 11:33AM 3 Minutes | Return to Class (Parents Notified) | Taylor, Elise |
| | | **Additional Treatments:** | mom notified by email of medication administration | | | | | | |
| | | **Medications Given:** | Ibuprofen at 11:30 | | | | | | |
| | | **Nurses Comments:** | Mom called/emailed about need for student to have his advil. In good spirits and good coloring. If asked to take advil student agreed and took as ordered. Requests to instructional assistant to rtc. | | | | | | |
| 15 | 2024-25 | Colts Neck High School | 2:00PM on 11/13/24 | Head Ache<br>Medicine Dispensed | | Dispensed Prescribed Medication | 2:38PM 38 Minutes | Called parent and sent home | Taylor, Elise |
| | | **Medications Given:** | Ibuprofen (400 mg po, may have 2 doses in 4 hours) | | | | | | |
| | | **Nurses Comments:** | to health office with para, reports has a headache mom called and Advil given mom will p/u student | | | | | | |
| 16 | 2024-25 | Colts Neck High School | 8:55AM on 10/24/24 | Other | | | 9:12AM 17 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | student brought into health office with para and Kelly Fitzhenry, student upset due to not being able to play volleyball, student punched wall in health office, did not want ice at this time mild redness noted mom called and will p/u son from health office student with para at all times until dismissed | | | | | | |
| 17 | 2024-25 | Colts Neck High School | 1:53PM on 10/22/24 | Pain | | | 1:53PM 0 Minutes | Called parent and sent home | Lorenzo, Karen |
| 18 | 2024-25 | Colts Neck High School | 2:14PM on 10/10/24 | First Aid | | Other | 2:16PM 2 Minutes | Return to Class | nurse, Sub |
| | | **Nurses Comments:** | Student to nurses office stating with his paraprofessional, stating he does not like to use the school bathroom, offered to use nurses bathroom, refused, wanted to call parent to take student home, refused, stated he felt better and wanted to return to class to finish an assignment.student returned to class. | | | | | | |
| 19 | 2024-25 | Colts Neck High School | 1:54PM on 10/07/24 | Allergies | | | 2:07PM 13 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | congested, bad allergies mom called and will p/u student | | | | | | |

**Student Nurse Visits**

**Student: 2570107 - T[redacted], A[redacted] Jr**

**Date of Birth: [redacted] Grade: 12**

| | Year | School | Arrival | Reason | Examined | Treatment | Release | Disposition | Nurse |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 2024-25 | Colts Neck High School | 12:31PM on 10/01/24 | General Malaise | | Rest | 12:37PM 6 Minutes | Called parent and sent home | Hall, Gail |
| | | **Student Vitals taken at 12:31PM:** | Temperature: 98.2 | | | | | | |
| | | **Nurses Comments:** | student came to health office and said he did not feel well. Color good- skin warm, dry. lips pink. Called and spoke with parent. Mother already in parking lot. After security called for student , I accompanied him to the attendance office and saw him go out the door and meet his mother. | | | | | | |
| 21 | 2023-24 | Colts Neck High School | 12:33PM on 06/17/24 | First Aid | | | 12:36PM 3 Minutes | Return to Class (Parents Notified) | Lorenzo, Karen |
| | | **Nurses Comments:** | brought down by para. states he "slid off" high chair, para states she saw him on the floor on his side able to get back up without difficulty denies any pain no ice or first aid needed, no difficluty walkling mom called and made aware student back to class | | | | | | |
| 22 | 2023-24 | Colts Neck High School | 11:49AM on 06/14/24 | Allergies | | | 12:03PM 14 Minutes | Called parent and sent home | Lorenzo, Karen |
| | | **Student Vitals taken at 11:49AM:** | Temperature: 99.3 | | | | | | |
| | | **Nurses Comments:** | mom will p/u student from health office | | | | | | |
| 23 | 2023-24 | Colts Neck High School | 10:19AM on 05/23/24 | Head Ache | | Rest | 10:34AM 15 Minutes | Called parent and sent home (Parents Notified) | Hall, Gail |
| | | **Student Vitals taken at 10:19AM:** | Temperature: 97.7 | | | | | | |
| | | **Nurses Comments:** | asked to go home. called parent- mom said he wasn't feeling well this morning and she will come to pick him up. Refused water, refused ice and refused BP taken. resting comfortably on cot until parent picks up - in NAD. Color good, skin warm dry, chatting amicably with para BS. Mrs Shain escorted the student to his parent. | | | | | | |
| 24 | 2023-24 | Colts Neck High School | 1:21PM on 04/17/24 | Nosebleed | | Direct Pressure | 1:25PM 4 Minutes | Called parent and returned to class | Lorenzo, Karen |
| | | **Nurses Comments:** | h/w and RTC mom aware | | | | | | |
| 25 | 2023-24 | Colts Neck High School | 11:06AM on 03/13/24 | Head Ache | | Rest | 11:18AM 12 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Student Vitals taken at 11:06AM:** | Temperature: 98.1 | | | | | | |
| | | **Nurses Comments:** | c/o headache, mom called and will p/u student | | | | | | |
| 26 | 2023-24 | Colts Neck High School | 1:50PM on 03/04/24 | Head Ache | | | 2:00PM 10 Minutes | Called parent and sent home | Shaikh, Shafqat |
| | | **Nurses Comments:** | Student states "mom is coming to pick me up." | | | | | | |
| 27 | 2023-24 | Colts Neck High School | 12:36PM on 10/02/23 | Cold Symptoms | | | 12:53PM 17 Minutes | Called parent and sent home (Parents Notified) | Lorenzo, Karen |
| | | **Student Vitals taken at 12:36PM:** | Temperature: 97.5 | | | | | | |
| | | **Nurses Comments:** | feels tired, mom aware and will p/u student | | | | | | |
| 28 | 2022-23 | Colts Neck High School | 12:21PM on 04/28/23 | Allergies | | | 12:38PM 17 Minutes | Called parent and sent home (Parents Notified) | Hall, Gail |
| | | **Nurses Comments:** | reports he has allergies and wants to go home. Mom coming to pick up | | | | | | |
| 29 | 2022-23 | Colts Neck High School | 10:02AM on 03/27/23 | Nosebleed | | Direct Pressure | 10:04AM 2 Minutes | Return to Class (Parents Notified) | Lorenzo, Karen |



FRHSD-02541

**Student Nurse Visits**

**Student: 2570107 - T[redacted], A[redacted] Jr**

**Date of Birth: [redacted] Grade: 12**

| | Year | School | Arrival | Reason | Examined | Treatment | Release | Disposition | Nurse |
|---|---|---|---|---|---|---|---|---|---|
| | | **Nurses Comments:** | minimal bleeding noted RTC | | | | | | |
| 30 | 2022-23 | Colts Neck High School | 12:57PM on 01/20/23 | Nosebleed | | Direct Pressure<br>Ice/Cold pack | 1:15PM 18 Minutes | Return to Class (Parents Notified) | DeMarco, Danielle |
| | | **Nurses Comments:** | pressure applied ice pack to bridge of nose- RTC LM for mom that student was seen in health office | | | | | | |
| 31 | 2022-23 | Colts Neck High School | 9:28AM on 12/23/22 | Screening | | | 9:32AM 4 Minutes | Return to Class | Hall, Gail |
| | | **Nurses Comments:** | student refused screening. Notified parent vis vision referral form | | | | | | |
| 32 | 2022-23 | Colts Neck High School | 1:15PM on 12/21/22 | Screening | | | 1:30PM 15 Minutes | Return to Class | Hall, Gail |
| 33 | 2022-23 | Colts Neck High School | 10:26AM on 11/15/22 | Paperwork | | | 10:26AM 0 Minutes | Return to Class | Lussier, Jaclyn |
| | | **Nurses Comments:** | student dropped medication | | | | | | |
| 34 | 2021-22 | Colts Neck High School | 11:02AM on 06/22/22 | Anxiety | | | 11:25AM 23 Minutes | Called parent and sent home | Harrington, Regina |
| 35 | 2021-22 | Colts Neck High School | 9:30AM on 06/14/22 | Paperwork | | | 9:35AM 5 Minutes | Return to Class | DeMarco, Danielle |
| 36 | 2021-22 | Colts Neck High School | 8:47AM on 05/12/22 | Screening | | | 8:50AM 3 Minutes | Return to Class | Hall, Gail |
| 37 | 2021-22 | Colts Neck High School | 8:42AM on 04/13/22 | Allergies | | Gargled with Salt Water<br>Cough Drop<br>Instructed to return to nurse prn | 9:00AM 18 Minutes | Return to Class (Parents Notified) | Hall, Gail |
| | | **Student Vitals taken at 8:42AM:** | Temperature: 97.2 | | | | | | |
| | | **Nurses Comments:** | throat slightly red. called parent- mom say he has allergies on medicine. student reports he feels well. Throat sl red. Plan: if he returns call mom again | | | | | | |
| 38 | 2021-22 | Colts Neck High School | 2:10PM on 03/08/22 | Screening | | | 2:12PM 2 Minutes | Return to Class | Hall, Gail |
| 39 | 2021-22 | Colts Neck High School | 8:32AM on 12/06/21 | Paperwork | | | 8:34AM 2 Minutes | Return to Class | DeMarco, Danielle |
| 40 | 2021-22 | Colts Neck High School | 8:37AM on 10/22/21 | Paperwork | | | 8:58AM 21 Minutes | Return to Class | Hall, Gail |

**40 Total Visits, Total Time: 6 hours 14 minutes**