# Exhibit F

**Jessica Howland**

---

**From:** Lauren Joworisak
**Sent:** Tuesday, February 15, 2022 8:58 AM
**To:** l[redacted]t[redacted]gmail.com
**Cc:** Jessica Howland; Kelly Fitzhenry; a[redacted]t[redacted]@gmail.com
**Subject:** Re: A[redacted] T[redacted]

Hello Ms. T[redacted]

I hope all is well!

The Guidance Department, together with the Peer Leaders, have run small circles with the freshmen each marking period. The Peer Leaders help assist all freshmen. If [redacted] could use more support, I would be happy to pair him with a Peer Leader as a mentor.

There are different options for Credit Recovery. The FRHSD Summer Academy offers in-person credit recovery. The information is usually available in the spring, but here is last year's information to use as a reference:
https://docs.google.com/document/d/1sEfJn2VZHVbGgqb30lGKZNIFKXPnXSxyPNkKQkj3ebl/edit.
Another option is to take the course out of the district. You could view this information on the FRHSD website by clicking "Out of District Recovery" under "Credit Recovery Opportunities" here:
https://sites.google.com/frhsd.com/frhsd-district-guidance/academic-programming.
Information on IPLO courses could be found on the FRHSD website at this link:
https://sites.google.com/frhsd.com/curriculuminstruction/additional-student-opportunities/iplo-option-ii?authuser=0. There are no in-class support classes or special education supports for credit recovery or IPLO programs.

A[redacted]s course selection for next year will be based upon his IEP. Once the re-evaluation is complete and the IEP is finalized, a meeting will be scheduled.

Please feel free to reach out with any questions and let me know if I could be of any further assistance.

Sincerely,
*Lauren Joworisak*
School Counselor
Colts Neck High School
(732) 761 - 0190 ext. 1027
"A Culture of Respect"

If you are in need of mental health resources, please open the QR code.



FRHSD-00437

---

**From:** L[redacted] T[redacted] <[redacted]t[redacted]@gmail.com>
**Sent:** Friday, February 11, 2022 6:46 PM
**To:** Lauren Joworisak <LJoworisak@frhsd.com>
**Cc:** Jessica Howland <JHowland@frhsd.com>; Kelly Fitzhenry <kfitzhenry@frhsd.com>; A[redacted] <a[redacted]t[redacted]@gmail.com>
**Subject:** Re: A[redacted] T[redacted]

**Warning:** This message came from an **EXTERNAL** address. **DO NOT** click on links or attachments unless you know the sender and the content is safe. **Suspicious?** Forward the message to Technology@frhsd.com

---

Hello,
Can you please direct me to someone who can answer these questions?
Thank you,
L[redacted]

On Mon, Jan 24, 2022 at 1:43 PM Lauren Joworisak <LJoworisak@frhsd.com> wrote:

Hello Ms. T[redacted]

All requests must go through the attorney from here on.

Thank you.

Sincerely,
*Lauren Joworisak*
School Counselor
Colts Neck High School
(732) 761- 0190 ext. 1027
"A Culture of Respect"

If you are in need of mental health resources, please open the QR code.



FRHSD-00438

**From:** L[redacted] T[redacted] <[redacted]t[redacted]@gmail.com>
**Sent:** Sunday, January 23, 2022 9:42 AM
**To:** Lauren Joworisak <LJoworisak@frhsd.com>
**Subject:** A[redacted] T[redacted]

Warning: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe. Suspicious? Forward the message to Technology@frhsd.com

Hi Mrs. Joworisak,
I hope all is well with you.
During open school night, you spoke about the peer leadership program where freshmen and seniors are paired together to help with transition to high school etc.
It is almost February and I don't think A[redacted] was involved in anything to help with transition or in the school community. Can you please give me an update how A[redacted] was or will be be supported from Guidance with transition in high school or school community at large?
Next year's class enrollment, when will that happen? From google classroom seems like you were meeting with students in December. I spoke with A[redacted] about classes and electives and I would like to be involved in the selections. A[redacted] will be failing at least 1 class. Can you please let me know what are the credit recovery programs available to all the students and students with an IEP?
I would also like some information on IPLO programs to get additional credits. How can A[redacted] benefit from them? Can you support us to choose classes or programs to meet his needs outside the traditional classroom?
Looking forward to hearing from you .
L[redacted]

**Confidentiality Notice:** The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.
**Confidentiality Notice:** The information contained in this communication is privileged and confidential and is intended for the sole use of the intended recipient. If you are not the intended recipient of this email, do not read, distribute or reproduce it (including any attachments). If you have received this email in error, please immediately notify the sender by telephone or email reply.