# Exhibit A

T[redacted], A[redacted]
DOB: [redacted]

OVATION
Behavior Group

# Functional Behavior Assessment

| Student Name | A[redacted] T[redacted] | District | Freehold Regional High School District |
|---|---|---|---|
| Date of Birth | [redacted] | School | Colts Neck High School |
| Chronological Age | 17 years, 6 months | Evaluator | Lauren Farparan, M.Ed., BCBA |
| Case Manager | Kelsey Rebelo | Date of Report | 11/21/2024 |

## Background Information:

A[redacted] is a 17 year old student who is a senior at Colts Neck High School in the Freehold Regional School District. He has an Individualized Education Plan (IEP) with a classification of autism. A[redacted] had back surgery in Rhode Island last year due to tethered cord syndrome where his spinal cord attached to his spine. Per his IEP, A[redacted] is currently allergic to eggs, milk, corn, soy, tree nuts, peanuts, and pineapple. A[redacted] has Lyme Disease.

Per the IEP, A[redacted] is eligible for special education and related services under the classification of Autism. A[redacted] currently receives in-class resource support and a shared aide within the classroom. Additionally, he receives pull-out counseling once per cycle as well as speech services individually twice per cycle. This is from the stay-put IEP from 2021 as he was finishing up 8th grade at a previous school district prior to switching districts for high school. The school team believes that a placement within a mild/moderate Language and Learning Disabled class would be the best fit, while the family requests for data to support placement, as well as potential goals/plans. The team is continuing to utilize the stay-put IEP that does not warrant any behavioral interventions.

According to his most recent proposed IEP from March 2024, A[redacted]'s "overall academic achievement, as measured by the WJ Broad Achievement standard score, is in the very low range of others his age." Additionally, the Child Study Team used the Wechsler Intelligence Scale for Children to determine his level of cognitive functioning with his full scale IQ score at 84, in the 14th percentile and within the Low-Average range.

In March 2024, A[redacted] was found to be the aggressor in an incident of harassment, intimidation and bullying as defined by the district's Anti-Bullying Bill of Rights Act and Board Policy 5512. Due to the findings of the investigation, A[redacted] was placed on "lunch restriction" for three weeks where "he is restricted from roaming during unit lunch and must sit in an assigned location in the cafeteria."

## Data Sources:

- Direct Observations: *10/11/2024, 10/31/2024*
- Descriptive Assessments
- Interviews: *10/11/2024, 10/22/2024*
- Documentation Review: *IEP, HIP letter, Re-evaluations*



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

Case 3:25-cv-01728-ZNQ-JTQ Document 34-2 Filed 12/19/25 Page 3 of 10 PageID: 3102



Teacher Interview:

The BCBA spoke with the case manager, Ms. Rebelo, prior to the initial direct observation. During this interview, Ms. Rebelo shared the behaviors the school team observes as well as IEP clarifications. Ms. Rebelo shared that the IEP team disagreed with placement for A[redacted]. She indicated that due to his engagement in certain topographies of problem behaviors, he would benefit from a different program. She also indicated that one of the topographies of problem behaviors that were agreed upon for the FBA was "inappropriate comments to peers" (typically those in the LLD classroom). Additionally, it was noted that the IEP team agreed for the FBA to evaluate his engagement in "work refusal" and "interrupting" behaviors.

During the second interview, Ms. Rebelo indicated that since the last observation, A[redacted] engaged in a new topography of more aggressive behavior towards staff and the environment (i.e. pushed the para, hit trophy case and punched the wall) due to a miscommunication about the PSATs and a volleyball tournament.

Parent/Guardian Interview:

The BCBA spoke with A[redacted]'s mother, L[redacted] T[redacted], during the assessment period. During this interview, Ms. T[redacted] advocated that her son desires to be like his neurotypical peers. She agreed that A[redacted] engaged in a variety of problem behaviors leading up to the FBA. Ms. T[redacted] indicated that the IEP team disagreed on program placement for A[redacted] She noted that A[redacted] does not engage in problem behavior in the home environment often and that she is seeking more information regarding the behaviors that are occurring within the school environment.

Direct Observation Summaries:

**Observation #1 - 10/11/2024**
During the initial observation, the BCBA was accompanied by Ms. Rebelo to A[redacted]'s chemistry class. The BCBA sat in a chair at the back of the classroom, about five feet behind A[redacted] and his classmates. During this time, the BCBA collected data on the target behaviors listed below. When A[redacted] attempted to engage with the BCBA, he was redirected back to the teacher at the front of the classroom and he complied. Prior to the end of the period, the BCBA and Ms. Rebelo left the classroom and waited in the hallway to naturally follow A[redacted] to his next class. They kept several feet between them and stopped when A[redacted] stopped to interact with students in the hall. This occurred three times and lasted for several minutes despite the other students' attempting to get to class. During these interactions, A[redacted] asked multiple questions to these students without waiting for a response and, when students attempted to end the conversation, A[redacted] failed to notice their nonverbal social cues (e.g. walking away, looking around, looking at watch, etc.).

When A[redacted] arrived at art class, he began to work with the project he was creating. While sitting at the table, A[redacted] attempted to engage in conversation with the female students around him. Some of these students responded to his questions with their full attention, others engaged in nonverbal social



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

Case 3:25-cv-01728-ZNQ-JTQ Document 34-2 Filed 12/19/25 Page 4 of 10 PageID: 3103



skills indicating non-interest. Throughout art class, A[redacted] remained on-task with his project for 72% of 10-second partial intervals.

The end of the observation period occurred at lunch, and A[redacted] remained in one hallway. During lunch, all students can select where they wish to eat each day. A[redacted] spent most of the observed lunch period running back and forth in the hallway (with about 50 other children), attempting to speak to any student that looked toward his direction and occasionally would sit to eat.

**Observation #2 - 10/31/2024**
During the second observation, A[redacted] was in the hallway of his English class taking a makeup test when the BCBA arrived. During the makeup test, A[redacted] attempted to engage in several off-task conversations with teacher and aide surrounding the movie that the class was watching. He was able to finish the test and was allowed to go to the bathroom, throughout which several instances of interrupting behavior (as defined below) were observed as he came across peers on his walk to and from the bathroom. After the five-minute bathroom trip, A[redacted] returned to class to watch the movie. During this time, he attempted to engage in off-task conversation with peers who did not respond to him, as they were watching the movie. Once class was over, he walked in the hallway to his next period stopping in classrooms and following female students away from the path he was to take, despite their nonverbal social cues indicating they were finished with the conversation.

## Identification and Description of Target Behaviors for Reduction

1. **Off-Task/Avoidance**: Any instance of A[redacted] looking away from demand for longer than ten seconds and/or doing something that is incompatible with the demand.
    a. ***Example***: Biting his nails instead of using his hands for typing.
    b. ***Non-Example***: Looking at the clock for five seconds while engaged in demand.

2. **Work Refusal:** Any instance of A[redacted] vocalizing that he does not want to do the presented work, asking to leave the work area, or physically removing himself from the environment without instruction to do so.
    a. ***Example***: Saying "no" or leaving the classroom at the presentation of work.
    b. ***Non-Example***: Asking for modifications to a presented assignment.

3. **Inappropriate Comments to Peers**: Any instance of A[redacted] imitating another individual (either vocally or physically), using "rude" comments to describe an individual either to their face or to another person.
    a. ***Example***: Saying "those kids are trash" or imitating a peer's vocal stereotypy.
    b. ***Non-Example***: Asking politely to be removed from a setting.

4. **Inappropriate Comments to Staff**: Any instance of A[redacted] making rude statements and/or asking questions that should not be asked to an authority figure.
    a. ***Example***: Telling teachers that they are bad teachers, asking when they're going to retire.



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

b. ***Non-Example***: Asking a teacher a question related to his homework, making a comment about the weekend.

5. **Interrupting Behaviors:** Any instance of A[redacted] approaching another individual who was nonverbally unwelcoming (e.g. on their way into class, standing in a closed group, rolling their eyes, etc.).
   a. ***Example***: Approaching a group of peers in a closed group, continuing to talk when a peer is walking away.
   b. ***Non-Example***: Approaching a group of peers after being invited to engage in conversation.

## Results of Data Collection:

Frequency Data
*The following data were taken across each direct observation.*

Date of Observation: 10/11/24

| **Behavior** | **Chemistry (40-min)** | **Walking to Art (5 min)** | **Art (40-min)** | **Lunch (20-min)** |
|---|---|---|---|---|
| **Off-Task** | 16% of 10s whole interval | n/a | 28% of 10s where interval | n/a |
| **Work Refusal** | 0 | 0 | 0 | 0 |
| **InappropriateComments to Peers** | 0 | 0 | 2 instances | 0 |
| **Inappropriate Comments to Staff** | 0 | 0 | 0 | 0 |
| **Interrupting** | 0 | 3 instances | 1 instance | 5 instances |

Summary: During this observation, as noted above, A[redacted] was observed during two subject areas, as well as time in the hallway. A[redacted] was more likely to engage in interrupting peers during unstructured times when peers were present. All instances of interrupting behaviors were followed by either attention from peers (answering questions) or nonverbal social cues (peer attempting to walk away, turning their head, etc.).



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

Case 3:25-cv-01728-ZNQ-JTQ Document 34-2 Filed 12/19/25 Page 6 of 10 PageID: 3105

T[redacted], A[redacted]
DOB: [redacted]

OVATION
Behavior Group

Date of Observation: 10/31/24

| Behavior | English Test in Hallway (30-min) | Walk to Bathroom (5-min) | English in Classroom (25-min) | Walk to Gym (5-min) |
|---|---|---|---|---|
| **Off-Task** | 8 instances | n/a | 6 instances | n/a |
| **Work Refusal** | 10 instances | n/a | 3 instances | n/a |
| **Inappropriate Comments to Peers** | 0 | 0 | 0 | 0 |
| **Inappropriate Comments to Staff** | 0 | 0 | 0 | 0 |
| **Interrupting** | 0 | 4 instances | 5 instances | 4 instances |

Summary: During this observation, as noted above, A[redacted] was observed during English - part of this time he was in the hallway outside completing a make-up test. Off-task data was modified during this observation due to being in the hallway. Any instance of A[redacted] engaging in an off-task behavior (defined above) was counted, as opposed to partial-interval data during the first observation. A[redacted] was more likely to engage in interrupting peers during unstructured times when peers were present. All instances of interrupting behaviors were followed by either attention from peers (answering questions) or nonverbal social cues (peer trying to walk away, turning head, etc.).

ABC Data

*ABC data (Antecedent-Behavior-Consequence) is information collected and analyzed to understand what happens before and after instances of challenging behavior. Antecedents are the events or changes that occur right before a behavior, while consequences are what happen immediately after. This information helps to explain why the behavior is happening.*



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

T[redacted], A[redacted]
DOB: [redacted]

OVATION
Behavior Group




Summary of Antecedents: There were two consistent antecedents prior to problem behavior that included ***demand*** and ***peer presence***. Demands are defined as any directive or presentation of a nonpreferred or "work" material. For summary purposes, "peers" is defined as the presence of a peer within five feet of A[redacted], regardless of them initiating eye contact, verbal contact, etc. Work refusal was presented with a task prior to engaging in the behavior 100% of all observed instances, while interrupting behavior was preceded by a peer's presence 100% of the time, with the presence of "work" materials 27% of instances.




Summary of Consequences: There were three consistent immediate consequences to problem behaviors. *Peer* ***attention*** refers to any instance of a peer making eye contact, moving body to orient towards A[redacted] and/or vocally responding. ***Reprimand*** refers to any adult providing feedback for not to do something, while ***ignoring*** is no verbal, physical, proximal change to the environment following a



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

Case 3:25-cv-01728-ZNQ-JTQ Document 34-2 Filed 12/19/25 Page 8 of 10 PageID: 3107



problem behavior. When interrupting others, 80% of instances were followed by peer attention (answering his questions, peer making eye contact, etc.) and 20% of instances were followed by peers ignoring him. Inappropriate comments about peers were followed by both a peer and a teacher reprimanded him ("that's not nice") in 100% of instances.

## Summary and Impressions

Based on the data indicated above, it can be hypothesized that A[redacted] engages in work refusal to escape non-preferred demands. Additionally, it can be hypothesized that interrupting behavior and inappropriate commenting behavior are maintained by access to reinforcement (in the form of attention from others). ****It is important to note that "attention" can include both favorable and unfavortable responses from peers as well as positive or corrective feedback from an adult.*

## Recommendations

1. **Teaching Social Skills**
   - Nonverbal Social Skills: During speech and counseling sessions, as outlined in A[redacted]'s IEP, A[redacted] should be taught strategies to recognize nonverbal social skills exhibited by others. Teaching these strategies should lead to data collection demonstrating the effectiveness or ineffectiveness of the treatment.

     Nonverbal social skills to target may include:
       - Body orientation of others when they are uninterested in speaking to A[redacted]
       - Eye rolling
       - Sarcasm
       - Joining a closed group

   - Verbal Social Skills: During these sessions, it would be beneficial to identify a limit on the total number of questions A[redacted] may ask one individual and/or limiting the total number of individuals he can stop to speak to during the transition between classes.

     Verbal social skills to target may include:
       - Initiate greetings prior to other engagement
       - Compliment first then question

- **Noncontingent Breaks:** Providing an item or break noncontingently (freely, without requiring any specific behavior to earn it) can reduce the likelihood of problem behaviors that typically occur when the individual is attempting to access that item or break.

  How to Run: During academic tasks, set a timer for a predetermined interval. This interval should remain consistent across each day, and the break should be provided to him regardless of appropriate or inappropriate behaviors. Contingent on the timer



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

going off, provide A[redacted] with a break from the demand he is currently engaging in (e.g. reminding him he can go for a walk with staff, color, go on the computer, etc.).

- **Set Clear Expectations:** Ensure that A[redacted] has a clear understanding of what is expected of him during all tasks and environments throughout the day.
  - First/Then Language: Using the first/then contingency to present directions may help A[redacted] remember what he can have/do after he completes something less preferred

    *Example:* "First we finish this test, then we can go for a walk."

  - Break Down Tasks: It may be beneficial to break down larger demands into smaller achievable tasks (*that can be paired with the first/then contingency*). These tasks can be explained to A[redacted] privately, so that he knows what is expected of him.

  - Proactive Reminders: A[redacted] would benefit with frequent proactive reminders for appropriate behaviors (related to both social skills and attending to presented work) that he should be engaging in throughout the day.

    *Example:* "Hey A[redacted], it's time to transition to art class - remember to just say hi one time" or "Hey A[redacted], we're going to pass out the assignment in a moment. If you need help, raise your hand and I will come over."

  - Contingent Reinforcement: Provide A[redacted] with reinforcement for his engagement in appropriate on a systematically fading schedule. Begin by reinforcing on a frequent schedule and gradually fade out over time as A[redacted] begins to engage in the appropriate alternative behaviors more often.

    *Example*: "Hey A[redacted], that was a really cool way to say hi to a friend," or "That was really cool moving on when the conversation was over," or "Great job staying on task, A[redacted]!"

- **Self-Management Chart:** A[redacted] may benefit from a proactive visual reminder of identified appropriate behaviors where he can track and monitor his own engagement in these behaviors.

  - A self management chart can be as simple as a note card with the behaviors he is working on increasing with a place for him to tally his progress throughout the day.
  - Consider providing predetermined reinforcement for engaging with his self-management chart and for meeting targeted criteria.

- **Home-School Collaboration:** Home and school communication will support generalization across environments.
  - Ensure family has access to A[redacted]'s Google Classroom account to support him at home or to help in catching up on missed work (without doing the work for him).



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*

Case 3:25-cv-01728-ZNQ-JTQ Document 34-2 Filed 12/19/25 Page 10 of 10 PageID: 3109



- Family and school should communicate A[redacted]'s progress towards social and attending goals across both environments.

Procedures for Data Collection to Evaluate the Effectiveness of the Interventions

During individual/group speech and counseling sessions, data should be collected on the learning opportunities provided to A[redacted] with regards to the programming listed above. This data should be percent of opportunities that A[redacted] can respond accurately to the social skills listed above (i.e. "A[redacted] was able to correctly identify someone rolling their eyes at him 80% of instances, independently").

*Lauren Farparan*
Lauren Farparan, M.Ed., BCBA — 11/20/2024
Evaluator — Date

*Kate Harrison*
Kate Harrison, M.Ed., BCBA — 11/21/2024
Clinical Director — Date



**CONFIDENTIAL**
*The information in this report is for professional use only and is not to be divulged to any person without prior authority.*