**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**A.T.** and **O.T.** individually and on behalf of **A.T.**,

Plaintiffs,

v.

**FREEHOLD REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION**,

Defendant.

Civil Action No. 25-1728 (ZNQ)(JTQ)

**ORDER GRANTING MOTION TO WITHDRAW**

**THIS MATTER** was opened to the Court on May 15, 2026 by The Montgomery Law Group, PLLC, counsel for Plaintiffs A.T. and O.T. ("Plaintiffs"), seeking leave of Court to withdraw as attorneys of record from this matter (ECF No. 41). The motion is unopposed, and no trial date has been set. Since the filing of the motion, Plaintiffs retained new counsel who entered his appearance on June 17, 2026. (ECF No. 45). Having considered the moving papers and for good cause shown,

**IT IS THIS** 22nd day of June 2026,

**ORDERED** that the motion to withdraw is granted; and it is further

**ORDERED** that both Bradley R. Flynn, Esq. and Joseph W. Montgomery, Esq. are hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action; and it is further

**ORDERED** that the Clerk is to terminate ECF No. 41.

s/ Justin T. Quinn
Hon. Justin T. Quinn,
United States Magistrate Judge