John D. Rue†
(founder)
—
Krista L. Rue
—
Francis X. Geier

RUE LAW GROUP[1]
A PRIVATE PUBLIC INTEREST LAW FIRM
5 LAKE DRIVE
WOODLAND LAKES, RANDOLPH, NJ 07869
(862) 283-3155 (main)
(973) 860-0869 (facsimile)

July 6, 2026

The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
***Via ECF***

**RE:** *A.T. and O.T. individually and o/b/o A.T. v. Freehold Reg'l H.S. Dist. Bd. of Edu.*, No. 3:25-cv-1728-ZNQ-JTQ

Dear Judge Quraishi:

The undersigned appears as counsel for A.T. individually and on behalf of his child A.T. in the above matter, and submits this letter correction to the just-filed Motion for Reconsideration. [ECF #055] In managing the complex filing, the undersigned neglected to attach the Memorandum of Law in support of the motion. That brief is attached hereto as Exhibit A.

Respectfully submitted,

Sincerely,

John Rue

John Rue
Counsel for A.T. individually and on behalf of his child A.T.
cc: All appearing counsel (via ECF)

*Bene facere bonum ~ Doing well by doing good*

† Licensed in New York as well as New Jersey
[1] John Rue & Associates, LLC has registered "Rue Law Group" as a DBA, to ensure compliance with NJ RPC 7.5 (incorporating RPC 7.1). The underlying legal entity remains John Rue & Associates, LLC.