COMEGNO
LAW GROUP

Main 856.234.4114
Fax 856.234.4262

comegnolaw.com

521 Pleasant Valley Avenue
Moorestown, NJ 08057

ANNE R. MYERS, ESQUIRE
MEMBER PA, TX AND NJ BARS

September 3, 2026

**VIA ECF**

Hon. Zahid N. Quraishi
United States District Court – Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re: O.T., et al v. Freehold Regional High Sch. Dist. Bd of Educ.
Civil Action No. 3:25-cv-01728-ZNQ-JTQ

Dear Judge Quraishi:

I represent Defendant Freehold Regional High School District Board of Education ("Defendant") in the above referenced matter. Plaintiffs' counsel was informed undersigned counsel is out of town on a very rare holiday. See Exhibit A providing notice of holiday. Defendant is in receipt of Plaintiffs' September 2, 2026, ECF 59.

Defendant requests that no action be taken on Plaintiffs' submission until September 11, 2026.

Thank you in advance for your courtesies.

Respectfully submitted,

*/s/Anne R. Myers*

Anne R. Myers, Esq.

*(dictated, but not read)*

ARM/kgk
Enclosure

cc: John Rue, Esquire, as counsel for A.T., individually, and o/b/o A.T. (w/encl.)
(via ECF and email)
O.T. individually, appearing *pro se* lxxxfxxx@gmail.com (w/encl.) (via email)