# Exhibit A

[redacted]

**From:** John Rue <john@johnruelaw.com>
**Sent:** Sunday, 26 July 2026 15:48:32
**To:** Anne R. Myers <amyers@comegnolaw.com>
**Cc:** Laura Parker <lparker@johnruelaw.com>; Giulia Lima <glima@comegnolaw.com>
**Subject:** RE: [EXTERNAL] Re: Follow-up and request for consent to adjournment

You got it. Is it okay to put it on the 11th? That's your first day home. If you'd rather, I can ask for the 14th.

John Rue
Pronouns: He/Him/His
Johnruelaw.com
(862) 283-3155

**From:** Anne R. Myers <amyers@comegnolaw.com>
**Sent:** Sunday, July 26, 2026 6:40 PM
**To:** John Rue <john@johnruelaw.com>
**Cc:** Laura Parker <lparker@johnruelaw.com>; Giulia Lima <glima@comegnolaw.com>
**Subject:** [EXTERNAL] Re: Follow-up and request for consent to adjournment

I consent to any extension that you seek from the Court arising out of Judge Quinn's last order in the civil rights matter. I will be in Scottsdale AZ from 9/3-9/10. I ask that no deadline be requested within that timeframe.

Get Outlook for iOS

**From:** John Rue <john@johnruelaw.com>
**Sent:** Sunday, 26 July 2026 15:22:18
**To:** Anne R. Myers <amyers@comegnolaw.com>
**Cc:** Laura Parker <lparker@johnruelaw.com>
**Subject:** Follow-up and request for consent to adjournment

Hi Anne,

As you may know, we have received supplemental materials from Montgomery. Some of the issues raised in my July 22 letter are resolved by those materials, some are narrowed, and a substantial number remain outstanding. We're still combing through them.

As we do so, we are preparing an annotated version of that letter that will show the status of each item: resolved, narrowed, or still outstanding, with the specifics of what remains identified for the narrowed and outstanding categories. I will send it to you in due course, together with our inventory as to the Third Request for Production.

**Now the ask**. I am under significant deadline pressure in several other matters over the next two weeks, and I am going to have to move my own self-imposed July 29 date for getting the annotated letter and the Third Request inventory to you regardless. Separately, and more importantly, *will you consent to a two-week extension* of our meet-and-confer period? That would move the parties' joint status letter to the Court from August 21 to September 4, 2026, subject to Judge Quinn's approval. If you consent, I will prepare a letter to the Court seeking leave, and I am happy to note your consent in it.

I would also still like to find time for the call we discussed, whenever works for you.

Thank you,
John